UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Easco Hand Tools, Inc. et al

V.                                    Case Number:  3:02cv1723(AVC)

Hu, Hou-Fei a/k/a/ Bobby Hu

**Motion for PHV** doc.# **50**

**GRANTED**


Dated at Hartford, Connecticut, October 17, 2003.


KEVIN F. ROWE, CLERK

By:  _____
         A.Montgomery
         Deputy Clerk