IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>HU, HOU-FEI, a/k/a BOBBY HU,<br><br>Defendant. | Civil Action No. 302CV1723 (AVC)<br><br><br><br>July 7, 2003 |

*[Handwritten margin note: See the court's October 20 2003 order regarding motion to compel. The motion is denied the same in the matter 3:02cv1747 (AVC). October 24 2003. SO ORDERED. Alfred V. Covello U.S.D.J.]*

**DEFENDANT MR. HU'S MOTION TO COMPEL PLAINTIFFS TO RETURN INADVERTENTLY PRODUCED PRIVILEGED DOCUMENTS**

Defendant, Hou-Fei Hu ("Mr. Hu"), files this Motion to Compel, together with a Memorandum in support thereof, and a proposed Order (Exhibit 1). Mr. Hu's Motion requests that the Court order Plaintiffs to return certain privileged documents that were inadvertently produced.

Mr. Hu inadvertently produced certain privileged documents. *See* Affidavit Stating Facts Surrounding Inadvertent Production of Privileged Documents (Exhibit 2). Upon discovering the inadvertent production, Mr. Hu promptly notified Plaintiffs and requested immediate return of the documents. Plaintiffs refused to return the documents.

As explained in detail in the supporting memorandum, Mr. Hu has conferred in good faith with Plaintiffs in an attempt to resolve these issues. *See* Affidavit Pursuant to Local Rule

***ORAL ARGUMENT REQUESTED***