UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS, INC., KINGSLEY TOOLS, INC., LEA WAY HAND TOOL CORPORATION and MATCO TOOLS CORPORATION | : | CIVIL ACTION NO. 3:02 CV1723 (AVC) |
| Plaintiffs, | : | |
| vs. | : | |
| HU, HOU-FEI a/k/a BOBBY HU | : | |
| Defendant. | : | JULY 15, 2003 |

### PLAINTIFFS' MOTION TO BIFURCATE LIABILITY FROM DAMAGES AND WILLFULNESS AND TO STAY DISCOVERY

Pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, Plaintiffs Easco Hand Tools, Inc., Armstrong Tools, Inc., Kingsley Tools, Inc., Lea Way Hand Tool Corporation and Matco Tools Corporation (collectively "Easco") respectfully move this Court for an order bifurcating liability from damages and willfulness, and staying discovery regarding all damages-related issues, including willful infringement, pending resolution of all liability issues. Bifurcation will promote judicial economy and efficiency, limit confusion and avoid prejudice.

The grounds supporting this motion are set out more fully in the accompanying memorandum of law.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

---

Handwritten margin order (left side, rotated):

October 24, 2003. GRANTED IN PART AND DENIED IN PART. The motion is granted to the extent it seeks a stay of discovery on the issue of willful infringement. The motion is denied in all other respects. See the court's October 22, 2003 order regarding the same in the matter 3:02 cv 1747 (AVC). SO ORDERED.

Alfred V. Covello, U.S.D.J.