# Day, Berry & Howard LLP
### COUNSELLORS AT LAW

Francis H. Morrison III
Direct Dial: (860) 275-0231
E-mail: mjbecker@dbh.com

FILED

2003 DEC -4  P 2: 33

US DISTRICT COURT
HARTFORD CT

December 1, 2003

**VIA HAND DELIVERY**

The Hon. Alfred V. Covello
Senior Judge
United States District Court
　for the District of Connecticut
450 Main Street
Hartford, CT   06103

　　　　Re:   *Easco Hand Tools, Inc., et al  v. Hu, Hou-Fei a/k/a Bobby Hu*, Civil Action No.
　　　　　　 3:02 CV 1723 (AVC)

　　　　　　 *Easco Hand Tools, Inc., et al v. Hu, Hou-Fei a/k/a Bobby Hu*, Civil Action No.
　　　　　　 3:02 CV 1747 (AVC)

Dear Judge Covello:

　　　　Plaintiffs ask the Court to enter plaintiffs' proposed scheduling order in these actions, attached at Tab A.  This scheduling order addresses both the general modifications to the schedule that the parties discussed at the October 22, 2003 Status Conference, and the resolution of the pending motions to compel discussed during the October 23 conference call with the

```
3:02cv1723(AVC);3:02cv1747(AVC).  December 4, 2003.  The clerk of
the court is hereby ordered to docket this letter with exhibits
as a motion for entry of a scheduling order.  Construed as such,
the motion is GRANTED in part and DENIED in part as set forth in
the scheduling order issued this day.  In particular, to the
extent the motion seeks a simultaneous sequence of claim
construction positions and invalidity disclosure, the motion is
granted and the sequence may be found in Paragraph 2.  To the
extent the motion seeks an order defining the scope of invalidity
disclosure, the motion is granted with the scope also found in
Paragraph 2.  To the extent the motion seeks to avoid an order on
discovery related to the issue of willful infringement, the
motion is DENIED and, as such, a discovery order may be found in
Paragraph 12.

SO ORDERED.

                                  Alfred V. Covello
                                  United States District Judge
```