IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>HU, HOU-FEI, a/k/a BOBBY HU,<br><br>Defendant. | Civil Action No. 3:02CV1723(AVC) CT<br><br>July 15, 2003 |

**DEFENDANT MR. HU'S FIRST MOTION TO COMPEL DISCOVERY**

Defendant, Hou-Fei Hu ("Mr. Hu"), files this Motion to Compel, together with a Memorandum in Support thereof, and a proposed Order. Mr. Hu's Motion requests that the Court order Plaintiffs to provide certain information responsive to Mr. Hu's First Set of Interrogatories served on Plaintiffs on January 28, 2003.

With respect to certain of Mr. Hu's Interrogatories, Plaintiffs have refused to provide narrative responses, instead resting on improper objections and improper citations to FRCP 33(d). The information sought in the Interrogatories is central to two issues in the present case, namely Plaintiffs' claims of patent invalidity and estoppel. Without this information, Mr. Hu is at a considerable disadvantage and is unable to properly prepare this case for trial.

*ORAL ARGUMENT REQUESTED*

---

[Handwritten margin annotation:] December 4, 2003. The motion is denied without prejudice to its refiling in the event there is a failure of compliance with respect to the scheduling order issued this day. SO ORDERED.

Alfred V. Covello, U.S.D.J.