IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>HU, HOU-FEI, a/k/a BOBBY HU,<br><br>Defendant. | **Civil Action No. 3:02 CV 1723 (AVC)**<br>(Consolidated with Civil Action No. 3:02 CV 1747 (AVC))<br><br><br><br>Filed: January 16, 2004 |

### DEFENDANT'S DISCLOSURE OF CLAIM TERMS BELIEVED TO REQUIRE CONSTRUCTION

Pursuant to the Court's December 4, 2003 Scheduling Order, Defendant and Plaintiff-in-Counterclaim Hou-Fei Hu ("Hu") respectfully submits the following list of claim terms Hu believes to be in dispute:

**I.   CLAIM TERMS BELIEVED TO REQUIRE CONSTRUCTION WITH RESPECT TO U.S. PATENT NO. 6,282,992 (CV 1723)**

Given Plaintiffs' interrogatory answers in which they allege that their products do not contain the following limitations of claim 34 of the '992 Patent, Hu identifies the following terms that he believes in good faith require construction:

**Claim 34 - :**

"web"

"first face"

"integral end wall"

"between" – as used in the phrase "defined in the head between the second wall and the hole"

"second face"

"opening"

"extending between"

"smaller"

"diameter"

"concentrically within"

"cavity"

"between and spaced from"

"planar ends"

"extending generally parallel to and spaced from"

"first wall section"

"second wall section"

"between" –    as used in the phrase "with first and second wall sections being defined between the planar ends and the first and second faces"

"being integral with"

"compartment"

"extending"

"towards but spaced from"

"head"

"first end of compartment"

"communicated with the cavity"

"second end of the compartment"

"communicated with the outside."

II. **CLAIM TERMS BELIEVED TO REQUIRE CONSTRUCTION WITH RESPECT TO U.S. PATENT NO. 6,457,387 (CV 1747)**

Hu identifies the following terms that he believes in good faith require construction:

**Claim 17 -** The terms "ratcheting tool," "drive member," and "fist teeth" are believed to require construction.

**Claim 22 -** The terms "wall," "movable," "radial direction," and "relative" are believed to require construction.

**Claim 23 -** The terms "plate," "pivotable," and "axis" are believed to require construction.

Respectfully submitted,

By: *[signature]*
Jonathan M. Pierce, Esq.
Federal Bar No. ct24417
Michael F. Heim, Esq.
Federal Bar No. ct22416
CONLEY ROSE, P.C.
7100 JP Morgan Chase Tower
Houston, Texas 77002-2912
Telephone: (713) 238-8000
Facsimile: (713) 238-8008
E-mail: jpierce@conleyrose.com
E-mail: mheim@conleyrose.com

3

J. Hoke Peacock III
Federal Bar No. ct24230
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100 Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 653-7897
E-mail: tpeacock@susmangodfrey.com

David B. Zabel, Esq.
Federal Bar No. ct01382
COHEN AND WOLF, P.C.
1115 Broad Street
Bridgeport, Connecticut 06604
Telephone: (203) 337-4255
Facsimile: (203) 394-9901
E-mail: dzabel@cohenandwolf.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *Defendant's Disclosure of Claim Terms Believed to Require Construction* was delivered to all known counsel of record on the 16th day of January, 2004 via first class mail, postage prepaid and properly addressed, as follows:

Francis H. Morrison
Matthew J. Becker
Day, Berry & Howard, LLP
CityPlace I
Hartford, Connecticut 06103-3499

Mark C. Dukes
Lloyd G. Farr
Nelson Mullins Riley & Scarborough, LLP
Keenan Building, Third Floor
1330 Lady Street
P O Box 11070 (29211)
Columbia, SC 29201