UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS, INC., KINGSLEY TOOLS, INC., LEA WAY HAND TOOL CORPORATION and MATCO TOOLS CORPORATION | : : : : : : | CIVIL ACTION NO. 3:02 CV1723 (AVC) |
| Plaintiffs, | : : | |
| vs. | : : | |
| HU, HOU-FEI a/k/a BOBBY HU | : : | |
| Defendant. | : | JANUARY 22, 2004 |

## NOTICE OF FILING

Pursuant to the December 4, 2003 Scheduling Order, Plaintiffs', Easco Hand Tools, Inc., Armstrong Tools, Inc., Kingsley Tools, Inc., Lea Way Hand Tool Corporation, and Matco Tools Corporation ("Easco") Identification of Additional '387 and '992 Patent Claim Terms Requiring Construction was complete and served on Defendant's Hu, Hou-Fei a/k/a Bobby Hu (Hu) counsel on January 16, 2004. Although the Scheduling Order does not require the identification of claim terms to be filed with the Court, Hu filed an identification of claim terms with the Court on January 16, 2004. Easco, therefore, is filing the attached identification of claim terms for completeness.

Respectfully submitted,

**PLAINTIFFS: EASCO HAND TOOLS, INC., ARMSTRONG TOOLS, INC., KINGSLEY TOOLS, INC., LEA WAY HAND TOOL CORPORATION and MATCO TOOLS CORPORATION**

By: _____
Francis H. Morrison (ct 04200)
*fhmorrison@dbh.com*
Matthew J. Becker (ct 10050)
*mjbecker@dbh.com*
Natasha M. Lipcan (ct 16169)
*nmlipcan@dbh.com*
CityPlace I
Hartford, CT  06103-3499
Telephone:  (860) 275-0100
Fax:  (860) 275-0343
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing was mailed this date, postage prepaid to:

J. Hoke Peacock III, Esq.
Randall W. Wilson, Esq.
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096

Dana B. Zabel, Esq.
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604

Jonathan Pierce, Esq.
Michael F. Heim, Esq.
Conley, Rose & Taylor, P.C.
600 Travis Street, Suite 7100
Houston, TX 77002

                                                              _____
                                                              Matthew J. Becker

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> HU, HOU-FEI, a/k/a BOBBY HU, <br><br> Defendant. | Civil Action No.  302CV1723 (AVC) <br><br><br><br><br><br><br><br><br><br><br><br> January 16, 2004 |

## PLAINTIFFS' IDENTIFICATION OF ADDITIONAL '387 AND '992 PATENT CLAIM TERMS REQUIRING CONSTRUCTION

Pursuant to the December 4, 2003 Scheduling Order, Plaintiffs Easco Hand Tools, Inc., Armstrong Tools, Inc., Kingsley Tools, Inc., Lea Way Hand Tool Corporation, and Matco Tools Corporation ("Easco") identify the following terms of the asserted claims[1] of the '387 and '992 patents that Easco believes, in good faith, require construction.

By identifying particular terms here, Easco does not contend or acknowledge that any particular terms are ambiguous.  To the contrary, Easco believes that some of the listed terms require construction simply because the parties are likely to differ on the meaning of those terms.[2]

---

[1] Easco has not identified claim limitations for those claims not asserted by Hu and, therefore, not at issue for Hu's limited infringement assertions regarding these patents.

[2] To the extent that the parties' proposed constructions for any claim term are in accord, such term may not require significant attention in the Markman proceeding.

Easco incorporates by reference the identification of those claim terms defendant Hu ("Hu") has previously identified or for which Hu has proposed constructions in this case.

Easco reserves the right to modify this list or add additional terms, in accordance with agreements of the parties and orders of the court.

The following additional claim terms require construction:

'387 Patent

Claim 17

1. "rotatably"
2. "including"
3. "gear wheel"
4. "outer periphery"
5. "pawl"
6. "plurality"
7. "center of curvature"
8. "engaged"
9. "disengaged"

Claim 18

10. "including a drive column"

Claim 19

11. "being coincident with a center of the gear wheel"

Claim 21

12. "being arranged in a continuous manner"

Claim 22

    13. "mounted"

    14. "compartment"

    15. "section"

    16. "wall"

    17. "radial direction"

    18. "relative to the drive member"

    19. "bearing"

<u>Claim 23</u>

    20. "reversing plate"

    21. "pivotable about an axis"

    22. "pivotable movement of the reversing plate being transmitted to the pawl"

<u>'992 Patent</u>

<u>Claim 34</u>

    1. "handle"

    2. "hole"

    3. "first and second wall sections"

    4. "being defined between the planar ends and the first and second faces"

    5. "integral bridge"

    6. "second end wall section of the web"

        EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION


By_____
        Francis H. Morrison (ct 04200)
        *fhmorrison@dbh.com*
        Matthew J. Becker (ct 10050)
        *mjbecker@dbh.com*
        Natasha M. Lipcan
        *nmlipcan@dbh.com*
        CityPlace I
        Hartford, CT  06103-3499
        Telephone:  (860) 275-0100
        Fax:  (860) 275-0343
        Attorneys for Plaintiffs