**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> HU, HOU-FEI, a/k/a BOBBY HU, <br><br> Defendant. | Civil Action No. 3:02 CV 1723 (AVC) <br> Consolidated with Civil Action No. 3:02 CV 1747 (AVC) <br><br><br><br><br><br><br><br> February 13, 2004 |

**PLAINTIFFS' ASSENTED-TO MOTION
TO DELAY DISCLOSURE DATE FOR TWO WEEKS**

Pursuant to Fed. R. Civ. P. 16(b) and Local Civil Rule 9(b), plaintiffs respectfully request that the Court extend by two weeks, until March 1, 2004, the date for both parties to exchange their claim construction, infringement and invalidity information regarding 3:02 CV 1723 (AVC) Member Case (the "1723 action"). This request is necessitated by defendant Hu's recently announced decision to drop his liability claims in the original 1723 action and proceed only on his claims in the companion 3:02 CV 1747 (AVC) action. This is the first request for extending this deadline, and defendant assents to this motion.

The following grounds establish good cause for granting this motion:

1. The Court's Scheduling Order calls for the parties to exchange mutually on February 16, 2004, their proposed claim constructions and information supporting their allegations of invalidity or infringement. (Scheduling Order attached as Exhibit A.) These disclosures are to be made for both the 1723 and 1747 consolidated actions.

2.	Last Wednesday, February 4, 2004, Hu's counsel informed counsel for plaintiffs that defendant has decided to drop all of his liability claims in the 1723 action ('992 patent and trade secret claims).  According to his counsel, defendant Hu now intends to proceed only with his '387 patent and trade secret claims in the 1747 action.  Defendant's counsel explained that should plaintiffs not consent to a stipulation of dismissal of his 1723 claims, then defendant will file a motion seeking their dismissal by the Court.  Defendant Hu has now provided plaintiffs with a draft stipulation that raises several issues the plaintiffs are considering.

3.	In the interim, given defendant's expressed intent regarding the 1723 action, all parties agree that the exchange of information currently set for February 16, 2004, should be limited to information regarding the 1747 action, and that the deadline for similar exchanges in the 1723 action should be postponed by two weeks until March 1, 2004.  By March 1, 2004, if a stipulation or motion regarding the treatment of the 1723 action has not been filed, then the parties will mutually exchange the required information for the 1723 action on that date.

**CONCLUSION**

For all the reasons stated above, plaintiffs respectfully request the Court to grant this Assented-to Motion and extend, for the original 1723 action, the deadline for the exchange of information from February 16, 2004 until March 1, 2004.

Respectfully submitted,

By: _____
Francis H. Morrison, III (ct 04200)
*fhmorrison@dbh.com*
Matthew J. Becker (ct 10050)
*mjbecker@dbh.com*
Day, Berry & Howard LLP
CityPlace I
Hartford, CT  06103
860-275-0100
860-2675-0343 (Fax)

**CERTIFICATE OF AGREEMENT**

Plaintiffs certify in accordance with Local Civil Rule 9(b) that the parties have conferred and all parties assent to this motion.

## **CERTIFICATE OF SERVICE**

  I, Francis H. Morrison, hereby certify that I have this 13th day of February, 2004, served copies of the within Plaintiffs' Assented-To Motion To Delay Disclosure Date For Two Weeks on the following individuals by mailing copies thereof, First Class Mail, postage prepaid to:

| | |
|---|---|
| J. Hoke Peacock, III, Esq.<br>Randall W. Wilson, Esq.<br>Susman Godfrey L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, TX   77002-5096 | Jonathan Pierce, Esq.<br>Michael F. Heim, Esq.<br>Conley, Rose & Taylor, P.C.<br>Chase Tower<br>600 Travis, Suite 700<br>Houston, TX   77002 |

David B. Zabel, Esq.
Cohen and Wolf, P.C.
115 Broad Street
Bridgeport, CT   06604

                _____
                Francis H. Morrison