# Exhibit 1

# Figure 1



# Figure 2



# Figure 3



I          H      I

# Exhibit 2

# Figure 4



# Figure 5

