## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION, | ) ) ) ) ) ) |
|  | Civil Action No. 3:02CV1723 (AVC) Consolidated with Civil Action No. 3:02CV1747 (AVC) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| HU, HOU-FEI, a/k/a BOBBY HU, | ) ) February 17, 2004 |
| Defendant. | ) ) |

## PLAINTIFFS' CLAIM CONSTRUCTION PROPOSAL – '387 PATENT

Pursuant to the December 4, 2003 Scheduling Order, Plaintiffs Easco Hand Tools, Inc., Armstrong Tools, Inc., Kingsley Tools, Inc., Lea Way Hand Tool Corporation, and Matco Tools Corporation ("Easco") propose the following constructions of the asserted claims[1] of the '387 patent.

Easco reserves the right to modify these constructions in accordance with agreements of the parties and orders of the Court.

'387 Patent

Claim 17

1.  "ratcheting tool:" a tool having a mechanism that consists of a bar or wheel having inclined teeth with which a pawl interacts so that motion can be imparted to the wheel or bar.

---

[1] Easco has not proposed claim constructions for those claims not asserted by Hu and, therefore, not at issue for Hu's limited infringement assertions regarding this patent.

2.      "rotatably:"  in such a manner as to be able to turn on an axis or center.

3.      "drive member:"  a shaft or shaft-like structure extended beyond the compartment.

4.      "including:"  to take in or comprise as part of a larger whole.

5.      "gear wheel:"  circular structure with a toothed periphery.

6.      "outer periphery:"  external surface.

7.       "plurality:"  more than one.

8.      "first teeth:"  teeth on gear wheel.

9.      "pawl:"  a device adapted to fit into a notch or interdental spaces on another part (as a ratchet or gear wheel) so as to permit motion in only one direction.

10.     "center of curvature:"  the center of the circle whose center lies on the concave side of a curve.

11.     "engaged:"  in full contact with.

12.     "disengaged:"  not in full contact with.

## Claim 18

13.     "including a drive column:"  to take in or comprise a drive column as part of a larger whole.

## Claim 19

14.     "being coincident with a center of the gear wheel:"  occupying the same space as the center of the gear wheel.

## Claim 21

15.     "being arranged in a continuous manner:"  no breaks or spaces between the teeth of the pawl.

## Claim 22

16.     "mounted:"  attached to.

17.    "compartment:"  enclosed area.

18.    "section:"  a portion.

19.    "wall:"  a material layer enclosing space.

20.    "moveable:"  capable of moving or being moved.

21.    "radial direction:"  along a radius.

22.    radial direction "relative to the drive member:"  movement along a radius
       of the drive member.

23.    "bearing:"  touching sufficient to create a reactive force.

<u>Claim 23</u>

24.    "reversing plate:"  thin, flat piece of metal which causes the pawl to move
       resulting in a change in the direction of the ratcheting action.

25.    "pivotable about an axis:"  able to rotate about a point.

26.    "pivotable movement of the reversing plate being transmitted to the pawl:"
       to convey a movement to the pawl.

Respectfully submitted,

EASCO HAND TOOLS, INC., ARMSTRONG
TOOLS INC., KINGSLEY TOOLS INC., LEA
WAY HAND TOOL CORPORATION, AND
MATCO TOOLS CORPORATION

By: _____
       Francis H. Morrison (ct 04200)
       *fhmorrison@dbh.com*
       Matthew J. Becker (ct 10050)
       *mjbecker@dbh.com*
       Natasha M. Lipcan
       *nmlipcan@dbh.com*
       CityPlace I
       Hartford, CT  06103-3499
       Telephone:  (860) 275-0100
       Fax:  (860) 275-0343
       Attorneys for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

THIS IS TO CERTIFY that a copy of the foregoing Plaintiffs' Claim Construction Proposal was sent this 17th day of February, 2004, by mail, postage prepaid, and facsimile transmission to:

J. Hoke Peacock III, Esq. (*first class mail*)
Randall W. Wilson, Esq.
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096

Dana B. Zabel, Esq. (*first class mail*)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604

Jonathan Pierce, Esq. (*overnight mail and fax*)
Michael F. Heim, Esq.
Conley, Rose & Taylor, P.C.
600 Travis Street, Suite 7100
Houston, TX 77002

_____
Francis H. Morrison