IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 FEB 13 P 2: 38
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION, | Civil Action No. 3:02 CV 1723 (AVC) Consolidated with Civil Action No. 3:02 CV 1747 (AVC) |
| Plaintiffs, | |
| vs. | |
| HU, HOU-FEI, a/k/a BOBBY HU, | February 13, 2004 |
| Defendant. | |

**PLAINTIFFS' ASSENTED-TO MOTION
TO DELAY DISCLOSURE DATE FOR TWO WEEKS**

Pursuant to Fed. R. Civ. P. 16(b) and Local Civil Rule 9(b), plaintiffs respectfully request that the Court extend by two weeks, until March 1, 2004, the date for both parties to exchange their claim construction, infringement and invalidity information regarding 3:02 CV 1723 (AVC) Member Case (the "1723 action"). This request is necessitated by defendant Hu's recently announced decision to drop his liability claims in the original 1723 action and proceed only on his claims in the companion 3:02 CV 1747 (AVC) action. This is the first request for extending this deadline, and defendant assents to this motion.

The following grounds establish good cause for granting this motion:

1.  The Court's Scheduling Order calls for the parties to exchange mutually on February 16, 2004, their proposed claim constructions and information supporting their allegations of invalidity or infringement. (Scheduling Order attached as Exhibit A.) These disclosures are to be made for both the 1723 and 1747 consolidated actions.

GRANTED.
February 18, 2004.
SO ORDERED.
Alfred V. Covello, U.S.D.J.