IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 FEB 17 P 3: 54

U.S. DISTRICT COURT
HARTFORD, CT.

EASCO HAND TOOLS, INC., )
ARMSTRONG TOOLS INC., KINGSLEY )
TOOLS INC., LEA WAY HAND TOOL )   Civil Action No. 3:02 CV 1723 (AVC)
CORPORATION, AND MATCO TOOLS )
CORPORATION, )
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Plaintiffs,　　　)
　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　)
HU, HOU-FEI, a/k/a BOBBY HU,　　　 )   February 17, 2004
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Defendant.　　  )
　　　　　　　　　　　　　　　　　　　)

**DEFENDANT HOU-FEI HU'S PROPOSED CLAIM CONSTRUCTIONS**

J. Hoke Peacock III
Federal Bar No. ct24230
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096

Michael F. Heim, Esq.
Federal Bar No. ct22416
Jonathan M. Pierce, Esq.
Federal Bar No. ct24417
CONLEY ROSE, P.C.
7100 JP Morgan Chase Tower
Houston, Texas 77002-2912

David B. Zabel, Esq.
Federal Bar No. ct01382
COHEN AND WOLF, P.C.
1115 Broad Street
Bridgeport, Connecticut 06604

Attorneys for Defendant and Counter-Plaintiff,
Hou-Fei Hu, a/k/a Mr. Bobby Hu

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>HU, HOU-FEI, a/k/a BOBBY HU,<br><br>Defendant. | Civil Action No. 3:02 CV 1723 (AVC)<br><br><br><br>February 17, 2004 |

## DEFENDANT HOU-FEI HU'S PROPOSED CLAIM CONSTRUCTIONS

Pursuant to the Court's Scheduling Order, Defendant Hou-Fei Hu submits the following claim constructions in 3:02 CV 1747 for U.S. Patent No. 6,457,387:

| TERMS OF RELEVANT CLAIMS OF U.S. PATENT NO. 6,457,387 | PROPOSED CONSTRUCTION |
|---|---|
| **Claim 17** | |
| "ratcheting tool" | "a contrivance held in and worked by the hand for performing or facilitating mechanical operations engaging a toothed wheel with a pawl" |
| "rotatably" | "capable of turning or revolving around or about an axis or a center point" |
| "drive member" | "a constituent part of any structural unit or composite whole that causes something to move by force or compulsion in a direction" |

| | |
|---|---|
| "including" | "containing, i.e., as a whole contains parts or contains any part or element" |
| "gear wheel" | "a wheel having teeth that engage with those of another part" |
| "outer periphery" | "the outside external surface or boundary of a surface, body, or area" |
| "pawl" | "the driving or holding link of a ratchet mechanism that permits motion in one direction only" |
| "plurality" | "greater than one" |
| "fist" | "fist" is a typographical error in claim 17 made by the United States Patent and Trademark Office. One of ordinary skill in the art would understand this to be "first." The term "first" means "one of a series." |
| "center of curvature" | "the middle point of, or the point equally distant from all points of, the circumference of a curved line or curved surface" |
| "engaged with" | "capable of transmitting functional or usable torque" |
| "disengaged" | "incapable of transmitting functional or usable torque" |
| **Claim 18** | |
| "including a drive column" | "containing, i.e., as a whole contains parts or contains any part or element, a cylindrical or polygonal shaft that causes something to move by force" |
| **Claim 19** | |
| "being coincident with a center of the gear wheel" | "occupying the same place or position as the middle point, pivot, or axis around which the gear wheel revolves" |
| **Claim 21** | |
| "being arranged in a continuous manner" | "placed or adjusted to be uninterrupted in space or sequence" |
| **Claim 22** | |
| "mounted" | "put into position for use" |

| | |
|---|---|
| "compartment" | "a part or space marked or partitioned off; a separate section" |
| "section" | "a part that is cut off or separated, separate distinct part or subdivision of anything, or one of a number of parts that can be fitted together to make a whole" |
| "wall" | "a structure or member forming an enclosure or defining a space" |
| "movable" | "capable of being moved, i.e., not fixed in one place, position, or posture" |
| "radial direction" | "a line of movement along a radius, i.e., going inward or outward along a radius" |
| "relative to the drive member" | "in relation to the drive member" |
| **Claim 23** | |
| "bearing" | "pressing or pushing against" |
| "reversing plate" | "a thin, flat sheet or piece that is capable of changing the direction of a mechanism" |
| "pivotable about an axis" | "capable of turning about a line" |
| "pivotable movement of the reversing plate being transmitted to the pawl" | "the reversing plate being capable of moving on or about, or as if on or about, a pivot and conveying or passing that movement along to the pawl" |

Respectfully submitted,

Michael F. Heim, Esq.
Federal Bar No. ct22416
Jonathan M. Pierce, Esq.
Federal Bar No. ct24417
CONLEY ROSE, P.C.
7100 JP Morgan Chase Tower
Houston, Texas 77002-2912

3

J. Hoke Peacock III
Federal Bar No. ct24230
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096

David B. Zabel, Esq.
Federal Bar No. ct01382
COHEN AND WOLF, P.C.
1115 Broad Street
Bridgeport, Connecticut 06604

Attorneys for Defendant and Counter-Plaintiff,
Hou-Fei Hu, a/k/a Mr. Bobby Hu

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of *Defendant Hou-Fei-Hu's Proposed Claim Constructions* has been served on the following counsel of record, via facsimile and first class mail, postage pre-paid and properly addressed as follows on this 17th day of February, 2004, as indicated below:

*Via Facsimile No. (860) 275-0343*

Matthew J. Becker
Day, Berry & Howard, LLP
CityPlace I
Hartford, Connecticut 06103-3499

*Via Facsimile No. (803) 256-7500*
Mark C. Dukes
Lloyd G. Farr
Nelson Mullins Riley & Scarborough, LLP
Keenan Building, Third Floor
1330 Lady Street
P O Box 11070 (29211)
Columbia, SC 29201

_____