IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

EASCO HAND TOOLS, INC.,  )
ARMSTRONG TOOLS INC., KINGSLEY  )
TOOLS INC., LEA WAY HAND TOOL  )    Civil Action No. 3:02 CV 1723 (AVC)
CORPORATION, AND MATCO TOOLS  )
CORPORATION,  )
                                      )
                    Plaintiffs,  )
                                      )
          vs.  )
                                      )
HU, HOU-FEI, a/k/a BOBBY HU,  )    February 25, 2004
                                      )
                    Defendant.  )
                                      )

---

## DEFENDANT HOU-FEI HU'S SUPPLEMENTAL INFRINGEMENT CONTENTIONS

---

J. Hoke Peacock III
Federal Bar No. ct24230
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096

Michael F. Heim, Esq.
Federal Bar No. ct22416
Jonathan M. Pierce, Esq.
Federal Bar No. ct24417
CONLEY ROSE, P.C.
7100 JP Morgan Chase Tower
Houston, Texas 77002-2912

David B. Zabel, Esq.
Federal Bar No. ct01382
COHEN AND WOLF, P.C.
1115 Broad Street
Bridgeport, Connecticut 06604

Attorneys for Defendant and Counter-Plaintiff,
Hou-Fei Hu, a/k/a Mr. Bobby Hu

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION, | ) ) ) ) ) ) | Civil Action No. 3:02 CV 1723 (AVC) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| HU, HOU-FEI, a/k/a BOBBY HU, | ) ) | February 25, 2004 |
| Defendant. | ) ) | |

## DEFENDANT HOU-FEI HU'S SUPPLEMENTAL INFRINGEMENT CONTENTIONS

Pursuant to the Court's Scheduling Order, Defendant Hou-Fei Hu submits the following infringement contentions in 3:02 CV 1747 for U.S. Patent No. 6,457,387 (the "'387 Patent"). These infringement contentions add analysis of claim 21 of the '387 Patent, which was inadvertently omitted from Hu's original infringement contentions. Plaintiffs know that Hu is asserting infringement of claim 21.

The claim chart below provides an element-by-element comparison identifying the product components that satisfy each of the claim elements. Photographs of the Reversible Gear Wrench ("RGW") (shown for example at Bates No. EAS 010077) are attached as Exhibit 1, and photographs of the relevant Next Generation Ratchets ("NGR") are attached to this disclosure as Exhibit 2. In Exhibits 1 and 2, Defendant has identified the salient features of the RGW and NGR with reference numbers to assist Defendant's infringement analysis. Defendant asserts that the

following products infringe both literally and under the doctrine of equivalents: the Reversible

Gear Wrench produced by Lea Way of Taiwan and its U.S. brand name counterparts including the

Craftsman, Matco, Armstrong, and other brand name variations; and the Matco 3/8" Next

Generation Ratchet bearing Bates Nos. EAS 039185 and EAS 039186 and any other brand name

variations of these ratchets.  Defendant reserves the right to identify additional products should

Defendant discover additional infringing devices made, used, sold, offered for sale, or imported by

Plaintiffs.    Additionally, the infringement analysis herein is based on the claim construction

proffered by Hu in his simultaneous filing entitled *Hu's Proposed Claim Constructions*, which is

incorporated herein by reference.

**Reversible Gear Wrench (See Exhibit 1, Figures 1-3)**

| Claim 17 | Reversible Gear Wrench ("RGW") |
|---|---|
| A ratcheting tool comprising: | The RGW is a ratcheting tool. |
| a rotatably mounted drive member including a gear wheel having an outer periphery with a plurality of first teeth; and | The RGW comprises a rotatably mounted drive member (A) including a gear wheel (B) having an outer periphery (P) with a plurality of first teeth (K). |
| a pawl including a first side with a plurality of second teeth facing the fist teeth of the gear wheel and a second side facing away from the gear wheel, | The RGW comprises a pawl (C).  The RGW pawl (C) also includes a first side (D) with a plurality of second teeth (F, G) facing the first teeth (K) of the gear wheel (B) and a second side (E) facing away from the gear wheel (B). |
| with the second teeth of the pawl including a first teeth portion having a first center of curvature and a second teeth portion having a second center of curvature located at a position | The second teeth (N) of the RGW pawl (C) include a first teeth portion (F) having a first center of curvature and a second teeth portion (G) having a second center of curvature located |

| different from the first center of curvature, | at a position different from the first center of curvature. |
|---|---|
| with the pawl being movable between a first ratcheting position and a second ratcheting position, wherein the first teeth portion of the pawl is engaged with the fist teeth of the gear wheel for ratcheting in a first direction and the second teeth portion of the pawl is disengaged from the first teeth of the gear wheel when the pawl is in the first ratcheting position, | The RGW pawl (C) is movable between a first ratcheting position and a second ratcheting position. The first teeth portion (F) of the pawl (C) is engaged with the first teeth (K) of the gear wheel (B) for ratcheting in a first direction, and the second teeth portion (G) of the pawl (C) is disengaged from the first teeth (K) of the gear wheel (B) when the pawl (C) is in the first ratcheting position. |
| and wherein the second teeth portion of the pawl is engaged with the first teeth of the gear wheel for ratcheting in a second direction opposite to the first direction and the first teeth portion of the pawl is disengaged from the first teeth of the gear wheel when the pawl is in the second ratcheting position. | The second teeth portion (G) of the RGW pawl (C) is engaged with the first teeth (K) of the gear wheel (B) for ratcheting in a second direction opposite to the first direction, and the first teeth portion (F) of the pawl (C) is disengaged from the first teeth (K) of the gear wheel (B) when the pawl (C) is in the second ratcheting position. |

| Claim 19 | Reversible Gear Wrench ("RGW") |
|---|---|
| The ratcheting tool as claimed in claim 17, | See infringement analysis for claim 17. |
| With the first center of curvature of the pawl being coincident with a center of the gear wheel when the pawl is in the first ratcheting position. | The first center of curvature of the pawl (C) of the RGW is coincident with the center of the gear wheel (B) when the pawl (C) is in the first ratcheting position. |

| Claim 20 | Reversible Gear Wrench ("RGW") |
|---|---|
| The ratcheting tool as claimed in claim 19, | See infringement analysis for claim 19. |
| With the second center of curvature of the pawl being coincident with the center of the gear wheel when the pawl is in the second ratcheting position. | The second center of curvature of the pawl (C) of the RGW is coincident with the center of the gear wheel (B) when the pawl (C) is in the second ratcheting position. |

| Claim 22 | Reversible Gear Wrench ("RGW") |
|---|---|
| The ratcheting tool as claimed in claim 17, | See infringement analysis for claim 17. |
| with the pawl mounted in a compartment section defined by a wall, | The pawl (C) of the RGW is mounted in a compartment section (H) defined by a wall (I). |
| with the pawl being moveable in a radial direction relative to the drive member, | The pawl (C) of the RGW is moveable in a radial direction relative to the drive member (A). |
| with the pawl bearing against a first point of the wall when the pawl is in the first ratcheting position and bearing against a second point of the wall when the pawl is in the second ratcheting position, | The pawl (C) of the RGW bears against a first point of the wall (I) when the pawl (C) is in the first ratcheting position and bears against a second point of the wall (I) when the pawl (C) is in the second ratcheting position. |
| with the second point being spaced from the first point. | The second point of the wall (I) of the RGW is spaced from the first point. |

| Claim 23 | Reversible Gear Wrench ("RGW") |
|---|---|
| At The ratcheting tool as claimed in claim 22, further comprising: | See infringement analysis for claim 22. |
| a reversing plate pivotable about an axis between a first position and a second position, | The RGW further comprises a reversing plate (L) pivotable about an axis between a first position and a second position. |
| with pivotable movement of the reversing plate being transmitted to the pawl | The pivotable movement of the RGW reversing plate (L) is transmitted to the pawl (C). |
| with the pawl being in the first ratcheting position when the reversing plate is in the first position and the pawl being in the second ratcheting position when the reversing plate is in the second position. | The pawl of the RGW (C) is in the first ratcheting position when the reversing plate (L) is in the first position, and the pawl of the RGW (C) is in the second ratcheting position when the reversing plate (L) is in the second position. |

| Claim 25 | Reversible Gear Wrench ("RGW") |
|---|---|
| The ratcheting tool as claimed in claim 23, | See infringement analysis for claim 23. |
| with the reversing plate having a thumb piece projected therefrom for manual operation. | The reversing plate (L) of the RGW has a thumb piece (M) projected therefrom for manual operation. |

**Next Generation Ratchets (See Figures 4-5)**

| Claim 17 | Matco 3/8" Next Generation Ratchets ("NGR") |
|---|---|
| A ratcheting tool comprising: | The NGR is a ratcheting tool. |
| a rotatably mounted drive member including a gear wheel having an outer periphery with a plurality of first teeth; and | The NGR comprises a rotatably mounted drive member (A) including a gear wheel (B) having an outer periphery (P) with a plurality of first teeth (K). |
| a pawl including a first side with a plurality of second teeth facing the fist teeth of the gear wheel and a second side facing away from the gear wheel, | The NGR comprises a pawl (C). The NGR pawl (C) also includes a first side (D) with a plurality of second teeth (F, G) facing the first teeth (K) of the gear wheel (B) and a second side (E) facing away from the gear wheel (B). |
| with the second teeth of the pawl including a first teeth portion having a first center of curvature and a second teeth portion having a second center of curvature located at a position different from the first center of curvature, | The second teeth (F, G) of the NGR pawl (C) include a first teeth portion (F) having a first center of curvature and a second teeth portion (G) having a second center of curvature located at a position different from the first center of curvature. |
| with the pawl being movable between a first ratcheting position and a second ratcheting position, wherein the first teeth portion of the pawl is engaged with the fist teeth of the gear wheel for ratcheting in a first direction and the second teeth portion of the pawl is disengaged from the first teeth of the gear wheel when the pawl is in the first ratcheting position, | The NGR pawl (C) is movable between a first ratcheting position and a second ratcheting position. The first teeth portion (F) of the pawl (C) is engaged with the first teeth (K) of the gear wheel (B) for ratcheting in a first direction, and the second teeth portion (G) of the pawl (C) is disengaged from the first teeth (K) of the gear wheel (B) when the pawl (C) is in the first |

| | ratcheting position. |
|---|---|
| and wherein the second teeth portion of the pawl is engaged with the first teeth of the gear wheel for ratcheting in a second direction opposite to the first direction and the first teeth portion of the pawl is disengaged from the first teeth of the gear wheel when the pawl is in the second ratcheting position. | The second teeth portion (G) of the NGR pawl (C) is engaged with the first teeth (K) of the gear wheel (B) for ratcheting in a second direction opposite to the first direction, and the first teeth portion (F) of the pawl (C) is disengaged from the first teeth (K) of the gear wheel (B) when the pawl (C) is in the second ratcheting position. |

| Claim 18 | Matco 3/8" Next Generation Ratchets ("NGR") |
|---|---|
| The ratcheting tool as claimed in claim 17, | See infringement analysis for claim 17. |
| With the drive member including a drive column for releasably engaging with a socket. | The NGR drive member (A) includes a drive column (O) for releasably engaging with a socket. |

| Claim 19 | Matco 3/8" Next Generation Ratchets ("NGR") |
|---|---|
| The ratcheting tool as claimed in claim 17, | See infringement analysis for claim 17. |
| With the first center of curvature of the pawl being coincident with a center of the gear wheel when the pawl is in the first ratcheting position. | The first center of curvature of the pawl (C) of the NGR is coincident with the center of the gear wheel (B) when the pawl (C) is in the first ratcheting position. |

| Claim 20 | Matco 3/8" Next Generation Ratchets ("NGR") |
|---|---|
| The ratcheting tool as claimed in claim 19, | See infringement analysis for claim 19. |
| With the second center of curvature of the pawl being coincident with the center of the gear wheel when the pawl is in the second ratcheting position. | The second center of curvature of the pawl (C) of the NGR is coincident with the center of the gear wheel (B) when the pawl (C) is in the second ratcheting position. |

| Claim 21 | Matco 3/8" Next Generation Ratchets ("NGR") |
|---|---|
| The ratcheting tool as claimed in claim 20, | See infringement analysis for claim 20. |
| With the first teeth portion and the second teeth portion of the pawl being arranged in a continuous manner. | The first teeth portion (F) and the second teeth portion (G) of the pawl are arranged in a continuous manner. |

| Claim 22 | Matco 3/8" Next Generation Ratchets ("NGR") |
|---|---|
| The ratcheting tool as claimed in claim 17, | See infringement analysis for claim 17. |
| with the pawl mounted in a compartment section defined by a wall, | The pawl (C) of the NGR is mounted in a compartment section (H) defined by a wall (I). |
| with the pawl being moveable in a radial direction relative to the drive member, | The pawl (C) of the NGR is moveable in a radial direction relative to the drive member (A). |

| | |
|---|---|
| with the pawl bearing against a first point of the wall when the pawl is in the first ratcheting position and bearing against a second point of the wall when the pawl is in the second ratcheting position, | The pawl (C) of the NGR bears against a first point of the wall (I) when the pawl (C) is in the first ratcheting position and bears against a second point of the wall (I) when the pawl (C) is in the second ratcheting position. |
| with the second point being spaced from the first point. | The second point of the wall (I) of the NGR is spaced from the first point. |

| Claim 23 | Matco 3/8" Next Generation Ratchets ("NGR") |
|---|---|
| At The ratcheting tool as claimed in claim 22, further comprising: | See infringement analysis for claim 22. |
| a reversing plate pivotable about an axis between a first position and a second position, | The NGR further comprises a reversing plate (L) pivotable about an axis between a first position and a second position. |
| with pivotable movement of the reversing plate being transmitted to the pawl | The pivotable movement of the NGR reversing plate (L) is transmitted to the pawl (C). |
| with the pawl being in the first ratcheting position when the reversing plate is in the first position and the pawl being in the second ratcheting position when the reversing plate is in the second position. | The pawl of the NGR (C) is in the first ratcheting position when the reversing plate (L) is in the first position, and the pawl of the NGR (C) is in the second ratcheting position when the reversing plate (L) is in the second position. |

| Claim 25 | Matco 3/8" Next Generation Ratchets ("NGR") |
| --- | --- |
| The ratcheting tool as claimed in claim 23, | See infringement analysis for claim 23. |
| with the reversing plate having a thumb piece projected therefrom for manual operation. | The reversing plate (L) of the NGR has a thumb piece (M) projected therefrom for manual operation. |

Defendant has identified specific structures, features, or components of Plaintiffs' RGW and NGR that meet the limitations of the above-identified claims of the '387 Patent. However, this is not intended to be an exhaustive list of structures, features, or components of a device that could meet those limitations, and Defendant specifically reserves the right to assert that structures, features, or components of a device other than those identical to the structures, features, or components above meet the limitations of the above-identified claims. Additionally, Defendant reserves the right to identify additional products of Plaintiffs that he believes infringes claims of the '387 Patent.

Defendant identifies the following documents and things as supporting his allegations of infringement: (1) the wrenches bearing Bates numbers EAS 010076-79, EAS 010082-83, and EAS 039185-86; and (2) the drawings bearing Bates numbers EAS 002659-762, EAS 016813-15, EAS 016823-27, EAS 037198-99, EAS 037202-03, EAS 037205-06, EAS 037318-22, and EAS 037325-34. While Defendant has made every effort to identify the documents and things upon which he is relying for his infringement contentions, discovery is ongoing, and Defendant expects Plaintiffs to produce additional documents and products that may lead to Defendant's identification of further information. Further, depositions and other discovery, including expert

discovery, may yield additional information. Therefore, Defendant reserves the right to supplement his contentions.

Respectfully submitted,

Jonathan M. Pierce, Esq.
Federal Bar No. ct24417
Michael F. Heim, Esq.
Federal Bar No. ct22416
CONLEY ROSE, P.C.
7100 JP Morgan Chase Tower
Houston, Texas 77002-2912

J. Hoke Peacock III
Federal Bar No. ct24230
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096

David B. Zabel, Esq.
Federal Bar No. ct01382
COHEN AND WOLF, P.C.
1115 Broad Street
Bridgeport, Connecticut 06604

Attorneys for Defendant and Counter-Plaintiff,
Hou-Fei Hu, a/k/a Mr. Bobby Hu

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of *Defendant Hou-Fei-Hu's Supplemental Infringement Contentions* has been served on the following counsel of record, via first class mail, postage pre-paid and properly addressed as follows on this 25th day of February, 2004, as indicated below:

Francis H. Morrison
Matthew J. Becker
Day, Berry & Howard, LLP
CityPlace I
Hartford, Connecticut 06103-3499


Mark C. Dukes
Lloyd G. Farr
Nelson Mullins Riley & Scarborough, LLP
Keenan Building, Third Floor
1330 Lady Street
P O Box 11070 (29211)
Columbia, SC 29201

- 12 -

# Exhibit 1

# Figure 1



# Figure 2

Not Actual Size



# Figure 3



I          H     I

# Figure 4



# Figure 5

