UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION, | ) ) ) ) ) ) | Civil Action No. 3:02 CV 1723 (AVC) Consolidated with Civil Action No. 3:02 CV 1747 (AVC) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| HU, HOU-FEI, a/k/a BOBBY HU, | ) ) | |
| Defendant. | ) | March 1, 2004 |

**PARTIES' JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Court's December 4, 2003 Scheduling Order, plaintiffs, Easco Hand Tools Inc., Kingsley Tools Inc., Lea Way Hand Tool Corporation and Matco Tools Corporation ("Easco") and defendant Hu, Hou-Fei, a/k/a/ Bobby Hu ("Hu") submit their joint claim construction statement. This claim construction statement sets forth the construction of those claim terms on which the parties agree and each party's proposed construction for each disputed claim term.

'387 Patent

Claim 17

| Claim Term | Agreed To Construction | Easco Proposed Construction | Hu Proposed Construction |
|---|---|---|---|
| 1. "ratcheting tool" | | A tool having a mechanism that consists of a bar or wheel having inclined | A contrivance held in and worked by the hand for performing or facilitating |

|  |  |  |  |
|---|---|---|---|
|  |  | teeth with which a pawl interacts so that motion can be imparted to the wheel or bar. | mechanical operations engaging a toothed wheel with a pawl. |
| 2. "rotatably" | In such a manner as to be able to turn on or about an axis or center. |  |  |
| 3. "drive member" |  | A shaft or shaft-like structure extended beyond the compartment. | A constituent part of any structural unit or composite whole that causes something to move by force or compulsion in a direction. |
| 4. "including" | Containing, taking in, or comprising as part of a larger whole. |  |  |
| 5. "gear wheel" | Circular structure with teeth. |  |  |
| 6. "outer periphery" | Outer external surface. |  |  |
| 7. "plurality" | More than one |  |  |
| 8. "fist" | Fist is a typographical error in claim 17 made by the United States Patent and Trademark Office. One of ordinary skill in the art would understand this to be "first." |  |  |
| 9. "pawl" | A device adapted to fit into a notch or interdental spaces on another part (as a ratchet or gear wheel) so as to permit motion in only one direction. |  |  |
| 10. "center of curvature" | The point equally distant from all points of the circumference of a circle that lies on a curve. |  |  |
| 11. "engaged" | Meshed. |  |  |

| Claim Term | Agreed To Construction | Easco Proposed Construction | Hu Proposed Construction |
|---|---|---|---|
| 12. "disengaged" | Not fully meshed. | | |

'387 Patent

Claim 18

| Claim Term | Agreed To Construction | Easco Proposed Construction | Hu Proposed Construction |
|---|---|---|---|
| 13. "including a drive column" | Containing, taking in, or comprising as part of a larger whole, a cylindrical or polygonal shaft that causes something to move by force. | | |

'387 Patent

Claim 19

| Claim Term | Agreed To Construction | Easco Proposed Construction | Hu Proposed Construction |
|---|---|---|---|
| 14. "being coincident with a center of the gear wheel" | Occupying the same place or position as the middle point around which the gear wheel revolves. | | |

'387 Patent

Claim 21

| Claim Term | Agreed To Construction | Easco Proposed Construction | Hu Proposed Construction |
|---|---|---|---|
| 15. "being arranged in a continuous manner" | Placed to be uninterrupted in space or sequence. | | |

'387 Patent

Claim 22

| Claim Term | Agreed To Construction | Easco Proposed Construction | Hu Proposed Construction |
|---|---|---|---|
| 16. "mounted" | | Attached to. | Put into position for use. |

| Claim Term | Agreed To Construction | Easco Proposed Construction | Hu Proposed Construction |
|---|---|---|---|
| | | Easco has proposed as a compromise the following construction: held in position. | |
| 17. "compartment" | A space partitioned off. | | |
| 18. "section" | A separate distinct part of anything. | | |
| 19. "wall" | A structure defining a space. | | |
| 20. "moveable" | Capable of moving or being moved. | | |
| 21. "radial direction" | For purposes of claim construction this term is combined with term relative to the drive member. | | |
| 22. "radial direction relative to the drive member" | A line of movement inward or outward along a radius of the drive member. | | |
| 23. "bearing" | | Touching sufficient to create a reactive force. | Pressing or pushing against. |

'387 Patent

Claim 23

| Claim Term | Agreed To Construction | Easco Proposed Construction | Hu Proposed Construction |
|---|---|---|---|
| 24. "reversing plate" | A thin, flat piece that is capable of changing the direction of a mechanism. | | |
| 25. "pivotable about an axis" | Capable of turning about a line. | | |
| 26. "pivotable movement of the reversing plate being transmitted to the pawl" | The reversing plate being capable of moving on or about, or as if on or about, a pivot and conveying or passing that movement to the pawl. | | |

Respectfully submitted,

PLAINTIFFS: EASCO HAND TOOLS, INC., ARMSTRONG TOOLS, INC., KINGSLEY TOOLS, INC., LEA WAY HAND TOOL CORPORATION and MATCO TOOLS CORPORATION

By: _____
    Francis H. Morrison, III (ct 04200)
    fhmorrison@dbh.com
    Matthew J. Becker (ct 10050)
    mjbecker@dbh.com
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, CT  06103
    860-275-0100
    860-2675-0343 (Fax)

    Attorneys For Plaintiffs


By: _____
    Jonathan M. Pierce, Esq.
    Federal Bar No. ct24417
    Michael F. Heim, Esq.
    Federal Bar No. ct22416
    CONLEY ROSE P.C.
    7100 JP Morgan Chase Tower
    Houston, Texas 77002-2912
    Telephone: (713) 238-8000
    Facsimile: (713) 238-8008
    E-mail: jpierc@conleyrose.com
    E-mail: mheim@conleyrose.com

    Attorneys For Defendant

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing Parties' Joint Claim Construction Statement was sent this 1st day of March, 2004, by mail and fax to:

J. Hoke Peacock III, Esq. (*first class mail*)
Randall W. Wilson, Esq.
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096

Dana B. Zabel, Esq.  (*first class mail*)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604

Jonathan Pierce, Esq.  (*overnight mail and fax*)
Michael F. Heim, Esq.
Conley, Rose & Taylor, P.C.
600 Travis Street, Suite 7100
Houston, TX  77002

                                              Matthew J. Becker