# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION, | ) ) ) ) ) | Civil Action No.  3:02 CV 1723 (AVC) Consolidated with Civil Action No.  3:02 CV 1747 (AVC) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| HU, HOU-FEI, a/k/a BOBBY HU, | ) ) | |
| Defendant. | ) | March 1, 2004 |

## PLAINTIFFS' IDENTIFICATION OF *MARKMAN* WITNESSES

Pursuant to the Court's December 4, 2003 Scheduling Order, plaintiffs, Easco Hand Tools Inc., Kingsley Tools Inc., Lea Way Hand Tool Corporation and Matco Tools Corporation ("Easco") states that they identify no witnesses that they expect to call to testify at the *Markman* hearing at this time and reserve the right to identify witnesses pursuant to ¶ 5 of the Scheduling Order (i.e., at the time of filing their responsive *Markman* brief.)

Respectfully submitted,

PLAINTIFFS: EASCO HAND TOOLS,
INC., ARMSTRONG TOOLS, INC.,
KINGSLEY TOOLS, INC., LEA WAY
HAND TOOL CORPORATION and
MATCO TOOLS CORPORATION

By: _____

       Francis H. Morrison, III (ct 04200)
       fhmorrison@dbh.com
       Matthew J. Becker (ct 10050)
       mjbecker@dbh.com
       Day, Berry & Howard LLP
       CityPlace I
       Hartford, CT  06103
       860-275-0100
       860-2675-0343 (Fax)

       Attorneys For Plaintiffs

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing Plaintiffs' Identification of Markman Witnesses was sent this 1st day of March, 2004, by mail and fax to:

J. Hoke Peacock III, Esq. (*first class mail*)
Randall W. Wilson, Esq.
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096

Dana B. Zabel, Esq.  (*first class mail*)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604

Jonathan Pierce, Esq.  (*overnight mail and fax*)
Michael F. Heim, Esq.
Conley, Rose & Taylor, P.C.
600 Travis Street, Suite 7100
Houston, TX  77002

_____
Matthew J. Becker