IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>HU, HOU-FEI, a/k/a BOBBY HU,<br><br>Defendant. | Civil Action No. 3:02 CV 1723 (AVC) |

## SUMMARY OF HU'S PROPOSED CLAIM CONSTRUCTIONS AND SUPPORTING MATERIALS

| Claim Term | Proposed Construction | Support |
|---|---|---|
| ratcheting tool | a contrivance held in and worked by the hand for performing or facilitating mechanical operations engaging a toothed wheel with a pawl | Random House, *Webster's Unabridged Dictionary* 1602, 1995 (2d ed. 2001)<br><br>'387 Patent col 1, ll. 6-9; col. 1, ll. 11-12; col. 1, ll. 20-23; col. 2, ll. 17-20; col. 3, l. 66 – col. 4, l. 2; col. 4, ll. 16-21; col. 4, ll. 44-49; Figures 1 & 2 |
| drive member | a constituent part of any structural or composite whole that causes something to move by force or compulsion in a direction | Random House, *Webster's Unabridged Dictionary* 597, 1198-99 (2d ed. 2001)<br><br>'387 Patent, col. 4, ll. 16-19; col. 6, ll. 4-6; Figures 2 & 6 |

| | | |
|---|---|---|
| mounted | put into position for use | Random House, *Webster's Unabridged Dictionary* 1256 (2d ed. 2001)<br><br>'387 Patent col 4, ll. 44-45 |
| bearing | pressing or pushing against | Random House, *Webster's Unabridged Dictionary* 182 (2d ed. 2001)<br><br>'387 Patent col 6, ll. 17-19; col. 6, l. 66 – col. 7, l. 1; Figures 4A & 5A |