# RANDOM HOUSE WEBSTER'S UNABRIDGED DICTIONARY

## Second Edition



RANDOM HOUSE

NEW YORK

COPYRIGHT © 2001. 1998. 1997. 1996. 1993. 1986 BY RANDOM HOUSE. INC.

All rights reserved under International and Pan-American Copyright Conventions  No part of this book may be reproduced in any form or by any means. electronic or mechanical. including photocopying, without the written permission of the publisher  All inquiries should be addressed to Random House Reference. Random House. Inc., New York, NY  Published in the United States by Random House, Inc. New York and simultaneously in Canada by Random House of Canada Limited.

*Random House Webster's Unabridged Dictionary. Second Edition,* is a revised and updated edition of The Random House Dictionary of the English Language. Second Edition, Unabridged.

The *Random House Dictionary Database*™, the *Random House Dictionary*™, and the *Random House Dictionary Project*™ are trademarks of Random House, Inc  Random House and the house design are registered trademarks of Random House. Inc.

*International Phonetic Alphabet* courtesy of International Phonetic Association

**Library of Congress Cataloging-in-Publication Data is available.**

**Trademarks**

A number of entered words which we have reason to believe constitute trademarks have been designated as such  However. no attempt has been made to designate as trademarks or service marks all terms or words in which proprietary rights might exist  The inclusion. exclusion. or definition of a word or term is not intended to affect. or to express a judgment on, the validity or legal status of the word or term as a trademark. service mark, or other propriety term

This book is available for special purchases in bulk by organizations and institutions, not for resale, at special discounts. Please direct your inquiries to the Random House Special Sales Department. toll free 888-591-1200 or fax 212-572-7370

Please address inquiries about electronic licensing of this division's products, for use on a network or in software or on CD-ROM. to the Subsidiary Rights Department. Random House Reference. fax 212-940-7352

New York   Toronto   London   Sydney   Auckland

This book is also sold in a special package containing the CD-ROM version 3.0 for Windows™ 95 and higher versions

Visit the Random House Reference Web site at www.randomwords.com

Typeset and printed in the United States of America.

9 8 7 6 5 4 3 2 1

ISBN: 0-375-42566-7 (Hardcover/book only)

ISBN: 0-375-42573-X (Hardcover/book and CD-ROM package)

**beam′ weap′on,** a laser-beam or particle-beam weapon. Also called **directed-energy device.**

**beam′ wind′** (wind). *Naut.* a wind blowing against a vessel from a direction at right angles to its keel.

**beam·y** (bē′mē) *adj.,* **beam·i·er, beam·i·est.** 1. emitting beams of or as of light; radiant. 2. broad in the beam, as a ship. 3. *Zool.* having antlers, as a stag. [1350–1400; ME *bemy.* See BEAM, -Y¹] —**beam′i·ly,** *adv.* —**beam′i·ness,** *n.*

**bean** (bēn), *n.* 1. the edible nutritious seed of various plants of the legume family, esp. of the genus *Phaseolus.* 2. a plant producing such seeds. 3. the pod of such a plant, esp. when immature and eaten as a vegetable. 4. any of various other beanlike seeds or plants, as the coffee bean. 5. *Slang.* a. a person's head. b. a coin or a bank note considered as a coin. *I can't pay for the ticket, I don't have a bean in my jeans.* 6. *Brit. Informal.* a minimum amount of money: *They've been disinherited and now haven't a bean.* 7. **beans.** *Informal.* the slightest amount: *He doesn't know beans about navigation.* 8. **full of beans.** *Informal.* a. energetic; vigorously active; vital: *He is still full of beans at 95.* b. stupid; erroneous; misinformed. 9. **spill the beans.** *Informal.* to disclose a secret, either accidentally or imprudently, thereby ruining a surprise or plan: *He spilled the beans and she knew all about the party in advance.* —*v.t.* 10. *Slang.* to hit on the head, esp. with a baseball. —*interj.* 11. **beans.** (used to express disbelief, annoyance, etc.). [bef. 950; ME *bene,* OE *bēan;* c. ON *baun,* OFris *bāne,* D *boon,* OS, OHG *bona* (G *Bohne*), prob. < Gmc **babnō,* c. Russ *bob,* L *faba* < European IE **bhabh-*] —**bean′like′,** *adj.*

**Bean** (bēn), *n.* 1. **Alan L(aVern),** born 1932, U.S. astronaut. 2. **Roy** ("*Judge*"), 1825?–1903, U.S. frontiersman and justice of the peace: called himself "the law west of the Pecos."

**bean′ a′phid,** a small black aphid, *Aphis fabae,* often found on beans and related plants.

**bean·bag** (bēn′bag′), *n.* 1. a small cloth bag filled with dried beans, as for tossing in various children's games. 2. any such game. 3. any similar bag used as a cushion or support, as the base for an ashtray, etc. 4. Also called **bean′bag chair′,** a large, soft, frameless chair resembling a beanbag, typically a clothlike plastic shell, filled with plastic chips, that molds itself readily to the contours of the occupant. [1870–75; BEAN + BAG]

**bean′ ball′,** *Baseball.* a ball thrown by a pitcher purposely at or near the head of the batter. [1900–05]

**bean′ bee′tle.** See **Mexican bean beetle.** [1930–35, *Amer.*]

**bean′ ca′per,** a small tree, *Zygophyllum fabago,* of eastern Mediterranean regions, having flower buds that are used as a substitute for capers. [1590–1600]

**bean′ curd′,** tofu.

**bean·er·y** (bē′nə rē), *n., pl.* **-er·ies.** *Informal.* a cheap, usually inferior, restaurant. [1885–90, *Amer.;* BEAN + -ERY]

**bean·feast** (bēn′fēst′), *n. Chiefly Brit. Slang.* 1. (formerly) an annual dinner or party given by an employer for employees. 2. a celebration or festive occasion, esp. when a meal is provided. Also, **bean-fest** (bēn′fest′) [1795–1805; BEAN + FEAST]

**bean·ie** (bē′nē), *n.* a skullcap, often brightly colored, worn esp. by children and by college freshmen esp. in the 1940's. [1940–45, *Amer.;* BEAN + -IE]

**bean·o¹** (bē′nō), *n.* bingo. [1930–35; b. BEAN and KENO]

**bean·o²** (bē′nō), *n., pl.* **bean·os.** *Chiefly Brit. Slang.* beanfeast. [1885–90; BEAN(FEAST) + -O]

**bean·pole** (bēn′pōl′), *n.* 1. a tall pole for a bean plant to climb on. 2. *Informal.* a tall, lanky person. [1790–1800; BEAN + POLE¹]

**bean′ pot′,** a heavy, covered crockery or metal pot, suitable for the slow cooking of beans, stews, etc. [1840–50, *Amer.*]

**bean·shoot·er** (bēn′sho͞o′tər), *n.* peashooter. [1885–90, *Amer.;* BEAN + SHOOTER]

**bean′ shot′,** *Metall.* refined copper having a shotlike form from being thrown into water in a molten state.

**bean′ sprouts′,** the sprouts of newly germinated beans, esp. of mung beans, used as a vegetable. [1920–25]

**bean·stalk** (bēn′stôk′), *n.* the stem of a bean plant. [1790–1800; BEAN + STALK¹]

**Bean′ Town′,** Boston, Mass. (used as a nickname).

**bean′ tree′,** 1. any of several trees bearing pods resembling those of a bean, as the catalpa and the carob tree. 2. the laburnum, *Laburnum anagyroides.* [1610–20]

**bean′ wee′vil,** a seed beetle, *Acanthoscelides obtectus,* the larvae of which live in and feed on growing or stored beans. [1865–70, *Amer.*]

**bear¹** (bâr), *v.,* **bore** or (*Archaic*) **bare; borne** or **born; bear·ing.** —*v.t.* 1. to hold up; support: *to bear the weight of the roof.* 2. to hold or remain firm under (a load): *The roof will not bear the strain of his weight.* 3. to bring forth (young); give birth to: *to bear a child.* 4. to produce by natural growth: *a tree that bears fruit.* 5. to hold up under; be capable of: *His claim doesn't bear close examination.* 6. to press or push against: *The crowd was borne back by the police.* 7. to hold or carry (oneself, one's body, one's head, etc.): *to bear oneself erectly.* 8. to conduct (oneself): *to bear oneself bravely.* 9. to suffer; endure; undergo: *to bear the blame.* 10. to sustain without yielding or suffering injury; tolerate (usually used in negative constructions, unless qualified): *I can't bear your nagging. I can hardly bear to see her suffering so.* 11. to be fit for or worthy of: *It doesn't bear repeating.* 12. to carry; bring: *to bear gifts.* 13. to carry in the mind or heart: *to bear love; to bear malice.* 14. to transmit or spread (gossip, tales, etc.). 15. to render; afford; give: *to bear witness; to bear testimony.* 16. to lead; guide; take: *They bore him home.* 17. to have and be entitled to: *to bear title.* 18. to exhibit; show: *to bear a resemblance.* 19. to accept or have, as an obligation: *to bear responsibility; to bear the cost.* 20. to stand in (a relation or ratio); have or show correlatively: *the relation that price bears to profit.* 21. to possess, as a quality or characteristic; have in or on: *to bear traces; to bear an inscription.* 22. to have and use; exercise: *to bear authority; to bear sway.* —*v.i.* 23. to tend in a course or direction; move; go: *to bear west; to bear left at the fork in the road.* 24. to be located or situated: *The lighthouse bears due north.* 25. to bring forth young or fruit: *Next year the tree will bear.* 26. **bear down,** a. to press or weigh down. b. to strive harder; intensify one's efforts: *We can't hope to finish unless everyone bears down.* c. *Naut.* to approach from windward, as a ship: *The cutter was bearing down the channel at twelve knots.* 27. **bear down on** or **upon,** a. to press or weigh down on. b. to strive toward. c. to approach something rapidly. d. *Naut.* to approach (another vessel) from windward: *The sloop bore down on us, narrowly missing our stern.* 28. **bear off,** a. *Naut.* to keep (a boat) from touching or rubbing against a dock, another boat, etc. b. *Naut.* to steer away. c. *Backgammon.* to remove the stones from the board after they are all home. 29. **bear on** or **upon,** to affect, relate to, or have connection with; be relevant to: *This information may bear on the case.* 30. **bear out,** to substantiate; confirm: *The facts bear me out.* 31. **bear up,** to endure; face hardship bravely: *It is inspiring to see them bearing up so well.* 32. **bear with,** to be patient or forbearing with: *Please bear with me until I finish the story.* 33. **bring to bear,** to concentrate on with a specific purpose: *Pressure was brought to bear on those with overdue accounts.* [bef. 900; ME *beren,* OE *beran;* c. OS, OHG *beran,* D *baren,* OFris, ON *bera,* Goth *bairan,* G *(ge)bären,* Russ *berët* (he) takes, Albanian *bie,* Tocharian *pär-,* Phrygian *ab-beret* (he) brings, L *ferre,* OIr *berid* (he) carries, Armenian *berem,* Gk *phérein,* Skt *bhárati,* Avestan *baraiti;* < IE **bher-* (see -FER, -PHORE)]

—**Syn.** 1. uphold, sustain. 4. yield. 6. thrust, drive, force. 10. brook, abide, suffer. BEAR, STAND, ENDURE refer to supporting the burden of something distressing, irksome, or painful. BEAR and STAND are close synonyms and have a general sense of withstanding: *to bear a disappointment well; to stand a loss.* ENDURE implies continued resistance and patience in bearing through a long time: *to endure torture.*

—**Usage.** Since the latter part of the 18th century, a distinction has been made between BORN and BORNE as past participles of the verb BEAR¹. BORNE is the past participle in all senses that do not refer to physical birth: *The wheatfields have borne abundantly this year. Judges have always borne a burden of responsibility.* BORNE is also the participle when the sense is "to bring forth (young)" and the focus is on the mother rather than on the child. In such cases, BORNE is preceded by a form of *have* or followed by *by: Anna had borne a son the previous year. Two children borne by her earlier were already grown.* When the focus is on the offspring or on something brought forth as if by birth, BORN is the standard spelling, and it occurs only in passive constructions: *My friend was born in Ohio. No children have been born at the South Pole. A strange desire was born of the tragic experience.* BORN is also an adjective meaning "by birth," "innate," or "native": *born free; a born troublemaker; Mexican-born.*

**bear²** (bâr), *n., pl.* **bears,** (*esp. collectively*) **bear,** *adj., v.,* **beared, bear·ing.** —*n.* 1. any of the plantigrade, carnivorous or omnivorous mammals of the family Ursidae, having massive bodies, coarse heavy fur, relatively short limbs, and almost rudimentary tails. 2. any of various animals resembling the bear, as the ant bear. 3. a gruff, burly, clumsy, bad-mannered, or rude person. 4. a person who believes that market prices, esp. of stocks, will decline (opposed to *bull*). 5. *Informal.* a person who shows great ability, enthusiasm, stamina, etc.: *a bear for physics.* 6. (*cap.*) *Astron.* either of two constellations, Ursa Major or Ursa Minor. 7. *Informal.* a player at cards who rarely bluffs. 8. (*cap.*) Russia. 9. **loaded for bear,** *Informal.* fully prepared and eager to initiate or deal with a fight, confrontation, or trouble: *Keep away from the boss—he's loaded for bear today.* —*adj.* 10. having to do with or marked by declining prices, as of stocks: *bear market.* —*v.t.* 11. *Stock Exchange.* to force prices down in (a market, stock, etc.). [bef. 1000; ME *be(a)re, beor(e),* OE *bera;* c. Fris *bār,* D *beer,* OHG *bero* (G *Bär*); < Gmc **beran-,* lit., the brown one; akin to ON *bjprn,* *bersi;* cf. Lith *bė́ras* brown. Cf. BRUIN] —**bear′like′,** *adj.*

black bear, *Ursus americanus,* 3 ft. (0.9 m) high at shoulder; length 5 ft. (1.5 m)

**bear·a·ble** (bâr′ə bəl), *adj.* capable of being endured or tolerated; endurable. [1540–50; BEAR¹ + -ABLE] —**bear′a·ble·ness,** *n.* —**bear′a·bly,** *adv.*

**bear′ animal′cule,** *Zool.* tardigrade (def. 3). [1885–90]

**bear·bait·ing** (bâr′bā′ting), *n.* the former practice of setting dogs to fight a captive bear. [1250–1300; ME. See BEAR², BAITING] —**bear′bait′er,** *n.*

**bear·ber·ry** (bâr′ber′ē, -bə rē), *n., pl.* **-ries.** 1. any of several prostrate shrubs belonging to the genus *Arctostaphylos,* of the heath family, esp. *A. uva-ursi,* having tonic, astringent leaves and bright-red berries. 2. cascara. 3. possum haw (def. 1). 4. any of several other plants, as some species of cranberry. [1615–25; BEAR² + BERRY]

**bear·cat** (bâr′kat′), *n.* 1. *Informal.* a person or thing that fights or acts with force or fierceness. 2. binturong. 3. a panda, *Ailurus fulgens.* [1885–90; BEAR² + CAT¹]

**bear′ claw′,** a sweet, almond-flavored breakfast pastry made with yeast dough and shaped in an irregular semicircle resembling a bear's claw. Also called **bear paw.**

**beard** (bērd), *n.* 1. the growth of hair on the face of an adult man, often including a mustache. 2. *Zool.* a tuft, growth, or part resembling or suggesting a human beard, as the tuft of long hairs on the lower jaw of a goat or the cluster of hairlike feathers at the base of the bill in certain birds. 3. *Bot.* a tuft or growth of awns or the like, as on wheat or barley. 4. a barb or catch on an arrow, fishhook, knitting needle, crochet needle, etc. 5. Also called **bevel neck.** *Print.* a. the sloping part of a type that connects the face with the shoulder of the body. b. *Brit.* the space on a type between the bottom of the face of an x-high character and the edge of the body, comprising both beard and shoulder. c. the cross stroke on the stem of a capital *G.* See diag. under **type.** —*v.t.* 6. to seize, pluck, or pull the beard of: *The hoodlums bearded the old man.* 7. to oppose boldly; defy: *It took courage for the mayor to beard the pressure groups.* 8. to supply with a beard. [bef. 900; ME *berd,* OE *beard;* c. G *Bart,* D *baard,* LL *Langobardi* Long-beards, name of the Lombards, Crimean Goth *bars,* L *barba* (> Welsh *barf*), Lith *barzdà,* OCS *brada,* Russ *borodá;* European IE **bhₐr-dhā,* perh. akin to BARLEY¹] —**beard′like′,** *adj.*

—**Syn.** 7. confront, brave, dare, face, challenge.

**Beard** (bērd), *n.* 1. **Charles Austin,** 1874–1948, and his wife **Mary,** 1876–1958, U.S. historians. 2. **Daniel Carter,** 1850–1941, U.S. artist and naturalist: organized the Boy Scouts of America in 1910.

**beard·ed** (bēr′did), *adj.* 1. having a beard. 2. having a hairlike growth or tuft, as certain wheats. 3. having a barb, as a fishhook. [1350–1400; ME *berdid.* See BEARD, -ED³] —**beard′ed·ness,** *n.*

**beard′ed col′lie,** one of a British breed of medium-sized herding dogs with a medium-length, shaggy coat of black, blue, brown, or fawn in color. [1875–80]

**beard′ed dar′nel,** a grass, *Lolium temulentum,* related to rye, having bristles on the seed head and bearing seeds that yield a narcotic poison.

**beard′ed seal′,** a large gray-to-golden seal, *Erignathus barbatus,* inhabiting the Arctic Ocean and adjacent waters, having square foreflippers and a thick mustache of long bristles on each side of the muzzle.

**beard′ed tit′,** a small European bird, *Panurus biarmicus,* found in reedy places, the male of which has a tuft of black feathers on each side of the face.

**beard′ed vul′ture,** lammergeier.

**beard·fish** (bērd′fish′), *n., pl.* (*esp. collectively*) **-fish,** (*esp. referring to two or more kinds or species*) **-fish·es.** any of several fishes of the family Polymyxiidae, found in the deeper waters of the Atlantic and Pacific oceans, having a pair of long barbels under the chin. Also called **barbudo.** [for *bearded fish*]

**beard·less** (bērd′lis), *adj.* 1. having no beard or cut shaved close to the skin. 2. (of a male) very young or immature. [1275–1325; ME; see BEARD, -LESS] —**beard′less·ness,** *n.*

**beard′ moss′,** any of several green or yellow lichens of the genus *Usnea,* having long, threadlike stems in a tangled mass typically hanging from tree branches, and growing in a wide range of habitats from tropical zones to the Arctic. Also called **old-man's-beard.**

**Beards·ley** (bērdz′lē), *n.* **Aubrey Vincent,** 1872–98, English illustrator.

**beard·tongue** (bērd′tung′), *n.* any plant belonging to the genus *Penstemon,* of the figwort family. [1815–25, *Amer.;* BEARD + TONGUE]

**beard′ worm′,** *Zool.* pogonophoran. [1965–70]

**bear·er** (bâr′ər), *n.* 1. a person or thing that carries, upholds, or brings: *dozens of bearers on the safari.* 2. the person who presents an order for money or goods: *Pay to the bearer.* 3. a tree or plant that yields fruit or flowers. 4. the holder of rank or office; incumbent. 5. pallbearer. 6. (esp. in India) a native boy or man employed as a personal or household servant. 7. *Print.* a. furniture (def. 4). b. one of several strips of metal fitted at the sides of a plate for support during inking and proving. 8. a joistlike member supporting the floor boards of a scaffold. 9. *Furniture.* See **bearing rail.** [1250–1300; ME *berere.* See BEAR¹, -ER¹]

**bear′er bond′,** a bond not registered in anyone's name and payable to whoever possesses it. Cf. **registered bond.** [1910–15]

**bear′ gar′den,** 1. a place for keeping or exhibiting bears, esp. (formerly) for bearbaiting. 2. a place or scene of tumult. [1590–1600]

**bear′ grass′,** 1. Also called **elk grass.** a tall, western North American plant, *Xerophyllum tenax,* of the lily family, having narrow leaves and a dense, broad cluster of tiny white flowers. 2. any of several other plants having linear, grasslike leaves, as those of the genera *Nolina* and *Dasylirion.* [1740–50, *Amer.*]

**bear′ hug′,** 1. a forcefully or heartily tight embrace. 2. *Wrestling.* a hold in which one contestant locks both arms around the other from the front in order to make the opponent fall backward. [1920–25]

**bear-hug** (bâr′hug′), *v.t.,* **-hugged, -hug·ging.** to greet with or hold in a bear hug: *eager fans bear-hugging the victorious team.* [1955–60]

**bear·ing** (bâr′ing), *n.* 1. the manner in which one conducts or carries oneself, including posture and gestures

a man of dignified ... riod of producing ... 3. something tha... during or capaci... (usually fol. by o... 6. *Archit.* a. a ... area of contact b... and a pier, wall ... the support and ... ing shaft, pivot, c... or relative positi... *Survey.* a horizon... or west of a true ... 10. *Heraldry.* ... charge. [1200–50] —**Syn.** 1. carria... See **manner¹.** 5... 8. course, aim.

**bear′ing plate** ... and distributing ... or one end of a t...

**bear′ing rail′,** a drawer or draw...

**bear′ing rein′,**

**bear′ing sword** by a squire or ser...

**bear′ing wall′,** the roof of a buil...

**bear·ish** (bâr′ish) clumsy. 2. *Infor...* 3. *Com.* a. decli... prices. b. charac... prospects for the ... market. [1735–45 —**bear′ish·ness,**

**bear′ lead′er,** wealthy or aristoc... [1740–50]

**Bé·ar·naise** (be... (*sometimes l.c.*) a butter, vinegar, ar... chervil. Also calle... *Béarn* district in ...

**bear·paw** (bâr′p... almost round sno... 2. See **bear claw** BEAR² + PAW]

**Bear′ Riv′er,** a SE Idaho, flowing ... km) long.

**bear·skin** (bâr′s... 2. a tall, black fur ... of a soldier in som...

**bear's-paw** (bâr... *popus,* having a ... spots.

**bear·wood** (bâr′... *purshiana,* the bar... *grada.* [1865–70, ...

**beast** (bēst), *n.* 1 ... four-footed mamm... mon to humans ar... *out the beast in hi...* wise beastlike pe... guished from a pl... **the beast,** the A... *be(e)ste* < OF *bes...* adj.

—**Syn.** 1. See an... age, ogre, monster.

**beast′ ep′ic,** a... misadventures of a... lies. [1885–90]

**beast·ie** (bē′stē) mal, esp. one tow... tious, as an insect; b... *berta*). constructio...

**beast·ings** (bē′s... beestings.

**beast·ly** (bēst′lē), or like a beast; bes... disagreeable. —*ad...* ceedingly: *It's beas...* greeably; outrageo... *beastliche,* later b... ness, *n.*

—**Syn.** 2. abomi... gusting.

**beast′ of bur′c...** heavy loads or pu... mule, or ox. [1795–

**beast′ of prey′,**

**beat** (bēt), *v.,* **bea...** —*v.t.* 1. to strike ... 2. to dash against; ... flap, or rotate in ... *wings.* 4. to sour... *rhythm; to beat a ...* *egg whites well.* 6. *beat their swords in...* titude, idea, habit, ... sense into him. 8. ... ing. 9. to strike (a ... furiously: *Some of* ... ciously before robbi... by strokes, as wi... *Hunting.* to scour t... times make noise ... come in a contest; ... *beat the English ch...* perior to: *Making r...* to be incomprehens... the job. 16. to def...

597

drive

**drill′ press**, a drilling machine having a single vertical spindle. [1860–65 *Amer*]

**drill′ rig′**, *rig′ def 3). Also called **drill′ing rig′**. [1910–15 *Amer*]

**drill-ship** (dril′ship′), *n.* a ship equipped with a drill rig and engaged in offshore oil and gas exploration oceanographic research etc. [1860–65, DRILL + -SHIP]

**drill-stock** (dril′stok′), *n.* a device for holding a drill. [1770–80; DRILL + STOCK]

**drill′ string′**, (in a drill rig) the assemblage of drill pipes that link the drill bit to the mechanism that imparts rotary or reciprocating motion. [1695–1705]

**drill′ team′**, a group trained, esp. for exhibition purposes, in precision marching, the manual of arms etc. Also called drill corps. [1925–30]

**drill′ tow′er,** a structure, usually of concrete and steel, that resembles a building and is used by firefighters for practicing and improving firefighting techniques.

**dri-ly** (drī′lē) *adv.* drily

**Drin** (drēn), *n.* a river in S Europe, flowing generally NW from SW Macedonia through N Albania into the Adriatic 180 mi (290 km) long

**Dri-na** (drē′na, -nä), *n.* a river in S Europe flowing N along part of the border between Serbia and Bosnia and Herzegovina to the Sava River 285 mi (459 km) long

**D-ring** (dē′ring′), *n.* a D-shaped, usually metal ring of various sizes, used on clothing or other articles as a closure a means of securing straps or objects or a decoration. Also, D ring.

**drink** (dringk), *v.,* **drank** or (*Nonstandard*) **drunk, drunk** or, often, **drank, drink·ing,** *n.* —*v.i.* 1. to take water or other liquid into the mouth and swallow it; imbibe. 2. to imbibe alcoholic drinks, esp. habitually or to excess; tipple: *He never drinks. They won't find jobs until they stop drinking.* 3. to show one's respect, affection, or hopes with regard to a person, thing, or event by ceremoniously taking a swallow of wine or some other drink (often fol. by *to*): *They drank to his victory.* 4. to be savored or enjoyed by drinking: *a wine that will drink deliciously for many years.* —*v.t.* 5. to take in (a liquid) into the mouth and swallow: *to drink water in any manner; absorb.* 7. to take in through the senses, esp. with eagerness and pleasure (often fol. by *in*): *He drank in the beauty of the scene.* 8. to swallow the contents of (a cup, glass, etc.). 9. to propose or participate in a toast to (a person, thing, or event): *to drink one's health.* —10. any liquid that is swallowed to quench thirst, for nourishment, etc.; beverage. 11. liquor; alcohol. 12. excessive indulgence in alcohol: *Drink was his downfall.* 13. a swallow or draft of liquid; potion: *She took a drink of water before she spoke.* 14. *Informal.* a large body of water, as a lake: *ocean river, etc.; usually tree by the*): *His teammates threw him in the drink.* [bef. 900; ME *drincan* OE *drincan*; c. D *drinken* G *trinken* Goth *drinkan*, ON *drekka*] —**Syn.** 2. tope. 5. quaff. **DRINK, IMBIBE, SIP** refer to swallowing liquids. **DRINK** is the general word: *to drink coffee.* **IMBIBE** is formal in reference to actual drinking; it is used more often in the sense *to absorb: to imbibe culture. Sip* implies drinking little by little: *to sip a cup of broth.* 9. toast.
—**Usage.** As with many verbs of the pattern *sing sang, sung sang rung, rung,* there is some confusion about the forms for the past tense and past participle of **DRINK.** The historical reason for this confusion is that originally verbs of this class in Old English had a past-tense singular form in a but a past-tense plural form in u. Generally the form in u has leveled out to become the standard past-tense form: *We drank our coffee.* However, the past-tense form in u, though considered nonstandard, occurs often in speech: *We drunk our coffee.*
The standard and most frequent form of the past participle of **DRINK** in both speech and writing is **DRUNK:** *Who has drunk all the milk?* However, perhaps because of the association of **DRUNK** with intoxication, **DRANK** is widely used as a past participle in speech by educated persons and must be considered an alternate standard form: *I'd drunk my fill of scenery. See also drunk.*

**drink·a·ble** (dring′kə bəl), *adj.* suitable for drinking. [1605–15; DRINK + -ABLE] —**drink′a·bil′i·ty, drink′a·ble·ness,** *n.* —**drink′a·bly,** *adv.*

**drink·er** (dring′kər), *n.* 1. a person who drinks. 2. a person who drinks alcohol habitually or to excess. [bef. 950; ME *drinkere.* OE *drincere.* See DRINK -ER]

**drink·er·y** (dring′kə rē), *n. pl.* **-er·ies.** barroom; tavern. [1820–40, AMER; DRINK + -ERY]

**drink·ing** (dring′king), *adj.* 1. suitable or safe for drink: *drinking water.* 2. used in drinking: *a drinking glass.* 3. addicted to or indulging excessively in alcohol: *Is he a drinking man?* 4. of or pertaining to the act of drinking, esp. the drinking of alcohol: *a drinking companion.* —*n.* 5. habitual and excessive consumption of alcohol: *His drinking caused him to lose his job.* [1125–75; ME; see DRINK, -ING]

**drink′ing foun′tain,** a water fountain that ejects a jet of water for drinking without a cup. [1855–60]

**drink′ing song′,** a song of hearty character suitable for singing by a group engaged in convivial drinking. [1590–1600]

**Drink·wa·ter** (dringk′wô′tər, -wot′ər), *n.* **John.** 1882–1937, English poet, playwright, and critic

**drip** (drip), *v.,* **dripped** or **dript, drip·ping,** *n.* —*v.i.* 1. to let drops fall; shed drops: *This faucet drips.* 2. to fall in drops, as a liquid. —*v.t.* 3. to let fall in drops. 4. an act of dripping. 5. the sound made by falling drops: *the irritating drip of a faucet.* 7. *Slang.* an unattractive, boring, or colorless person. 8. (in house painting) the accumulation of thickness of paint at the bottom of a painted surface. 9. *Archit., Building Trades.* any device, as a molding, for shedding rain water to keep it from running down a wall; falling onto the sill of an opening, etc. 10. a pipe for draining

eral coupled tubes for rotating the bit and supplying drilling mud

off condensed steam from a radiator heat exchanger etc. 11. *Med.* See **intravenous drip.** 12. *Slang.* maudlin sentimentality [bef 1000; ME *dryppen* OE *dryppan*; cf. *drop*] —**Syn.** 2. trickle dribble leak. sprinkle drizzle

**drip′ cap′,** *Carpentry.* a molding over an opening for catching and shedding rain water

**drip′ cof′fee.** 1. a beverage prepared in a vessel in which boiling water filters from a cup compartment through the coffee into a pot below. 2. See drip grind. [1880–85, *Amer*]

**drip-dry** (*adj., n.* drip′drī′; *v.* drip′drī′ -dri), *v.,* **-dried, -dry·ing,** *n.,* *adj.* —*v.t.* 1. wash-and-wear —*v.t.* 2. of a cloth item to dry into a desired form and shape when hung dripping wet after washing. —*v.t.* 3. to hang (a cloth item) after washing while it is dripping wet and allow it to dry, esp. in anticipation of its assuming its desired form and shape during the drying process. —*n.* 4. a garment or other cloth item that can be washed and drip-dried [1950–55]

**drip-feed** (drip′fēd′) *n.* intravenous feeding [1905–10 for earlier sense]

**drip′ grind′,** finely ground coffee beans used in making drip coffee.

**drip′ ir·riga′tion,** a system of crop irrigation involving the controlled delivery of water directly to individual plants through a network of tubes or pipes. Also called **trickle irrigation.** [1970–75]

**drip·less** (drip′lis), *adj.* designed so that the substance, item, or its contents will not drip: *a dripless candle; a dripless pitcher.* [1885–90; DRIP (v) + -LESS]

**drip-page** (drip′ij). *n.* 1. a dripping, as of water from a faucet. 2. an amount formed by dripping: *emptying the drippage from under the freezer.* [DRIP + -AGE]

**drip′ paint′ing,** a technique of abstract painting exemplified chiefly in the later works of Jackson Pollock and marked by the intricately executed dripping and pouring of the paint on a canvas placed on the floor [1955–60]

**drip′ pan′,** 1. a pan for collecting liquid waste: *Put a drip pan under the crankcase.* 2. See dripping pan.

**drip·ping** (drip′ing), *n.* 1. the act of something that drips. 2. Often, **drippings. a.** the liquid that drips b. fat and juices exuded from meat in cooking used for basting, for making gravy or as a cooking fat. [1400–50; late ME See DRIP, -ING]

**drip′ping pan′,** a shallow metal pan used under roasting meat to receive the drippings. Also **drip pan.** [1425–75]

**drip-py** (drip′ē), *adj.* **-pi·er, -pi·est.** 1. dripping or tending to drip: *a drippy faucet.* 2. tending to be rainy wet; or drizzly: *a hot, drippy country; drippy weather.* 3. *Slang.* revoltingly sentimental; mawkish: *another drippy love story.* [1810–20; DRIP + -Y]

**drip-stone** (drip′stōn′) *n.* 1. *Archit.* a stone molding used as a drip. 2. calcium carbonate occurring in the form of stalactites and stalagmites. [1785–95; DRIP - STONE]

**dript** (dript), *v.* a pt and pp of drop

**drivˈa·bilˈi·ty** (drī′və bil′i tē), *n. Auto.* the degree of smoothness and steadiness of acceleration of an automotive vehicle. *The automatic transmission has been improved to give the new model better drivability.* Also **driveˈa·bilˈi·ty** [1970–75; DRIVE + -ABILITY]

**driv·age** (drī′vij), *n. Mining.* a horizontal or inclined heading or roadway in the process of construction [DRIVE + -AGE]

**drive** (drīv), *v.,* **drove** or (*Archaic*) **drave, driv·en, driv·ing, n., adj.** —*v.t.* 1. to send, impel or otherwise cause to move by force or compulsion: *to drive away the flies; to drive back an attacking army; to drive a person to desperation.* 2. to cause and guide the movement of a vehicle, an animal, etc.: *to drive a car, to drive a mule.* 3. to convey in a vehicle: *She drove them to the station.* 4. to force to work or act: *He drove the workers until they collapsed.* 5. to impel; constrain; urge; compel. 6. to carry (business, an agreement, etc.) vigorously through: *He drove a hard bargain.* 7. to keep (machinery) going. 8. *Baseball.* **a.** to cause the advance of (a base runner) by a base hit or sacrifice fly: *He drove him home with a scratch single.* b. to cause (a run) to be scored by a base hit or sacrifice fly: *He drove in two runs.* 9. *Golf.* to hit (a golf ball) esp. from the tee, as with a driver or driving iron: *She drove a ball within ten feet of the pin.* 10. *Sports.* **a.** to hit or propel (a ball, puck, shuttlecock, etc.) very hard. b. to kick (a ball) with much force. 11. *Hunting.* **a.** to chase (game). b. to search (a district) for game. 12. to float (logs) down a river or stream. 13. (in mining, construction, etc.) to excavate (a mine or tunnel heading). —*v.i.* 14. to cause and guide the movement of a vehicle or animal, esp. to operate an automobile. 15. to go or travel in a driven vehicle: *He drives to work with me.* 16. *Golf.* to hit a golf ball, esp. from the tee, as with a driver or driving iron: *He drove long and straight throughout the match.* 17. to strive vigorously toward a goal or objective; to work, play, or try wholeheartedly and with determination. 18. to go along before an impelling force; be impelled: *The ship drove before the wind.* 19. to rush or dash violently. 20. drive at, to attempt or intend to convey; allude to; suggest: *What are you driving at?* 21. let drive, to aim a blow or missile at attack: *He let drive at his pursuers.* —*n.* 22. the act of driving. 23. a trip or ride in a vehicle. 24. an impelling along, as of animals, cattle, or floating logs in a particular direction. 25. the animals. logs. etc. thus



CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, equal; if, īce; ox, ōver; ôrder; oil, bo͝ok; o͞oze; out; up, ûrge; chïld; sing; show; thin; that; zh as in treasure. ə = a as in alone, e as in system, i as in easily, o as in gallop, u as in circus;* as in fire (fī′ər). hour (ou′ər). [and ə can serve as syllabic consonants, as in cradle (krād′l), and button (but′n). See the full key inside the front cover.

**Melilla** consisting chiefly of sodium, calcium, and aluminum silicates, occurring in igneous rocks. [1790–1800; < NL *melilithus*, equiv to Gk *méli* honey + *lithos* -LITE]

**Me·lil·la** (mā lēl′yä), *n.* a seaport belonging to Spain on the NE coast of Morocco. in NW Africa. 60.843

**mel·i·lot** (mel′ə lot′), *n.* a cloverlike plant of the genus *Melilotus*, of the legume family, grown as a forage plant. [bef. 1150; ME *mellilot* < L *melilōtos* < Gk *melílōtos* a clover, equiv to *méli* honey + *lōtós* LOTUS; r. late OE *milotis* < L, as above]

**Me·lin·da** (mə lin′də), *n.* a female given name.

**mel·i·nite** (mel′ə nīt′), *n. Chem.* a high explosive containing picric acid. [1885–90; < F *mélinite* < Gk *mēlí·n*(*os*) made of apples (deriv. of *mēlon* apple) + F -ite -ITE²]

**mel·i·oi·do·sis** (mel′ē oi dō′sis), *n. Pathol.* a contagious pulmonary disease of rodents that is caused by the bacterium *Pseudomonas pseudomallei* and is frequently transmitted to moist climates of southeastern Asia. [1920–25; < Gk *mēlí*(a) glanders, or a similar disease confined to]

**mel·io·rate** (mēl′yə rāt′, mē′lē ə-), *v.t., v.i.,* **-rat·ed, -rat·ing.** ameliorate. [1545–55; < L *meliōrātus* (ptp of *meliōrāre*) to make better. improve, equiv to *meliōr-* (s. of *melior*) better + *-ātus* -ATE¹] —**mel·io·ra·ble** (mēl′yə r ə b əl, mē′lē ər-), *adj.* —**mel·io·ra·tive** (mēl′yə rā′tiv, -yər ə tiv, mē′lē ə rā′-, -ər ə-), *adj.* —**mel·io·ra′tor,** *n.*

**mel·io·ra·tion** (mēl′yə rā′shən, mē′lē ə-), *n.* 1. *Historical Ling.* semantic change in a word to a more approved or more respectable meaning Cf. pejoration (def. 2). 2. amelioration. [1620–30; < LL *meliōrātiōn-* (s. of *meliōrātiō*). equiv to *meliōrāt(us)* (see MELIORATE) + -iōn- -ion]

**mel·io·rism** (mēl′yə riz′əm, mē′lē ə-), *n.* the doctrine that the world tends to become better or may be made better by human effort [1855–60; < L *melior* better + -ISM] —**mel′io·rist,** *n., adj.* —**mel·io·ris·tic,** *adj.*

**mel·ior·i·ty** (mēl yor′i tē, -yor′-, mē′lē ôr′-, -or′-), *n.* superiority. [1570–80; < ML *meliōritās.* equiv to L *melior-* (s. of *melior*) better + -*itās* -ITY]

**me·lis·ma** (mi liz′mə), *n., pl.* **-mas, -ma·ta** (-mə tə). *Music.* an ornamental phrase of several notes sung to one syllable of text, as in plainsong or blues singing. [1605–15; < Gk *mélisma* song, tune See MELODY. -ISM] —**mel·is·mat·ic** (mel′iz mat′ik). *adj.*

**Me·lis·sa** (mə lis′ə), *n.* 1. *Class. Myth.* the sister of Amalthea who nourished the infant Zeus with honey. 2. Also, **Me·lis·sa, Me·lis·sy** (mə lis′ē) a female given name.

**Mel·i·te·ne** (mel′i tē′nē), *n.* ancient name of Malatya.

**Me·li·to·pol** (mel′ə tō′pəl; *Russ.* myi lyi tō′pəl), *n.* a city in SE Ukraine. NW of the Sea of Azov: battles 1941. 1943. 174,000

**mel·i·tose** (mel′i tōs′), *n. Biochem.* raffinose [1860–65; < Gk *méli*, + -LI- + meli honey + -OSE²]

**mel·i·tri·ose** (mel′i trī′ōs), *n. Biochem.* raffinose [MEL¹ + -I- + TRI- + -OSE²]

**Me·lit·ta** (mə lit′ə), *n.* a female given name.

**Melk·ite** (mel′kīt), *n., adj.* Melchite.

**mell¹** (mel), *Brit. Dial.* —*v.t.* 1. to blend; mix; meld. —*v.i.* 2. to meddle; concern oneself. [1250–1300; ME *mellen* < MF *meller*; see MEDDLE²]

**mell²** (mel), *Scot. and North Eng.* —*n.* 1. a heavy hammer; mallet. —*v.t.* 2. to beat with a mallet; hammer. [1250–1300, ME. var of *mall* hammer < OF *mail, mail* < L *malleus*]

**Mel·la·ril** (mel′ə ril), *Pharm., Trademark.* a brand of thioridazine

**mel·ler** (mel′ər), *n. Theat. Slang.* melodrama (def. 1) [by shortening and alter ]

**Mel·lers** (mel′ərz). *n.* **Wilfrid Howard.** born 1914, English musicologist and composer.

**mel·lif·er·ous** (mə lif′ər əs), *adj.* yielding or producing honey. [1650–60; < L *mellifer* honey-bearing (*melli-*, s. of *mel* honey + *-fer* -FER) + -OUS]

**mel·lif·lu·ent** (mə lif′lōō ənt), *adj.* mellifluous [1595–1605; < L *mellifluent-* (s. of *mellifluēns*), equiv. to L *melli-* (s. of *mel*) honey + *fluent-* FLUENT] —**mel·lif′lu·ence,** *n.* —**mel·lif′lu·ent·ly,** *adv.*

**mel·lif·lu·ous** (mə lif′lōō əs), *adj.* 1. sweetly or smoothly flowing; sweet-sounding: *a mellifluous voice; mellifluous tones.* 2. flowing with honey; sweetened with or as if with honey. [1375–1425; late ME < L *mellifluus,* equiv. to L *melli-* (s. of *mel*) honey + *-fluu*(s) to flow + -*us* adj. suffix (see -OUS]) —**mel·lif′lu·ous·ly,** *adv.* —**mel·lif′lu·ous·ness,** *n.* —Syn. 1. melodious, musical. dulcet. harmonious

**mel·lite** (mel′īt), *n. Pharm.* a pharmaceutical containing honey Also. **mellitum.** [1795–1805; < NL *mellītīs* See MEL, -ITE²]

**mel·li·tum** (mə lī′təm), *n., pl.* **-li·ta** (-lī′tə) *Pharm* mellite. [< NL *mellītum*]

**Mel·lon** (mel′ən), *n.* **Andrew William,** 1855–1937, U.S financier: Secretary of the Treasury 1921–32

**mel·lo·phone** (mel′ə fōn′), *n.* a marching or military band brass instrument similar in appearance and range to the French horn but slightly smaller and straighter to play. Also called **tenor cor.** [1925–30; MELLO(W) + -PHONE]

**Mel·lo·tron** (mel′ə tron′). *Trademark.* a brand of synthesizer that simulates the sound of other instruments by using tapes of recorded sounds

**mel·low** (mel′ō), *adj., -er, -est, v., n.* —*adj.* 1. soft, sweet, and full-flavored from ripeness, as fruit. 2. well-matured, as wines. 3. soft and rich, as sound, tones, color, or light. 4. made gentle and compassionate by age or maturity; softened 5. friable or loamy, as soil. 6. mildly and pleasantly intoxicated or high. 7. pleasantly agreeable; free from tension, discord, etc: *a mellow neighborhood.* 8. affably relaxed; easygoing; genial: *a mellow teacher who is very popular with her students.* —*v.t., v.i.* 9. to make or become mellow 10. **mellow out,** *Slang.* a. to become detached from worry, strife, stress, etc.; relax: *After final exams let's go down to the beach and mellow out.* b. to make more relaxed, agreeable, workable, etc.; soften or smooth: *Chopin really mellows me out when I'm feeling tense.* —*n.* 11. *Slang.* a state, atmosphere, or mood of ease and gentle relaxation [1400–50; late ME *mel*(*o*)*we,* alter. (perh. by dissimilation, in phrase *meruw* fruit) of ME *meruw,* OE *meru soft*] —**mel′low·ly,** *adv.* —**mel′low·ness,** *n.* —Syn. 1. See **ripe.** 9. develop, mature. improve —Ant. 1. immature. raw, green 3. harsh

**Me·lo** (mā′lō; *Sp.* me′lō). *n.* a city in NE Uruguay 38,000

**me·lo·de·on** (mə lō′dē ən), *n.* 1. a small reed organ. 2. a kind of accordion Also, **melodion.** [1840–50, *Amer;* < G, formed on *Melodie* melody; see ACCORDION]

**me·lo·di·ca** (mə lō′dē ə), *n.* an 8 ft. (2.4 m) wooden flue-pipe stop organ resembling the clarabella in tone [special use of LL *melōdia* MELODY]

**me·lo·dic** (mə lod′ik), *adj.* 1. melodious 2. of or pertaining to melody, as distinguished from harmony and rhythm. [1815–25; < LL *melōdicus* < Gk *melōdikós.* See MELODY, -IC] —**me·lod′i·cal·ly,** *adv.*

**melod′ic in′terval.** See under **interval** (def. 6).

**melod′ic mi′nor scale′,** *Music* See **minor scale** (def. 2).

**me·lod·ics** (mə lod′iks), *n.* (used *with a singular v.*) the branch of musical science concerned with the pitch and succession of tones [1860–65; see MELODIC, -ICS]

**Mel·o·die** (mel′ə dē), *n.* a female given name

**me·lo·di·on** (mə lō′dē ən), *n.* melodeon

**me·lo·di·ous** (mə lō′dē əs), *adj.* 1. of the nature of or characterized by melody; tuneful 2. producing melody; sweet-sounding; musical. [1375–1425; late ME < ML *melōdiōsus.* See MELODY, -OUS] —**me·lo′di·ous·ly,** *adv.* —**me·lo′di·ous·ness,** *n.*

**mel·o·dist** (mel′ə dist), *n.* a composer or a singer of melodies. [1780–90; MELOD(Y) + -IST]

**mel·o·dize** (mel′ə dīz′), *v., -dized. -diz·ing.* —*v.t.* 1. to make melodious. —*v.i.* 2. to make melody 3. to blend melodiously. Also, *esp. Brit.,* **mel′o·dise³.** [1655–65; MELOD(Y) + -IZE] —**mel′o·diz′er,** *n.*

**mel·o·dra·ma** (mel′ə drä′mə, -dram′ə), *n.* 1. a dramatic form that does not observe the laws of cause and effect and that exaggerates emotion and emphasizes plot or action at the expense of characterization. 2. melodramatic behavior or a melodramatic event [1795–1805; < Gk *méla-* (< Gk *melos* song) + *drame* DRAMA] —**mel·o·dram·a·tist** (mel′ə dram′ə tist, -drä′mə-), *n.*

**mel·o·dra·mat·ic** (mel′ə drə mat′ik), *adj.* 1. of, like, or befitting melodrama. 2. exaggerated and emotional or sentimental; sensational or sensationalized; overdramatic. —*n.* 3. **melodramatics,** melodramatic writing or behavior. [1810–20; MELODRAMA + -(T)IC] —**mel·o·dra·mat′i·cal·ly,** *adv.*

**mel·o·dram·a·tize** (mel′ə dram′ə tiz′, -drä′mə-), *v.t., -tized, -tiz·ing.** 1. to make melodramatic. 2. to turn (a novel, story, etc.) into a melodrama. Also, *esp. Brit.* **mel′o·dram′a·tise²**. [1810–20; MELODRAMA + (DRAMATIZE]

**mel·o·dy** (mel′ə dē), *n., pl. -dies.* 1. musical sounds in agreeable succession or arrangement. 2. *Music* a. the succession of single tones in musical compositions, as distinguished from harmony and rhythm. b. the principal part in a harmonic composition; the air c. a rhythmical succession of single tones producing a distinct musical phrase or idea. 3. a poem suitable for singing. 4. intonation, as of a segment of connected speech [1250–1300; ME *melodie* < ML *melodia* < Gk *melōidía* (choral) singing, equiv. to *mel-* (see MELIC] + *-ōid-* (see ODE) + -*ia -y³*] —**mel·o·dy·less,** *adj.* —Syn. 1. See **harmony.** 2. tune, song. descant, theme

**Mel·o·dy** (mel′ə dē), *n.* a female given name

**mel·oid** (mel′oid), *n.* 1. a beetle of the family Meloidae, comprising the blister beetles. —*adj.* 2. belonging or pertaining to the family Meloidae. [1875–80; < NL *Meloidae* name of the family. equiv to *Melo*(ē) type genus + -*idae* -ID²]

**mel·on** (mel′ən), *n.* 1. the fruit of any of various plants of the gourd family, as the muskmelon or watermelon. 2. medium crimson or deep pink. 3. the visible upper portion of the head of a surfacing whale or dolphin. including the beak, eyes, and blowhole. 4. *Informal.* a. a large extra dividend, often in the form of stock, to be distributed to stockholders: *Profits zoomed so in the last quarter that the corporation cut a nice melon.* b. any windfall of money to be divided among specified participants. [1350–1400; ME < LL *mēlōn-* (s. of *mēlō*), short. for *mēlopepō* < Gk *mēlopépon* apple-shaped melon, equiv to *mēlo*(n) apple + *pépōn* PEPO]

**mel·on·bulb** (mel′ən bulb′), *n. Furniture.* a large, bulbous turning. sometimes with surface carving. found esp. on the legs and posts of Elizabethan and Jacobean furniture.

**mel′on foot′,** *Eng Furniture* a bun foot having vertical channels.

**mel′on pear′,** pepino (def. 2)

**mel′on seed′,** *n.* a small. broad, shallow boat used for rowing, formerly used by hunters in various marshes along the coast of New Jersey.

**mel′on shrub′,** pepino (def. 2)

**me·los** (mē′ləs, -lōs, mel′os, -lōs), *n.* the musical tones constituting a melody. *melos* song. tune]

**Me·los** (mē′ləs, -lōs, mel′os, -lōs; *Gk.* mā′-). Greek island in the Cyclades, in the SW ... Venus de Milo, found here 1820 4499; 61 mi. ... km). Also. **Milo, Milos.** —**Me·li·an** (mē′lē ən, *adj., n.*

**Mel·porn·e·ne** (mel porn′ə nē′), *n. Class... Muse of tragedy. [< L *Melpomenē* < Gk... special use of fem of *prp* of *mélpesthai* to si...]

**Mel·rose** (mel′rōz′), *n.* 1. a city in E M... near Boston. 30,055 2. a village in SE S... Tweed River: ruins of a famous abbey... 20,735

**melt¹** (melt), *v., melt·ed, melt·ed or molten ... ing, n.* —*v.i.* 1. to become liquefied by ... as ice. snow, butter. or metal. 2. to become ... solve: *Let the cough drop melt in your ... pass, dwindle, or fade gradually (often fol. ... fortune slowly melted away.* 4. to pass ... gradually (often fol. *by into*): *Night melted ... to become softened in feeling by pity, sympathy... the like: The tyrant's heart would not melt.* ... be subdued or overwhelmed by sorrow... —*v.t.* 7. to reduce to a liquid state by heat; ... fuse: *Fire melts ice.* 8. to cause to pass away... to cause to pass, change, or blend gradually... ten in feeling, as a person or the heart... or process of melting; state of being melted... thing that is melted. 13. a quantity melted... 14. a sandwich or other dish topped with m... *a tuna melt.* [bef. 900; ME *melten,* OE *m(i)elten* (transl.) to melt, digest; c. OS *m... Gk *méldein* to meld] —**melt′a·ble,** *adj.* —**melt′ing·ly,** *adv.* —**melt′ing·ness,** ... —Syn. 1. MELT, DISSOLVE. FUSE, THAW imply a solid substance to a liquid state. To MELT is ... solid to a liquid condition by the agency of heat... *butter.* DISSOLVE, though sometimes used interc... bly with MELT, applies to a different process... upon the fact that certain solids, placed in certain ... uids. distribute their particles throughout the liquid... greater number of solids can be dissolved in water... alcohol than in any other liquid. To FUSE is to ... solid (usually a metal) to a very high temperature... plies esp. to melting or blending metals tog... metal is made by fusing copper and tin. To ... restore a frozen substance to its normal (liquid... uid, or more soft and pliable) state by raising its ... ature above the freezing point: *Sunshine will th... a lake.* 4. dwindle. 10. gentle. mollify, relax

**melt²** (melt), *n.* the spleen, esp. that of a cow or... Also, **milt.** [1675–85; var of MILT]

**melt·age** (mel′tij), *n.* the amount melted or th... of melting [MELT¹ + -AGE]

**melt·down** (melt′doun′), *n.* the melting of a sign... cant portion of a nuclear-reactor core due to in... cooling of the fuel elements, a condition that can ... to the escape of radiation [1960–65; n. use of ... *melt down*]

**melt·er** (mel′tər), *n.* 1. a person or thing that ... 2. a person in charge of a steelmaking furnace... 35; MELT¹ + -ER¹]

**melt′ing point′,** *Physical Chem.* the temperat... which a solid substance melts or fuses. [1850–55]

**melt′ing pot′,** 1. a pot in which metals or other... stances are melted or fused. 2. a country, locale, ... situation in which a blending of races. peoples, ... tures is taking place [1375–1425; late ME]

**melt·ton** (mel′tn), *n.* a heavily fulled clot... wool, tightly constructed and finished with a ... concealing the weave. used for overcoats, jack... etc. etc Also called **melt′on cloth′.** [1815–25; ... *Melton Mowbray,* town in Leicestershire, Engla...

**melt·wa·ter** (melt′wô′tər, -wot′ər), *n.* water from melted snow or ice. [1930–35; MELT¹ + ...]

**Me·lun** (mə lœn′), *n.* a city in and the cap... et-Marne, in N France 34,196

**Me·lun·geon** (mə lun′jən), *n.* a member of a ... mixed white, black, and American Indian ancestry... in the southern Appalachians

**Mel·ville** (mel′vil), *n.* 1. **Herman,** 1819–91, U.S... elist. 2. **Lake,** a saltwater lake on the E coast ... dor, Newfoundland, in E Canada sparated from... lantic Ocean by a narrow inlet: 1133 sq.mi... Churchill River is at its W end ab. 135 mi. (... km). 3. a rank given name

**Mel′ville Is′land,** an island in the Arctic O... Canada, belonging to Canada 200 mi. (320 ... vvn.

**Mel′ville Penin′sula,** a peninsula in N C... of the Gulf of Boothia 250 mi (405 km) long... vvn.

**Mel·vin·dale** (mel′vin dāl′), *n.* a city in SE ... near Detroit 12,322

**mem** (mem), *n.* 1. the thirteenth letter of the ... alphabet. 2. the consonant sound represented... letter [1895–1900; < Heb *mēm*, akin to A...

**mem·ber** (mem′bər), *n.* 1. a person, a society, par... group. etc., that is part of it. 2. a constitu... taxon, or other body. 2. *Govt.* a. a person ... esp. of the House of Representatives or a low... British Parliament. esp of the House of Com...

CONCISE ETYMOLOGY KEY: < descended or borrowed from; > whence; b. blend of. blended of; cognate with; cf. compare; deriv. derivative; equiv - equivalent; imit. imitative; obl. oblique; r. replacing; s. stem; sp. spelling. spelled; resp. respectively. respelled; trans. translation; ?. origin unknown; *. unattested; †. probably earlier than. See the full key inside the front cover.

a legislative body. **3.** a part or organ of a body; a limb, as a leg, arm, or wing **4.** *Bot.* a petal of a plant body. **5.** the penis. **6.** a component of a structural or composite whole, as a distinctive feature of a building. **7.** the middle of an equation. **b.** an element of a stratigraphic unit recognized within a stratigraphic unit —*adj.* **9.** being a member, as mapped as such. **—mem•bered**, *adj.* having membership in an association, organization —*Mem•ber Countries of the United Nations.* [ME membre < OF < L membrum]

**mem•o•ran•dum** (mem′ə ran′dəm), *n., pl.* **-dums, -da** (-də). **1.** a short note designating something to be remembered, esp. something to be done or acted upon in the future; reminder. **2.** a record or written statement of something. **3.** an informal message, esp. one sent between two or more employees of the same company, concerning company business: *an interoffice memorandum.* **4.** *Law.* a writing, usually informal, containing the terms of a transaction. **5.** *Diplomacy.* a summary of the state of an issue, the reasons for a decision agreed on, etc. **6.** a document transferring title to goods but authorizing the return of the goods to the seller at the option of the buyer. [1540–50; late ME < L: something to be noted, n. use of neut. of *memorandus,* gerundive of *memorāre* to mention. tell]

**me•mo•ri•al** (mə môr′ē əl, -mōr′-), *n.* **1.** a person who writes memorials. **2.** a person who writes memoirs. [1700–10; MEMORIAL + -IST]

**me•mo•ri•al•ize** (mə môr′ē ə līz′, -mōr′-), *v.t.,* **-ized, -iz•ing. 1.** to commemorate. **2.** to present a memorial to. Also, esp. *Brit.* **me•mo′ri•al•ise′.** [1780–1800; MEMORIAL + -IZE] —**me•mo′ri•al•i•za′tion,** *n.* —**me•mo′ri•al•iz′er**, *n.*

**memo′rial park′,** *cemetery* [1915–20]

**mem•o•ried** (mem′ə rēd), *adj.* **1.** having a memory (usually used in combination): *short-memoried; long-memoried.* **2.** filled with memories: *a quiet, memoried town.* [1565–75; MEMORY + -ED²]

**mem•o•rist** (mem′ər ist), *n.* a person who has a remarkably retentive memory [1675–85; MEMOR(Y) + -IST]

**me•mo•ri•ter** (mə môr′i tər, -ter, -mōr′-), *adv.* **1.** by heart; by memory. —*adj.* **2.** involving or requiring memorization: *the memoriter aspects of a college course.* [1605–15; < L, equiv. to *memori-* (s. of *memor*) mindful of + *-ter* adv suffix]

**mem•o•rize** (mem′ə rīz′), *v.,* **-rized, -riz•ing.** —*v.t.* **1.** to commit to memory; learn by heart: *to memorize a poem.* —*v.i.* **2.** to learn by heart: *I've always been able to memorize easily.* Also, esp. *Brit.,* **mem′o•rise′.** [1585–95; MEMOR(Y) + -IZE] —**mem′o•riz′a•ble,** *adj.* —**mem′o•ri•za′tion,** *n.* —**mem′o•riz′er,** *n.*

**mem•o•ry** (mem′ə rē), *n., pl.* **-ries. 1.** the mental capacity or faculty of retaining and reviving facts, events, impressions. etc., or of recalling or recognizing previous experience. **2.** this faculty as possessed by a particular individual: *to have a good memory.* **3.** the act or fact of retaining and recalling impressions, facts, etc.; remembrance; recollection: *to draw from memory.* **4.** the length of time over which recollection extends: *a time within the memory of living persons.* **5.** a mental impression retained; a recollection: *one's earliest memories.* **6.** the reputation of a person or thing, esp. after death; fame: *a ruler of beloved memory.* **7.** the state or fact of being remembered **8.** a person, thing, event, fact, etc., remembered **9.** commemorative remembrance; commemoration: *a monument in memory of Columbus.* **10.** the ability of certain materials to return to an original shape after deformation. **11.** Also called **computer memory, storage.** *Computers.* **a.** the capacity of a computer to store information subject to recall. **b.** the components of the computer in which such information is stored. **12.** *Rhet.* the step in the classical preparation of a speech in which the wording is memorized. **13.** *Cards* concentration (def. 7). [1275–1325; ME *memorie* < L *memoria,* equiv. to *memor* mindful, remembering + *-ia* -Y²]

**mem′ory bank′,** **1.** the complete records, archives, or the like of an organization, country. etc. **2.** the total of a person's memories or recollections **3.** See **memory bank** (def. 1) [1950–55]

**mem′ory cell′,** *Immunol.* any small, long-lived lymphocyte that has previously encountered a given antigen and that on reexposure to the same antigen rapidly initiates the immune response (**memory T cell**) or proliferates and produces large amounts of specific antibody (**memory B cell**): the agent of lasting immunity

**mem′ory lane′,** the memory of one's past life likened to a road down which one may travel: *The class reunion was a trip down memory lane.* [1950–55]

**mem′ory trace′,** *Psychol.* engram [1920–25]

**mem′ory verse′,** a verse or passage from the Bible to be memorized, esp. by members of a Sunday school

**Mem•phi•an** (mem′fē ən), *n.* **1.** a native or inhabitant of the ancient Egyptian city of Memphis. **2.** Egyptian (def. 3). **3.** a native or resident of Memphis, Tennessee. [1585–95; MEMPHI(S) + -AN]

**Mem•phis** (mem′fis), *n.* **1.** a port in SW Tennessee, on the Mississippi. 646,356. **2.** a ruined city in Lower Egypt, on the Nile, S of Cairo: the ancient capital of Egypt.

**Mem•phis** (mem′fis), *n.* a group of international designers and architects. formed in the 1980's and based in Milan, whose work is characterized by the use of bold colors, geometric shapes, and unconventional, often playful, designs —*adj.* **2.** of or pertaining to this group or

its style of design. [the name was allegedly suggested to Ettore Sottsass, one of the group's founders, by the Bob Dylan song "Stuck Inside of Mobile with the Memphis Blues Again" on the evening of December 11, 1980]

**Mem•phite** (mem′fit), *adj.* **1.** Also, **Mem•phit•ic** (mem fit′ik). of or pertaining to the ancient Egyptian city of Memphis. —*n.* **2.** Memphian (def. 1) [ << Gk *Memphítēs* inhabitant of Memphis; see -ITE¹]

**mem•phre•ma•gog** (mem′frə mā′gog), *n.* **Lake.** a lake on the boundary between the U.S. and Canada, between N Vermont and S Quebec 30 mi (48 km) long

**mem•sa•hib** (mem′sä′ib. -ēb), *n.* (formerly, in India) a term of respect for a married European woman. [1855–60; < Hindi, equiv to *mem* (< E MA'AM) + *sāhib* master ( < Ar ṣāḥib)]

**men** (men). *n.* pl. of **man.**

**men-,** var of **meno-** before a vowel: *menarche*

**men•ace** (men′is), *n., v.,* **-aced. -ac•ing.** —*n.* **1.** something that threatens to cause evil, harm, injury, etc.; a threat: *Air pollution is a menace to health.* **2.** a person whose actions, attitudes, or ideas are considered dangerous or harmful: *When he gets behind the wheel of a car, he's a real menace.* **3.** an extremely annoying person. —*v.t.* **4.** to utter or direct a threat against; threaten **5.** to serve as a probable threat to: imperil. —*v.i.* **6.** to express or serve as a threat [1250–1300; MEX < MF < L *minācia,* equiv to *mināc-* (s. of *mināx*) jutting out, threatening + *-ia* -IA] —**men′ac•er.** *n.* —**men′ac•ing•ly,** *adv.*

**men•ac•me** (me nak′mē. mē nak′-), *n. Physiol.* the part of a female's life during which menstruation occurs [MEN- + ACME]

**me•nad** (mē′nad), *n.* maenad

**men•a•di•one** (men′ə dī′ōn), *n. Pharm.* a synthetic yellow crystalline powder, $C_{11}H_8O_2$, insoluble in water. used as a vitamin K supplement. Also called **vitamin K₃.** [1940–45; ME(THYL) + NA(PHTHALENE) + DI-¹ + -ONE]

**Me•na•do** (me nä′dō), *n.* a seaport on NE Sulawesi, in NE Indonesia 169,684. Also. **Manado.**

**mé•nage** (mā näzh′; *Fr* mā nAzh′), *n., pl.* **-nages** (-nä′zhiz; *Fr.* -nAzh′). **1.** a domestic establishment; household **2.** housekeeping. Also, **me•nage′.** [1250–1300; ME < F << VL *mansiōnāticum* See MANSION. -AGE]

**mé•nage à trois** (mā näzh′ ä trwä′; *Fr.* mā nAzh A trwä′), a domestic arrangement in which three people having sexual relations occupy the same household [< F: household of three]

**me•nag•er•le** (mə naj′ə rē. -nazh′-), *n.* **1.** a collection of wild or unusual animals, esp. for exhibition. **2.** a place where they are kept or exhibited **3.** an unusual and varied group of people. [1705–15; < F: lit. housekeeping See MENAGE. -ERY]

**Men′ai Strait′** (men′ī), a strait between Anglesey Island and the mainland of NW Wales 14 mi (23 km) long

**Me•nam** (me näm′), *n.* a former name of Chao Phraya.

**Me•nan•der** (mə nan′dər). *n.* 342?–291 b.c. Greek writer of comedies

**men•ar•che** (mə när′kē, me-), *n. Physiol.* the first menstrual period; the establishment of menstruation [1895–1900; MEN- + *archē* beginning] —**men•ar′che•al, men•ar′chi•al,** *adj.*

**Me•nash•a** (me nash′ə). *n.* a city in E Wisconsin 14,728

**me•nat** (mā′nät), *n.* an amulet worn by certain Egyptians in ancient times to secure divine protection and to ensure fertility [vocalization of Egyptian *mnyt*]

**men•a•zon** (men′ə zon′). *n. Chem.* a colorless, crystalline compound. $C_6H_{12}N_5O_2PS_2$, used as a systemic insecticide, esp for control of aphids. [1960–65; ME(THYL) + (AM)INO(O)- + (TRI)AZ(INE) + (THI)ON(ATE)]

**men•chil•dren** (men′chil′drən. -drin). *n.* pl of **man-child.** Also, **men′chil′dren.**

**Men•ci•us** (men′shē əs), *n.* c380–289 b.c., Chinese philosopher Also called **Mengtzu, Mengtse, Mengtze,** *Chinese* **Meng-tse.**

**Menck•en** (meng′kən), *n.* **H(enry) L(ouis),** 1880–1956, U.S. writer, editor. and critic —**Menc•ke•ni•an** (meng kē′nē ən), *adj. n.*

**mend** (mend), *v.t.* **1.** to make (something broken, worn, torn, or otherwise damaged) whole, sound, or usable by repairing: *to mend old clothes; to mend a broken toy.* **2.** to remove or correct defects or errors in. **3.** to set right; make better; improve: *to mend matters.* —*v.i.* **4.** to progress toward recovery, as a sick person **5.** (of broken bones) to grow back together, knit **6.** to improve, as conditions or affairs **7. mend sail.** *Naut.* to refurl sails that have been badly furled Also, **mend the furl.** —*n.* **8.** the act of mending; repair or improvement. **9.** a mended place. **10. on the mend. a.** recovering from an illness. **b.** improving in general. as a state of affairs: *The breach between father and son is on the mend.* [1150–1200; ME *menden,* aph. var of AMEND] —**mend′a•ble,** *adj.*

**—Syn. 1.** fix, restore, retouch. MEND. DARN, PATCH mean to repair something and thus renew its usefulness. MEND is a general expression that emphasizes the idea of making whole something damaged: *to mend a broken dish. a tear in an apron.* DARN and PATCH are more specific, referring particularly to repairing holes or rents. To DARN is to repair by means of stitches interwoven with one another: *to darn stockings.* To PATCH is to cover

CONCISE PRONUNCIATION KEY: act, cāpe, dãre, pārt; set, ēqual; if, īce; ox, ōver; ōrder; oil, book, boot; out; up; ūrge; child; sing; shoe; thin; th as in treasure. ə = a as in alone, e as in system, i as in easily. o as in gallop. u as in circus; ʼ as in fire (fiʼr). hour (ouʼr). I and n can serve as syllabic consonants, as in cradle (krādʼl). and button (butʼn). See the full key inside the front cover.

## NOTABLE MOUNTAIN PEAKS OF THE WORLD

| Name | Country or Region | Range or Location | Altitude ft. | m |
|---|---|---|---|---|
| Mt Everest | Nepal-Tibet | Himalaya Mountains | 29,028 | 8848 |
| K2 | Kashmir | Karakoram Range | 28,250 | 8611 |
| Kanchenjunga | Nepal-Sikkim | Himalaya Mountains | 28,146 | 8579 |
| Makalu | Nepal-Tibet | Himalaya Mountains | 27,790 | 8470 |
| Dhaulagiri | Nepal | Himalaya Mountains | 26,826 | 8180 |
| Nanga Parbat | Kashmir | Himalaya Mountains | 26,660 | 8125 |
| Annapurna | Nepal | Himalaya Mountains | 26,503 | 8078 |
| Gasherbrum | Kashmir | Karakoram Range | 26,470 | 8068 |
| Gosainthan | Tibet | Himalaya Mountains | 26,291 | 8013 |
| Nanda Devi | India | Himalaya Mountains | 25,661 | 7820 |
| Tirich Mir | Pakistan | Hindu Kush | 25,320 | 7690 |
| Muztagh Ata | China | Muztagh Ata Mountains | 24,757 | 7546 |
| Communism Peak | Tadzhikistan | Pamirs | 24,590 | 7495 |
| Pobeda Peak | Kirghizia-China | Tien Shan | 24,406 | 7439 |
| Lenin Peak | Kirghizia-Tadzhikistan | Trans Alai | 23,382 | 7127 |
| Aconcagua | Argentina | Andes | 22,834 | 6960 |
| Huascarán | Peru | Andes | 22,205 | 6768 |
| Illampu | Bolivia | Andes | 21,188 | 6458 |
| Chimborazo | Ecuador | Andes | 20,702 | 6310 |
| Mt. McKinley | United States (Alaska) | Alaska Range | 20,320 | 6194 |
| Mt. Logan | Canada (Yukon) | St. Elias Mountains | 19,850 | 6050 |
| Cotopaxi | Ecuador | Andes | 19,498 | 5943 |
| Kilimanjaro | Tanzania | N Tanzania | 19,321 | 5889 |
| El Misti | Peru | Andes | 19,200 | 5880 |
| Demavend | Iran | Elburz Mountains | 18,606 | 5671 |
| Orizaba (Citlaltepetl) | Mexico | Sierra Madre Oriental | 18,546 | 5653 |
| Mt. Elbrus | Russian Federation | Caucasus Mountains | 18,465 | 5628 |
| Popocatépetl | Mexico | Altiplano de Mexico | 17,887 | 5450 |
| Ixtacchuatl | Mexico | Altiplano de Mexico | 17,342 | 5286 |
| Mt. Kenya | Kenya | Central Kenya | 17,040 | 5194 |
| Ararat | Turkey | E Turkey | 16,945 | 5165 |
| Mt. Ngaliema (Mt Stanley) | Zaire-Uganda | Ruwenzori | 16,790 | 5119 |
| Mont Blanc | France | Alps | 15,781 | 4810 |
| Mt. Wilhelm | Papua New Guinea | Bismarck Range | 15,400 | 4694 |
| Monte Rosa | Italy-Switzerland | Pennine Alps | 15,217 | 4638 |
| Mt. Kirkpatrick | Antarctica | Queen Alexandra Range | 14,855 | 4528 |
| Weisshorn | Switzerland | Pennine Alps | 14,804 | 4512 |
| Matterhorn | Switzerland | Pennine Alps | 14,780 | 4505 |
| Mt Whitney | United States (California) | Sierra Nevada | 14,495 | 4418 |
| Mt. Elbert | United States (Colorado) | Rocky Mountains | 14,431 | 4399 |
| Mt. Rainier | United States (Washington) | Cascade Range | 14,408 | 4392 |
| Longs Peak | United States (Colorado) | Rocky Mountains | 14,255 | 4345 |
| Mt. Shasta | United States (California) | Cascade Range | 14,161 | 4315 |
| Pikes Peak | United States (Colorado) | Rocky Mountains | 14,108 | 4300 |
| Mauna Kea | United States (Hawaii) | Island of Hawaii | 13,784 | 4201 |
| Grand Teton | United States (Wyoming) | Teton Range | 13,766 | 4196 |
| Mauna Loa | United States (Hawaii) | Island of Hawaii | 13,680 | 4170 |
| Jungfrau | Switzerland | Bernese Alps | 13,668 | 4166 |
| Mt. Victoria | Papua New Guinea | Owen Stanley Range | 13,240 | 4036 |
| Mt. Erebus | Antarctica | Ross Island | 13,202 | 4024 |
| Eiger | Switzerland | Bernese Alps | 13,025 | 3970 |
| Mt. Robson | Canada (B C) | Rocky Mountains | 12,972 | 3954 |
| Mt. Fuji | Japan | Central Honshu Island | 12,395 | 3778 |
| Mt Cook | New Zealand | South Island | 12,349 | 3764 |
| Mt Hood | United States (Oregon) | Cascade Range | 11,253 | 3430 |
| Mt. Etna | Italy | Eastern Sicily | 10,758 | 3280 |
| Lassen Peak | United States (California) | Cascade Range | 10,465 | 3190 |
| Haleakala | United States (Hawaii) | Island of Maui | 10,032 | 3058 |
| Mt. Olympus | Greece | Thessaly/Macedonia | 9730 | 2966 |
| Mt. Kosciusko | Australia | Australian Alps | 7316 | 2230 |

---

**or size   3.** a huge amount: *a mountain of incoming mail.*   **4.** (*cap.*) a steam locomotive having a four-wheeled front truck, eight driving wheels, and a two-wheeled rear truck. See table under *Whyte classification.*   **5.** Also called **mount'tain wine'.** *Brit. Archaic* a sweet Malaga wine.   **6.** **make a mountain out of a molehill.** See **molehill** (def. 2).   *—adj.* **7.** of or pertaining to mountains: *mountain air.*   **8.** living, growing, or located in the mountains: *mountain people.*   **9.** resembling or suggesting a mountain, as in size [1175–1225; ME *mountaine* < OF *montaigne* < VL \**montānea*, n. use of fem. of \**montāneus*, equiv. to L *montān(us)* mountainous (*mont-*, s. of *mōns* mountain + *-ānus* -AN) + -*eus* adj. suffix] —**mount'tain-less,** *adj.*

**moun'tain ash',  1.** any of several small trees of the genus *Sorbus,* of the rose family, having flat-topped clusters of small, white flowers and bright-red to orange berries   **2.** any of certain other trees, as several Australian species of eucalyptus. [1590–1600]

**moun'tain av'ens,** any evergreen plant of the genus *Dryas,* of the rose family, growing in northern or alpine regions of the Northern Hemisphere and having showy, solitary, white or yellow flowers. [1790–1800]

**moun'tain bea'ver,** a small, burrowing rodent, *Aplodontia rufa,* of the Pacific coastal region of North America, considered the most primitive living rodent. Also called **sewellel.** [1880–85. *Amer.*]

**moun'tain blue'bird,** a bluebird, *Siala currucoides,* of western North America. [1855–60. *Amer.*]

**moun'tain blu'et,** a European composite plant. *Centaurea montana,* having raylike blue flowerheads

**Moun'tain Brook',** a city in central Alabama. near Birmingham. 17,400.

**moun'tain cat',  1.** a cougar.   **2.** a bobcat [1655–65]

**moun'tain chain',** . See **mountain system.** [1815–25]

**moun'tain climb'ing,** mountaineering. [1870–75]   —**mour'tain-climb'er,** *n.*

**moun'tain cran'berry,** a low-growing shrub, *Vaccinium vitis-idaea,* of the heath family. growing in

**CONCISE ETYMOLOGY KEY:** <, descended or borrowed from; >, whence; b, blend of, blended; c, cognate with; cf, compare; deriv, derivative; equiv, equivalent; imit, imitative; obl, oblique; r, replacing; s, stem; sp, spelling, spelled; resp, respelling, respelled; trans, translation; ?, origin unknown; \*, unattested; †, probably earlier than. See the full key inside the front cover.

northern regions and having tart, red, edible berries Also called **cowberry, lingonberry, lowbush cranberry.** [1840–50. *Amer.*]

**moun'tain cur'rant,** an ornamental shrub, *Ribes alpinum,* of Europe, having greenish-yellow flowers and scarlet fruit. Also called **Alpine currant.**

**moun'tain da'isy.** See **mountain sandwort.** [1855–60]

**moun'tain dew',** illegally distilled corn liquor; moonshine. [1810–20]

**moun'tain dog'wood.** See **Pacific dogwood.**

**moun'tain eb'ony.** See **orchid tree.** [1875–85]

**moun'tain-eer'** (moun'tn ēr'), *n.*  **1.** an inhabitant of a mountainous district   **2.** a climber of mountains, esp. for sport   *—v.i.*  **3.** to climb mountains. esp. for sport [1600–10; MOUNTAIN + -EER]

**moun'tain-eer'ing** (moun'tn ēr'ing), *n.* the sport of climbing mountains. [1795–1805; MOUNTAINEER + -ING]

**moun'tain fet'terbush,** an erect shrub, *Pieris floribunda,* of the heath family. found from Virginia to Georgia, having white flowers in nodding clusters. [1795–1805]

**moun'tain goat'.** See **Rocky Mountain goat.** [1825–35, *Amer.*]

**moun'tain goril'la.** See under **gorilla.**

**moun'tain hol'ly fern',** a hardy, evergreen fern, *Polystichum lonchitis,* of North America. Europe, and Asia, having stiff and leathery fronds

**moun'tain lau'rel,** a North American laurel, *Kalmia latifolia,* having terminal clusters of rose to white flowers: the state flower of Connecticut and Pennsylvania. Also called **calico bush.** [1760–60, *Amer.*]

**moun'tain li'on,** a cougar. [1855–60, *Amer.*]

**moun'tain magno'lia,** a tree, *Magnolia fraseri,* of the southeastern U.S., having fragrant, creamy-white flowers from 9 to 11 in (23 to 28 cm) across. [1880–85]

**moun'tain maho'gany,** any of several western North American shrubs or small trees of the genus *Cercocarpus,* of the rose family, having simple, leathery leaves and small, whitish flowers. [1800–10, *Amer.*]

**moun'tain man',  1.** a mountaineer (def. 1).   **2.** a man who lives and works in the mountains or wilderness, esp. a frontiersman or pioneer. as in the American West. [1685–95]

**moun'tain ma'ple,** a shrub. *Acer spicatum,* of eastern North America, having small flowers and winged fruit, the foliage turning red and scarlet in autumn. [1775–85, *Amer.*]

**moun'tain mint',** any of various pungent herbs of the North American mints of the genus *Pycnanthemum,* having large. flat clusters of small. whitish flowers. [1665–75]

**moun'tain-ous** (moun'tn əs), *adj.*  **1.** abounding in mountains: *a mountainous wilderness.*   **2.** of the nature of a mountain. 3. resembling a mountain, as in size: as being very large and high: *mountainous waves.* [1400–50; late ME *mountaynous* < ...] —**moun'tain-ous-ly,** *adv.* —**moun'tain-ous-ness,** *n.*

**moun'tain sys'ter,** the testis of a calf, sheep, etc., used as food. Also called **Rocky Mountain oyster.** Cf. *prairie oyster.* [1885–90. *Amer.*]

**moun'tain range',  1.** a series of more or less connected mountains ranged in a line.   **2.** a series of mountains, or of more or less parallel lines of mountains closely related, as in origin.   **3.** an area in which a greater part of the land surface is in considerable slope, of alpine, upland summits are small or narrow, and there are great differences in elevations within the area, commonly over 2000 ft., or 610 m) [1825–35]

**moun'tain rose'bay,** a showy, evergreen shrub, *Rhododendron catawbiense,* of the heath family, native to the mountainous regions from Virginia to Georgia, having bell-shaped. rose or purple flowers. [1945. *Amer.*]

**moun'tain sand'wort,** a sandwort, *Arenaria groenlandica,* of the pink family. native to Greenland and North America, having very numerous small leaves and small, white flowers. growing in rocky soil. Also called **mountain daisy.**

**moun'tain sheep',  1.** the bighorn.   **2.** any of various wild sheep inhabiting mountains. [1795–1805. *Amer.*]

**moun'tain sick'ness,** *Pathol.* See **altitude sickness.** [1840–50]

**moun'tain-side** (moun'tn sīd'), *n.* the side or slope of a mountain [1300–50; ME See MOUNTAIN, SIDE]

**Moun'tain State',** Montana (used as a nickname).

**moun'tain sys'tem,** a series of interconnected or geologically related mountain ranges. Also called **mountain chain.** [1880–85]

**Moun'tain time'.** See under **standard time.** Also called **Moun'tain Stand'ard Time'.** [1880–85; *Amer.*]

**moun'tain-top** (moun'tn top'), *n.*  **1.** the top or summit of a mountain.   *—adj.*  **2.** situated on the top or summit of a mountain: *a mountaintop house.* [1585–95; MOUNTAIN + TOP]

**Moun'tain View',** a city in central California. S of San Francisco. 58,655.

**moun'tain visca'cha.** viscacha (def. 2).

**moun'tain wave',** the wavelike effect, characterized by severe updrafts and downdrafts, that occurs when rapidly flowing air encounters the steep front of a mountain range. Also called **lee wave.**

**moun'tain white'fish,** a whitefish. *Prosopium williamsoni,* inhabiting mountain streams and lakes of the western U.S. and Canada Also called **Rocky Mountain whitefish.**

**moun'tain wind'** (wind), a wind descending a mountain valley at night. Cf. *valley wind.* [1600–10]

**moun'tain-y** (moun'tn ē), *adj.*  **1.** having mountains.   *mountainous*   **2.** pertaining to or living in the mountains. [1605–15; MOUNTAIN + -Y[1]]

**Mount'/Ar'arat,** *Mount* Ararat.

**Mount'bat'ten** (mount bat'n), *n.* **Louis, 1st Earl Mountbatten of Burma.** 1900–79. British admiral: viceroy of India 1947; governor general of India 1947–48

**Mount' Car'mel man',** an early human of Neanderthaloid type, known from skeletal remains from the late Pleistocene Epoch, c50.000–40,000 B.C., found in Palestine

**Mount' Clem'ens** (klem'ənz). a city in SE Michigan. 18,806.

**Mount' Des'ert Is'land** (dez'ərt. di zûrt'). an island off the coast of E central Maine: summer resort forms part of Acadia National Park 14 mi. (23 km) long 8 mi (13 km) wide

**mount-te-bank** (moun'tə bangk'), *n.*  **1.** a person who sells quack medicines. as from a platform in public places, attracting and influencing an audience by stories, storytelling, etc.   **2.** any charlatan or quack.   *—v.i.*  **3.** act or operate as a mountebank [1570–80; < MF < It *montimbanco* one who climbs on a bench, equiv. to *mont(are)* to climb (see MOUNT) + *in-* + —**moun'te-bank-er'y** (bang'kə rē), *n.*] —**Syn. 1.** pitchman   **2** phony. pretender. fraud

**mount-ed** (moun'tid). *adj.*  **1.** seated or riding on a horse or other animal.   **2.** serving on horseback or some special mount. as soldiers or police of public merely) permanently equipped with horses or vehicles for transport. Cf. mobile (def. 3).   **4.** having or set in a mounting: *mounted gems.*   **5.** put into position for use, as guns. [1575–85; MOUNT + -ED[2]]   *—Ant. 1.* afoot

**mount-er** (moun'tər), *n.* a person or thing that mounts. [1600–10; MOUNT + -ER[1]]

**Mount' Ev'erest,  1.** Everest (def. 1).   **2.** challenging of its kind: *the most difficult or the most difficult challenge... the Mount Everest of international sailing.*

**Mount' Gam'bier** (gam'bēr). a city in S Australia. 19,880

**Moun-tie** (moun'tē), *n. Informal.* a member of the Royal Canadian Mounted Police Also, **Mounty.** [1930; MOUNT(ED) + -IE]

Case 3:02-cv-01236-AVC    Document 79-4    Filed 03/31/2004    Page 8 of 9

harsh; grating; rasping   **2.** easily annoyed; irritable [1830–40; RASP + -Y] —**rasp′i·ness.** *n.*

**Ras Sham·ra** (räs shäm′rä), a locality in W Syria, near the Mediterranean Sea: site of ancient Ugarit; many archaeologically important objects dating to the Bronze Age

**ras·sle** (ras′əl) *v.t., v.i.* **-sled, -sling,** *n. Dial.* wrestle

**Ras·ta** (ras′tə, rä′stə) *n.* **1.** Rastafarian (def. 1) **2.** Rastafarianism —*adj.* **3.** Rastafarian (def. 2) [by shortening]

**Ras·ta·far·i** (ras′tə fär′ē, -fär′ē, -fär′ī, rä′stə-; in Jamaica rä′stə fär′ə, fä ri′) *n.* **1.** Rastafarian (def 1) **2.** Rastafarianism —*adj.* **3.** Rastafarian (def 2)

**Ras·ta·far·i·an** (ras′tə fär′ē ən, -fär′-, rä′stə-), *n.* **1.** a follower of Rastafarianism. —*adj.* **2.** of, pertaining to or characteristic of Rastafarianism or Rastafarians [< Amharic *ras täfär*, Prince Tafari, the pre-coronation name of Haile Selassie (*ras* prince, orig. *head; täfärī* an Amharic personal name, lit. (one to be) feared, respected (pry from passive s *farra* (v) fear respect) + -**AN**]

**Ras·ta·far·i·an·ism** (ras′tə fär′ē ə niz′əm -fär′-, rä′stə-) *n.* a religious cult, originally of Jamaica, that regards Africa as the Promised Land, to which all true believers will someday return, and the late Haile Selassie I former emperor of Ethiopia as the messiah [RAS-TAFARIAN + -ISM]

**ras·ter** (ras′tər), *n.* **1.** *Television.* a pattern of scanning lines covering the area upon which the image is projected in the cathode-ray tube of a television set. **2.** *Computers.* a set of horizontal lines composed of individual pixels used to form an image on a CRT or other screen. [1850–55; < G < L *rāstrum* toothed hoe, rake deriv. of *rādere* to scratch, scrape]

**rä·dere** (ras′əl) *v.t. v.i.* **-tled, -tling,** *n. Dial.* wrestle

**ra·sure** (rā′zhər -shər), *n.* an erasure. [< MF < LL *rāsūra.* equiv. to L *rās(us)* (pp. of *rādere* to scratch; scrape; cf RASORIAL, RAZE) + -*ūra* -URE]

**rat** (rat), *n., interj. v., rat·ted, rat·ting.** —*n.* **1.** any of several long-tailed rodents of the family Muridae, of the genus *Rattus* and related genera, distinguished from the mouse by being larger  **2.** any of various similar or related animals.  **3.** *Slang.* a scoundrel.  **4.** *Slang.* a. a person who abandons or betrays his or her party or associates, esp. in a time of trouble. b. an informer c. a scab laborer.  **5.** a pad with tapered ends formerly used in women's hair styles to give the appearance of greater thickness.  **6.** smell **a rat,** to suspect or surmise treachery; have suspicion: *After noting several discrepancies in his client's story, the attorney began to smell a rat.* —*interj.* **7. rats,** *Slang.* (an exclamation of disappointment, disgust, or disbelief) —*v.i.* **8.** *Slang.* **a.** to desert one's party or associates, esp. in a time of trouble. **b.** to turn informer; squeal: *He ratted on the gang, and the police arrested them.* **c.** to work as a scab  **9.** to hunt or catch rats. —*v.t.* **10.** to dress (the hair) with or as if with a rat. [bef 1000; ME *ratte* OE *ræt;* c D *rat* G *Ratz Ratte*] —**rat′like′** *adj.*



Norway rat,
*Rattus norvegicus*
head and body
12 in. (30 cm)
tail 6 in. (15 cm)

**rat·a·ble** (rā′tə bəl), *adj.* **1.** capable of being rated or appraised.  **2.** proportional; *ratable distribution of wealth.* Also, **rateable.** [1495–1505; RATE¹ + -ABLE] —**rat′a·bil′i·ty, rat′a·ble·ness,** *n.* —**rat′a·bly.** *adv.*

**rat·a·fi·a** (rat′ə fē′ə), *n.* a sweet liqueur made from wine or grape juice combined with brandy or other spirits and often flavored with almonds, fruit, or fruit kernels. Also, **rat·a·fee** (rat′ə fē′) [1690–1700; < F]

**rat·afi′a bis′cuit,** *Brit.* a macaroon

**rat·al** (rāt′l), *n., Brit.* the amount on which rates or taxes are assessed [1855–60; RATE¹ + -AL¹]

**ra·tan** (ra tan′ rə-), *n.* rattan

**rat·a·plan** (rat′ə plan′), *n., v., -planned, -plan·ning.** —*n.* **1.** a sound of or as of the beating of a drum —*v.t.* **2.** to produce such a sound [1840–50; < F; imit.]

**rat·a·tat** (rat′ə tat′), *n.* a sound of knocking or rapping: *a sharp rat-a-tat on the window.* Also, **rat′-a-tat-tat′.** [1675–85; imit.]

**rat·a·touille** (rat′ə tōō′ē, -twē′; Fr. RA LA tŌŌ′y°), *n.* a vegetable stew of Provence, typically consisting of eggplant, zucchini, onions, green peppers, tomatoes, and garlic, served hot or cold. [1875–80; < F]

**rat′bite′ fe′ver** (rat′bīt′), *Pathol.* either of two relapsing febrile diseases, widely distributed geographically, caused by infection with *Streptobacillus moniliformis* or *Spirillum minor* and transmitted by rats [1905–10; RAT + BITE]

**rat-catch·er** (rat′kach′ər), *n.* **1.** a person, animal, or thing that catches and exterminates rats, esp. a person whose business it is to rid property of rats.  **2.** *Chiefly Brit.* an informal fox-hunting costume, as a tweed jacket and tan riding breeches. [1585–95; RAT + CATCHER]

**ratch** (rach), *n.* a ratchet

**rat′ cheese′,** *Informal.* inexpensive cheese esp. domestic cheddar. [1935–40; *Amer.;* presumably so called because it is deemed suitable only for rat-traps]

CONCISE ETYMOLOGY KEY: < descended or borrowed from; > whence; b. blend of, blended; c. cognate with; cf., compare; deriv., derivative; equiv. equivalent; imit., imitative; obl., oblique; r., re-placing; s., stem; sp., spelling, spelled; resp., respelling, respelled; trans., translation; ? origin unknown; ², unattested; ±, probably earlier than. See the full key inside the front cover

**ratch·et** (rach′it), *n.* **1.** a toothed bar with which a pawl engages.  **2.** (not in technical use) a pawl or the like used with a ratchet or ratchet wheel.  **3.** a mechanism consisting of such a bar or wheel with the pawl.  **4.** See **ratchet wheel.**  **5.** a steady progression up or down; the *upward ratchet of oil prices.* —*v.t. v.i.* **6.** to move by degrees (often fol. by *up* or *down*); to ratchet prices up: *Interest rates have been ratcheting downward.* [1650–60; alter. of F *rochet.* ME *rocquet* a blunt lance-head < Gmc]

**ratch′et effect′,** intermittent growth, increase, expansion, or the like: *the ratchet effect of defense expenditures.* [1965–70]

**ratch′et jack′,** a screw jack rotated by a ratchet mechanism. [1870–75]

**ratch′et wheel′,** a wheel, with teeth on the edge, into which a pawl drops or catches, as to prevent reversal of motion or convert reciprocating motion into rotatory motion [1770–80]



ratchet wheel

**rat′ claw′ foot′,** *Furniture.* an elongated foot having the form of a thin claw grasping a ball

**rate¹** (rāt), *n., v., rat·ed, rat·ing.* —*n.* **1.** the amount of a charge or payment with reference to some basis of calculation: *a high rate of interest on loans.*  **2.** a certain quantity or amount of one thing considered in relation to a unit of another thing and used as a standard or measure: *at the rate of 60 miles an hour.*  **3.** a fixed charge per unit of quantity: *a rate of 10 cents a pound.*  **4.** price; cost: *to cut rates on all home furnishings.*  **5.** degree of speed, progress, etc: *to work at a rapid rate.*  **6.** degree or comparative extent of action or procedure: *the rate of increase in work output.*  **7.** relative condition or quality; grade, class, or sort.  **8.** assigned position in any of a series of graded classes; rating.  **9.** *Insurance.* the premium charge per unit of insurance  **10.** a charge by a common carrier for transportation, sometimes including certain services involved in rendering such transportation  **11.** a wage paid on a specified time basis: *a salary figured on an hourly rate.*  **12.** a charge or price established in accordance with a scale or standard: *hotel rates based on length of stay.*  **13.** *Horol.* the relative adherence of a timepiece to perfect timekeeping, measured in terms of the amount of time gained or lost within a certain time period.  **14.** Usually, **rates.** *Brit.* **a.** a tax on property for some local purpose. b. any tax assessed and paid to a local government, as any city tax or district tax.  **15. at any rate,** a. in any event; in any case. b. at least: *It was a mediocre film, but at any rate there was one outstanding individual performance.* —*v.t.* **16.** to estimate the value or worth of; appraise: *to rate a student's class performance.*  **17.** to esteem, consider, or account: *He was rated one of the best writers around.*  **18.** to fix at a certain rate, as of charge or payment.  **19.** to value for purposes of taxation or the like.  **20.** to make subject to the payment of a certain rate or tax.  **21.** to place in a certain rank, class, etc. as a ship or a sailor; give a specific rating to.  **22.** to be considered or worthy of; merit: *an event that doesn't even rate a mention in most histories of the period.*  **23.** to arrange for the conveyance of (goods) at a certain rate. —*v.i.* **24.** to have value, standing, etc.: *a performance that didn't rate very high in the competition.*  **25.** to have position in a certain class.  **26.** to rank very high in estimation: *The new teacher really rates with our class.* [1375–1425; (n.) late ME *rate* monetary value, estimated amount, proportional part < ML *rata* < L (*pr*̄*o*) *rata* (*parte*) (according to) an estimated (part); *rata* abl sing of *rata,* fem. of *ratus,* pp. of *rērī* to judge; (v.) late ME *raten* to estimate the value (of), deriv. of the n.]

—**Syn. 5.** pace. **16.** rank, classify, measure

**rate²** (rāt), *v.t., v.i., rat·ed, rat·ing.* to chide vehemently; scold [1350–1400; ME (*a*)*raten, perh.* < Scand; cf. Sw. *norw rata* to reject] —**rat′er.** *n.*

**rate·a·ble** (rā′tə bəl), *adj.* ratable. —**rate′a·bil′i·ty, rate′a·ble·ness.** *n.* —**rate′a·bly.** *adv.*

**rate′ base′,** **1.** a guaranteed minimum amount or number used to compute advertising rates, as the number of subscribers to a publication  **2.** a basic amount or number used to compute charges to a customer, as the number of monthly phone calls  **3.** the valuation of property upon which tax rates are based

**rate′ card′,** a list showing the rates charged by a magazine, newspaper, radio or television station etc. for various types of advertising [1900–05; *Amer* ]

**rat′ed load′,** **1.** the load a machine or vehicle is rated to carry.  **2.** the power an engine, dynamo, etc. is rated at or designed to produce. [1920–25]

**ra·tel** (rāt′l, rät′l), *n.* a badgerlike carnivore, *Mellivora capensis,* of Africa and India. Also called **honey badger.** [1770–80; < Afrik < D dial. *ratel*, var. of *raat* honeycomb; perh. orig. a compound with this word. referring to the animal's fondness for honey]



ratel,
*Mellivora capensis,*
11 in. (28 cm)
high at shoulder;
head and body
2 ft. (61 cm);
tail 9 in. (23 cm)

**rate′-of-climb′ in′dicator** (rāt′əv klīm′), a flight instrument that indicates the rate of ascent or descent of an aircraft. [1945–50]

**rate′ of exchange′.** See **exchange rate**

**rate-pay·er** (rāt′pā′ər), *n.* **1.** a person who pays a regular charge for the use of a public utility, as electricity, usually based on the quantity of use. **2.** *Brit.* a person who pays rates; a taxpayer to a local government. [1833–45; RATE¹ + PAYER] —**rate′pay′ing,** *adj. n.*

**rat′er** (rā′tər), *n.* **1.** a person who makes ratings. **2.** a person or thing that is of a specified rating (usually used in combination): *The show's a high rater.*  **3.** *Slang.* any of various small populations logging in standard classes. [1605–15; RATE¹ + -ER]

**rat·fink** (rat′fingk°) *n. Slang* fink (defs. 1, 5). RAT¹ + FINK]

**rat·fish** (rat′fish°) *n., pl.* (esp. collectively) **-fish,** (esp. referring to two or more kinds or species) **-fish·es,** a chimaera. *Hydrolagus collie,* of the Pacific coast, from Alaska to Lower California. having a rattail. [1880–85; RAT¹ + FISH]

**rat′ guard′,** a disk of sheet metal fitted as a hawser to prevent rats from boarding a vessel by way of a dock

**Rath·bone** (rath′bōn), *n.* **Basil,** 1892–1967. U.S. actor, born in South Africa

**rathe** (rāth), *adj. Archaic.* growing, blooming, or ripening early in the year or season. Also, **rath.** [bef. 900; ME OE *hræth* hræd quick, active; c ON *hrathr*] —**rathe′ly,** *adv.* —**rathe′ness.** *n.*

**Ra·the·nau** (rät′n oi°), *n.* **Wal·ther** (väl′tər), 1922 German industrialist, writer. and statesman

**rath·er** (rath′ər, räth′ər, rä′thər; *interj. räth′ûr′*), *adv.* **1.** in a measure; to a certain extent: *what rather good.*  **2.** in some degree: *I think you would regret it.*  **3.** more properly or justly: *a better reason: The contrary is rather to be sooner; more readily or willingly: to die yield.*  **5.** more properly or correctly speaking truly: *He is a painter or, rather, a watercolorist: the contrary. It's not generosity, rather malice.* **6.** had or would rather, would prefer that or to *rather we not stay. We would rather go for the show. —interj.* **8.** *Chiefly Brit.* (used assuredly; without doubt: *Is the book worth reading? Rather! [bef. 900; ME OE hrathor, compar. quick, RATHE]*

**Rath′ke's pouch′** (rät′kəs), *Embryol.* an evagination of stomodeal ectoderm developing into the lobe of the pituitary gland. Also called **Rathke's pocket.** [1840–45; named after Martin Heinrich Rathke (1793–1860). German anatomist]

**rat·hole** (rat′hōl°), *n.* **1.** a hole made by a rat; a room- barn, etc. *The first chore in the old barn was to plug up the rathole.*  **2.** the burrow or worthless purpose or saving escaping: *saving disappear down the rathole.* [1805–15; RAT + HOLE]

**raths·kel·ler** (rät′skel′ər, rät′-, *Germany*) the cellar of a town hall, often used as a restaurant or meeting place: *a restaurant German rathskeller, usually located below* [1900–05; < G equiv to *Rath* (extracted from town hall) + -s + *'st'* + *Keller* CELLAR]

**rat·i·cide** (rat′ə sīd°), *n.* a substance for killing rats [1840–50; RAT + -i- + -cid′al, *adj.*

**rat·i·fi·ca·tion** (rat′ə fi kā′shən), *n.* a ratifying; confirmation; sanction. *the act of ratification, sanction. confirmation.* **2. ratified.** [1400–50; late ME < ML *ratification(is)* equiv. to *ratificāt(us)* (pp. of RATIFY) + -iōn- -ion] —**rat′i·fi·ca′tion·al,** *adj.*

**rat·i·fy** (rat′ə fī°) *v.t., -fied, -fy·ing.* **1.** to confirm by expressing consent, approval, or formal sanction. *a constitutional amendment.*  **2.** to confirm or be done or arranged by an agent or the like tive) by such action. [1325–75; ME *ratifien* < ML *ratificāre*, equiv. to L *rat(us)* (see RATE¹) + *-ificāre -IFY*] —**rat′i·fi·a′ble** *adj.* —**rat·i·fi·er.** *n.*

—**Syn. 1.** corroborate, approve. **2.** endorse, —**Ant. 1.** veto. disapprove.

**rat·i·né** (rat′ə nā°; *Fr. RA tē nā′*), *n.* a rough-surfaced fabric made with nubby or knotty yarns, as in of wool, silk, or cotton. Also called **épon** [1915–20; < F *ratiné* to make a nap]

**rat·ing¹** (rā′ting), *n.* **1.** classification grade or rank.  **2.** assigned position in a specific or grade, or relative standing, as of a business enterprise of the armed forces.  **3.** the credit rating of or firm.  **4.** *Radio, Television.* a percentage of the number of listeners to or viewers of a given program.  **5.** a designated operating limit for apparatus, etc. as of voltage, load, or frequency.  **6.** specified conditions as an operating range for such *Brit.* apportioning of a tax. **8.** *Chiefly Brit.* an enlisted personnel in the British navy. [1530–35; RATE¹ + -ING¹]

**rat·ing²** (rā′ting), *n.* an angry reproof; scolding. [1570–80; RATE² + -ING¹]

**rat′ing badge′,** *U.S. Navy.* a specialty and the rank and specialty of a petty officer upper left sleeve [1905–10]

**rat′ing nut′,** *Horol.* a nut that screws onto the end of the rod of a clock pendulum for adjusting the weight to alter the rate of the pendulum

**ra·tio** (rā′shō, -shē ō°), *n., pl.* **-tios.** **1.** the relation between two similar magnitudes with respect to the number of times the first contains the second: *the ratio of 5 to 2 written 5:2 or 5/2.*  **2.** proportional relationship;

**tonic**                                               1995                                               **tooth**

a tonic chord. [1640–50; < Gk tonikós pertaining to stretching or to tones See TONE, -IC] —**ton′i·cal·ly,** adv.

—**Syn.** 2. stimulant, restorative, bracer, pickup
—**Regional Variation. 5. See soda pop.**

**tonic,** a combining form occurring in adjectives that correspond to nouns ending in -tonia: catatonic [see -TONIC]

**ton′ic ac′cent,** prominence given to a syllable in speaking, usually due to a change esp. a rise. in pitch [1865–70]

**ton·ic·i·ty** (tō nis′i tē), n. 1 tonic quality or condition. 1 the state of bodily tone. 3. Physiol. the normal elastic tension of living muscles, arteries, etc., by which the tone of the system is maintained [1815–25; TONIC + -ITY]

**ton′ic sol-fa′,** a system of singing characterized by emphasis upon tonality or key relationship, in which tone are indicated by the initial letters of the syllables of the sol-fa system rather than by conventional staff notation. [1850–55]

**ton′ic spasm′.** Med. See under **spasm** (def 1) [1825–35]

**ton′ic wa′ter.** See quinine water.

**to·night** (tə nīt′), n. 1. this present or coming night; the night of this present day. —adv. 2. on this present night; on the night of this present day. 3. Obs. during last night. [bef. 1000; ME to night OE tō niht See TO, NIGHT]

**ton·ka** (tongk), n. a form of rummy for two or more players with deuces wild [1920–25; cf. Brit Australian tonk (informal) to strike. beat, defeat]

**ton′ka bean′** (tong′kə), n. the fragrant black almond-shaped seed of a tall tree belonging to the genus Dipteryx (or Coumarouna), of the legume family, esp D. odorata, of tropical South America, used in perfumes, as a source of coumarin, and as a substitute for vanilla. 2. the tree itself. [1790–1800; tonka proks. < Tupi tóka]

**Ton·kin** (ton′kin′, tong′-), n. 1. a former division in N French Indochina now part of Vietnam. 2. Gulf of, an arm of the South China Sea, W of Hainan. 300 mi. (485 km). Also. Also. Tongking, Ton·king (ton′kāng′ tong′-)

**Ton·le Sap** (ton′lā sāp′), a lake in W Cambodia, draining into the Mekong River

**ton·nelle** (tun′nēl), n. Armor. a skirt of plates. Also called tonlet. [< F tonnelet keg, ME. prob. dim. of tonel cask (see TUNNEL) from its resemblance to staves]

**ton·mile** (tun′mīl′), n. a unit of freight transportation measurement equivalent to a ton of freight transported one mile. [1900–05] —ton′-mile′age, n.

**ton·nage,** tonnage

**ton·nage** (tun′ij), n. 1. the capacity of a merchant vessel, expressed either in units of weight, as deadweight tons, or of volume, as gross tons. 2. ships collectively considered with reference to their carrying capacity or together with their cargoes. 3. a duty on ships or boats a so much per ton of cargo or freight. or according to the capacity in tons. Also, tunnage. [1375–1425; late ME duty < OF See TON¹ -AGE]

**ton′nage deck′,** Naut. 1. the upper deck in a vessel with only two decks. 2 the second deck above the inner bottom in a vessel with more than two decks. [1885–90]

**tonne** (tun), n. See metric ton. [1900–05; < F; see TON¹]

**ton·neau** (tu nō′), n., pl. -neaus, -neaux (-nōz′). 1. a rear part or compartment of an automobile body, containing seats for passengers. 2. a complete automobile body having such a rear part. 3. a waterproof cover, generally of canvas or vinyl, that can be fastened over the cockpit of a roadster or convertible to protect the interior. [1900–05; < F: lit. cask; OF tonel See TUNNEL]

**ton·ner** (tun′ər), n. something having a specified weight in tons (used in combination): The sailboat was a ten-tonner. [1850–55; in parasynthetic compounds derived from TON¹ and a quantifier; see -ER¹]

**Tön·nies** (tœ′nēs), n. Fer·di·nand (fer′dē nänt′). 1855–1936. German sociologist.

**tono-,** a combining form with the meanings 'stretch-ing,' 'tension': 'tone,' used in the formation of compound words: tonometer [< Gk tón(os) (see TONE) + -O-]

**to·nom·e·ter** (tō nom′i tər), n. 1. an instrument for measuring the frequencies of tones, as a tuning fork or a graduated set of tuning forks. 2. any of various physical instruments for measuring intraocular pressure of blood pressure. 3. Physical Chem. an instrument for measuring vapor pressure. [1715–25; tono- + -METER] —ton·o·met·ric (ton′ə met′rik, tō′nə-), adj. —to·nom′e·try, n.

**to·no·plast** (ton′ə plast′ tō′nə-), n. Bot. a membrane separating a vacuole from the surrounding cytoplasm in a plant cell. [1885–90; TONO- + -PLAST]

**ton·sil** (ton′sel), n. Anat. a prominent oval mass of lymphoid tissue on each side of the throat. [1595–1605; < L tōnsillae (pl.) the tonsils] —**ton′sil·lar, ton′sil·ar,** (ton′sə lər′ē), adj.

**ton·sil·lec·to·my** (ton′sə lek′tə mē), n., pl. -mies. Surg. the operation of excising or removing one or both tonsils. [1900–05; < L tōnsillae tonsils + -ECTOMY]

**ton·sil·li·tis** (ton′sə li′tis), n. Pathol. inflammation of a tonsil or the tonsils [1795–1805; < L tōnsillae tonsils + -ITIS] —**ton·sil·lit·ic** (ton′sə li(t′ik) adj.

**ton·sil·lot·o·my** (ton′sə lot′ə mē), n., pl. -mies. Surg. incision or excision of a portion of a tonsil [1895–1900; < L tōnsill(ae) tonsils + -O- + -TOMY]

**ton·so·ri·al** (ton sôr′ē əl -sōr′-), adj. of or pertaining to a barber or barbering: the tonsorial shop. [1805–15; < L tōnsōri(us) of shaving (tondēre) to shave — tō(n)s -TORY¹ with d1 > s) + -AL]

**ton·sure** (ton′shər), n., v. -sured, -sur·ing. —n. 1. the act of cutting the hair or shaving the head. 2. the shaving of the head or of some part of it as a religious practice or rite. esp. in preparation for entering the priesthood or a monastic order. 3. the part of a cleric's head. usually the crown, left bare by shaving the hair 4. the state of being shorn. —v.t. 5. to confer the ecclesiastical tonsure upon 6. to subject so tonsure [1350–1400; ME < L tōnsūra a shearing, equiv to tōns(us) (ptp of tondēre to shear) + -URA -URE]

**ton·tine** (ton′tēn, ton tēn′), n. 1. an annuity scheme in which subscribers share a common fund with the benefit of survivorship, the survivors' shares being increased as the subscribers die, until the whole goes to the last survivor 2. the annuity shared. 3. the share of each subscriber. 4. the number of subscribers. 5. any of various forms of life insurance in which the chief beneficiaries are those whose policies are in force at the end of a specified period (ton′tine pe′ri·od). [1755–65; < F: named after Lorenzo Tonti, Neapolitan banker who started the scheme in France about 1653 See -INE¹]

**to·nus** (tō′nəs), n. Physiol. a normal state of continuous slight tension in muscle tissue that facilitates its response to stimulation. [1875–80; < NL. special use of L tonus < Gk tónos]

**to·ny** (tō′nē), adj., ton·i·er, ton·i·est. Informal. high-toned; stylish: a tony nightclub. [1875–80. Amer.; TONE + -Y¹]

**To·ny** (tō′nē), n. pl. -nys. one of a group of awards made annually by the American Theatre Wing, a professional school for the performing arts, for achievements in theatrical production and performance. [after the nickname of Antoinette Perry]

**To·ny** (tō′nē), n. 1. a male given name, form of Anthony. 2. a female given name, form of Antoinette or Antonia.

**too** (tōō), adv. 1. in addition; also; furthermore; moreover; young, clever, and rich too. 2. to an excessive extent or degree; beyond what is desirable (biting, or rightly, too sick to travel. 3. more, as specified, than should be; too near the fire. 4. (used as an affirmative to contradict a negative statement: I am too! 5. extremely; very; She wasn't too pleased with his behavior. 6. only too. See only (def. 5). [bef. 900; ME to, OE, stressed var of to (adv. too use since the 16th century)]

**too·dle·oo** (tōōd′l ōō′), interj. Informal. good-bye; so long [1905–10; perh. toodle (var of dial tootle to TOO-DLE) + -oo (expressive)]

**Too·e·le** (tōō el′ə), n. a town in NW Utah 14,335.

**took** (tōōk), v. 1. pt. of take. 2. Nonstandard. a pp. of take.

**Tooke** (tōōk), n. (John) Horne (hôrn) 1736–1812. English politician and philologist

**tool** (tōōl), n. 1. an implement. esp. one held in the hand. as a hammer. saw, or file for performing or facilitating mechanical operations. 2. any instrument of manual operation. 3. the cutting or machining part of a lathe, planer, drill, or similar machine. 4. the machine itself, a machine tool. 5. anything used as a means of accomplishing a task or purpose: Education is a tool for success. 6. a person manipulated by another for the latter's own ends; cat's-paw. 7. the design or ornament impressed upon the cover of a book. 8. Underworld Slang. a. a pistol or gun. b. a pickpocket. 9. Slang (vulgar). penis. —v.t. 10. to work or shape with a tool. 11. to work decoratively with a hand tool. 12. to ornament (the cover of a book) with a bookbinder's tool. 13. to drive (a vehicle): He tooled the car along the treacherous path. 14. to equip with tools or machinery. —v.i. 15. to work with a tool. 16. to drive or ride in a vehicle: tooling along the freeway. 17. tool up, to install machinery designed for performing a particular job; manufacturers tooling up for production. [bef. 900; ME tōl OE tōl (c. ON tōl toels; akin to TAW¹] —tool′er, n. —tool·less, adj.

—**Syn.** 1. TOOL, IMPLEMENT, INSTRUMENT, UTENSIL refer to contrivances for doing work. A TOOL is a contrivance held in and worked by the hand. for assisting the work of (especially) mechanics or laborers: a carpenter's tools. An IMPLEMENT is any tool or contrivance designed or used for a particular purpose: agricultural implements. An INSTRUMENT is anything used in doing a certain work or producing a certain result. especially such as requires delicacy, accuracy, or precision: surgical or musical instruments. A UTENSIL is especially an article for domestic use: kitchen utensils. When used figuratively of human agency, TOOL is generally used in a contemptuous sense: INSTRUMENT in a neutral or good sense: a tool of unscrupulous men; an instrument of Providence.

**tool·box** (tōōl′boks′), n. 1. a box or case in which tools are kept. 2. an attached mechanism, as on planing machines or lathes. that carries the cutting tools. [1835–45; TOOL + BOX¹]

**tool′ engi·neer′ing,** the branch of engineering having to do with planning the tooling and processes required for manufacturing certain products, with the design and manufacture of the tools, dies, and jigs required, and with the control of the production processes. —**tool′ engineer′.**

**tool·head** (tōōl′hed′), n. Mach. a toolholder that is at-

tached to a machine tool and can be adjusted to orient the tool in various positions. [TOOL, -HEAD]

**tool·hold·er** (tōōl′hōl′dər), n. a device for holding a tool or tools [1875–80; TOOL + -HOLDER]

**tool·house** (tōōl′hous′), n., pl. -hous·es (-hou′zīz) toolshed [1810–20; TOOL + HOUSE]

**tool·ing** (tōō′ling), n. 1. work done with a tool or tools; tooled ornamentation, as on wood, stone, or leather. 2. Mach. a. a number of tools, as in a particular factory. b. the planning and arrangement of tools for a particular manufacturing process. [1665–75; TOOL + -ING¹]

**tool·mak·er** (tōōl′mā′kər), n. a machinist skilled in the building and reconditioning of tools, jigs, and related devices used in a machine shop. [1835–45; TOOL + MAKER] —**tool′mak′ing, n.**

**tool′ post′,** an upright for holding a lathe tool

**tool·room** (tōōl′rōōm′, -rŏŏm′), n. a room as in a machine shop, in which tools are stored repaired produced, etc. [1875–80; TOOL + ROOM]

**tool·shed** (tōōl′shed′), n. a small building where tools are stored, often in the back of a house. Also called **toolhouse.** [1830–40; TOOL + SHED¹]

**tool′ steel′,** any of various high-carbon steels capable of being hardened and tempered to meet special requirements for machining, etc

**tool′ sub′ject,** Educ. a subject that, when mastered, equips students with a skill useful in studying other subjects: Grammar is a tool subject for English composition.

**toom** (tōōm), Scot. and North Eng. —adj. 1. empty; vacant. —v.t. 2. to empty or drain (a vessel) esp. by drinking the contents [bef. 900; ME tome (adj). OE tōm; c ON tōmr]

**Toombs** (tōōmz), n. Robert. 1810–85, U.S. lawyer, orator, and Confederate statesman and army officer

**toon·er** (tōō′nər), n. Jean. 1894–1967. U.S writer

**toon¹** (tōōn), n. 1. an Asian tree, Cedrela toona. of the mahogany family, yielding an aromatic red wood resembling but softer than mahogany, used for furniture, carving, etc. 2. the wood itself. [1800–10; < Hindi tūn < Skt tunna]

**toon²** (tōōn), n. (sometimes cap.) a character in an animated cartoon. [1985–85; shortening of CARTOON]

**Too′ner·ville trol′ley** (tōō′nər vil′). a dilapidated, outmoded trolley line or railway. [after the train in the comic strip Toonerville Trolley by U.S. cartoonist Fontaine T. Fox (1884–1964)]

**toot¹** (tōōt), v.i. 1. (of a horn or whistle) to give forth its characteristic sound. 2. to make a sound resembling that of a horn, whistle, or the like. 3. to sound or blow a horn, whistle, or vessel instrument. —v.t. 4. to cause a horn, whistle. or wind instrument) to sound. 5. to sound (notes, music, etc) on a horn or the like —n. 6. an act or sound of tooting. 7. Slang. cocaine. [1500–10; akin to LG, G tuten, D toeten. Sw tuta in same sense; orig. imit.] —**toot′er, n.**

**toot²** (tōōt), n. Informal. a period or instance of drunken revelry; binge; spree. [1670–80; orig. uncert.]

**toot³** (tōōt), n. Australian Informal. lavatory; toilet [1945–50; perh. jocular alter of TOILET]

**toot⁴** (tōōt). n. Chiefly Pennsylvania German Area. a paper bag. [< PaG dutt; cf. G Tüte < LG tüte something horn-shaped paper rolled into the shape of a horn (cf. poot¹)]

**tooth** (tōōth), n., pl. **teeth** (tēth). —adj. 1. (in most vertebrates) one of the hard bodies or processes usually attached in a row to each jaw, serving for the prehension and mastication of food. as weapons of attack or defense, etc. and in mammals typically composed chiefly of dentin surrounding a sensitive pulp and covered on the crown with enamel. See illus. on next page. 2. (in invertebrates) any of various similar or analogous processes occurring in the mouth or alimentary canal, or on a shell. 3. any projection resembling or suggesting a tooth. 4. one of the projections of a comb, rake, saw, etc. 5. Mach. a. any of the uniform projections on a gear or rack by which it drives, or is driven by, a gear, rack, or worm. b. any of the uniform projections on a sprocket by which it drives or is driven by a chain. 6. Bot. a. any small, toothlike marginal lobe. b. one of the toothlike divisions of the perizome of mosses. 7. a sharp, distressing, or destructive attribute or agency. 8. taste, relish, or liking. 9. a surface, as on a grinding wheel or sharpening stone, slightly roughened so as to increase friction with another part. 10. a rough surface created on a paper made for charcoal drawing, watercolor, or the like, or on canvas for oil painting. 11. by the skin of one's teeth, barely: He got away by the skin of his teeth. 12. cast or throw in someone's teeth, to reproach someone for (an action): History will ever throw this blunder in his teeth. 13. cut one's teeth on, to do at the beginning of one's education, career, etc. or in one's youth: The hunter boasted of having cut his teeth on tigers. 14. in the teeth of, a. so as to face or confront: straight into or against: in the teeth of the wind. b. in defiance of, in opposition to: She maintained her stand in the teeth of public opinion. 15. long in the tooth, old; elderly. 16. put teeth in or into, to establish or increase the effectiveness of. to put teeth into the law. 17. set one's teeth on edge, a. to become resolute: prepare for difficulty: He set his teeth and accepted the combatants. 18. set or put one's teeth on edge, a. to induce an unpleasant sensation. b. to repel; irritate: The noise of the machines sets my teeth on edge. 19. show one's teeth, to become hostile or threatening; exhibit anger:



A. tonsils
B. adenoids

CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, ēqual; if, īce; ox, ōver órder; oil, bŏŏk, ōōze, out; ūp, ūrge; child, sīng; shōe; thin, that; zh as in treasure. ə = a as in alone; e as in system; i as in easily; o as in gallop; u as in circus. ′ as in fire (fī¹ər). hour (ou′ər). [ and ə can serve as syllabic consonants, as in cradle (krād′l), and button (but′n). See the full key inside the front cover.