# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE UNABRIDGED

*A Merriam-Webster*
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
    unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove
    and the Merriam-Webster editorial staff.
        p.    cm.
    ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X
(carrying case) —ISBN 0-87779-206-2 (imperial buckram)
    1. English language—Dictionaries. I. Gove, Philip Babcock,
1902–1972.   II. Merriam-Webster, Inc
PE1625.W36
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher*

MADE IN THE UNITED STATES OF AMERICA

5152535455QKY05040302

**tongue-lash** \ˈ•,•\ vb [back-formation fr. *tongue-lashing*] : CHIDE, REPROVE syn see SCOLD
**tongue-lashing** \ˈ•,••\ n [*tongue* + *lashing*] : a severe scolding
**tongue-less** \ˈtəŋləs\ adj [ME *tungles*, fr. *tunge* tongue + *-les*] 1 : having no tongue 2 : lacking power of speech : SPEECHLESS, MUTE ⟨best writer is ~ —Emily Dickinson⟩
**tongue-let** \ˈ-lət\ n -s [*tongue* + *-let*] : a small part, process, or object resembling a tongue
**tonguelike** \ˈ•,•\ adj [*tongue* + *like*] : resembling a tongue esp. in elongated form or in function
**tongue of the trump** [so called fr. the fact that the tongue is the essential part of a Jew's harp] Scot : the most important person
**tongue-pad** \ˈ•,•\ n, dial chiefly Brit : a great or glib talker
**tongue pipe** n : REED PIPE
**tongu-er** \ˈtəŋə(r)\ n -s [*tongue* + *-er*] 1 : one that makes or inserts tongues (as on shoes, buckles, or boards) 2 : a packing house worker who handles tongues
**tongues** pl of TONGUE, pres 3d sing of TONGUE
**tongue-shaped** \ˈ•,•\ adj : having the form of a tongue : LINGULATE
**tongue shell** n : a brachiopod of *Lingula* or a related genus
**tongue sole** n : TONGUEFISH
**tongue-ster** \ˈtəŋstə(r), -ŋ(k)st-\ n -s [*tongue* + *-ster*] : a glib or talkative person : a voluble speaker : BABBLER
**tongue-tack-ed** \ˈ•,takst\ adj, Scot : TONGUE-TIED
**¹tongue-tie** \ˈ•,•\ vt [back-formation fr. *tongue-tied*] : to deprive of speech or the power of distinct articulation by or as if by a tongue-tie or a gag : make speechless, silent, or unable to speak freely
**²tongue-tie** \ˈ•,•\ n [back-formation fr. *tongue-tied*] : limited mobility of the tongue due to shortness of the frenum or its adhesion to the gums
**tongue-tied** \ˈ•,•\ adj [*tongue* + *tied*, past part. of *tie*] 1 : suffering from tongue-tie 2 : unable to speak freely from shyness or other cause ⟨he was *tongue-tied* by the sense that their minutes were numbered —Edith Wharton⟩
**tongue tree** n : the tongue of a vehicle
**tongue twister** n : a word, phrase, or sentence difficult to articulate readily because of a succession of similar chiefly consonantal sounds varied by small changes ⟨as in "twin-screw steel cruiser", "shall he sell sea shells"⟩
**tongue-walk** \ˈ•,•\ vi, Brit : SCOLD
**tongue worm** n : a parasitic arthropod of the group Linguatulida
**tonguey** or **tongy** \ˈtəŋē, -ŋi\ adj [*tongue* + *-y*] 1 : ready or voluble in speaking : GARRULOUS 2 : of the nature of or affected by the tongue ⟨a ~ voice⟩
**tongu-i-ness** \-ğēnəs\ n -ES : the quality of being tonguey
**tonguing** n -s [fr. gerund of *tongue*] 1 : the act of one who tongues; *also* : the product of the act of making tongues ⟨~ of matched boards⟩ 2 a : the act of using or applying the tongue; *esp* : TONGUE-LASHING, SCOLDING b : use of the tongue in attacking or articulating notes on a wind instrument ⟨~ rather than slurring is indicated for this passage⟩ — compare DOUBLE-TONGUE, SINGLE-TONGUE, TRIPLE-TONGUE
**-to-nia** \ˈtōnēə\ n *comb form* -s [NL, fr. *tonus* + *-ia-y*] : condition or degree of tonus ⟨*hypotonia*⟩ ⟨*somatotonia*⟩
**¹ton-ic** \ˈtünik, -nēk\ adj [Gk *tonikos* of tension, of tone, fr. *tonos* tension, tone + *-ikos -ic* — more at TONE] 1 a : relating to or characterized by tension b : producing or adapted to produce healthy muscular condition and reaction c of *muscular contraction* : maintained during prolonged periods : characterized by tonus — contrasted with *clonic* d of *bodily states* : marked or characterized by tonic muscular contraction ⟨~ convulsions⟩ 2 a : increasing or restoring physical or mental tone : having the virtue or effect of a stimulant : INVIGORATING, REFRESHING, BRACING ⟨a ~ quality in her laughter —Agnes Repplier⟩ ⟨~ air of the upland morning put vigor into his blood —John Buchan⟩ ⟨~ therapy⟩ b : yielding a tonic substance 3 : relating to or based on the first tone of the scale ⟨~ harmony⟩ 4 a : VOICED 2 b of a syllable : bearing a principal stress or accent — compare POSTTONIC, PRETONIC 5 : of or relating to speech tones or to languages using them : employing tones to distinguish words ⟨Chinese is a ~ language⟩
**²tonic** \ˈ"\ n -s 1 a : a drug, medicine, or physical agent that increases body tone ⟨digitalis acts as a heart ~ by increasing cardiac tone⟩ ⟨sun baths are a ~ in some respiratory diseases⟩ b : something that invigorates, restores, refreshes, or stimulates ⟨his fear acted as a ~⟩ c : a liquid preparation for cleansing and toning the scalp d *chiefly NewEng* : a carbonated flavored beverage : SODA POP 2 : the first degree of a major or minor scale constituting the tonal center of a musical composition which has an established tonality — called also *keynote* 3 : a voiced sound
**³tonic** \ˈ"\ vt *tonicked; tonicked; tonicking; tonics* [*¹tonic*] : to give a tonic to : strengthen by a tonic ⟨*tonicked* her children every winter with cod-liver oil⟩
**tonic accent** n 1 : relative phonetic prominence (as from greater stress or higher pitch) of a spoken syllable or word 2 : PITCH ACCENT
**ton-i-cal** \ˈtünikəl, -nēk-\ adj [Gk *tonikos* tonic + E *-al*] : TONIC 1,2
**ton-i-cal-ly** \-nək(ə)lē, -nēk-, -li\ adv [*tonic* + *-ally*] : in a tonic manner : BRACINGLY
**to-nic-i-ty** \tōˈnisədē, -ətē, -i\ n -ES [*¹tonic* + *-ity*] 1 : the condition or property of possessing muscular, systemic, mental, or moral tone : VIGOR, HEALTH 2 : muscular tonus 3 : normal responsiveness of a plant to external stimuli
**tonic sol-fa** n : a system of solmization widely used in Great Britain and other countries to develop sightsinging that is based on tonality or key relationships and replaces the usual staff notation with the initial letters of the sol-fa syllables or the syllables themselves
**tonier** *comparative* of TONY
**tonies** pl of TONY
**-tonies** pl of -TONY
**toniest** *superlative* of TONY
**ton-i-fy** \ˈtōnəˌfī, -ni-\ vt -ED/-ING/-ES [*¹ton* + *-ify*] 1 : to give tone or style to 2 [*¹tone* + *-ify*] : to give tone to : tone up ⟨*tonifies* the system and rests the nerves⟩
**¹to-night** \təˈnīt, usu -īd- + V\ adv [ME *to night, to niht,* fr. OE *tō niht,* fr. *tō* to + *niht* night] : on this present night or the night following this present day
**²tonight** \ˈ"\ n [ME, fr. *to night,* adv.] : the present or the coming night : the night after the present day
**tonikan** *var cap, var of* TUNICAN
**toning** [fr. gerund of *tone*] n -s *Brit* : a tint, shade, or tone (as of a fabric)
**ton-ish** or **ton-nish** \ˈtünish\ adj [*¹ton* + *-ish*] : having ton : FASHIONABLE, STYLISH ⟨become a ~ poet and get into anthologies —Rose Macaulay⟩ — **ton-ish-ly** adv — **ton-ish-ness** n -ES
**to-nite** \ˈtū,nīt\ n -s [ISV *ton-* (fr. L *tonare* to thunder) + *-ite*] : a blasting explosive consisting of a mixture of guncotton with a nitrate and sometimes a nitro compound
**ton-i-tro-cir-rus** \ˌtünəˌ-\ or **ton-i-tru-ous** \təˈnitrəwəs\ also **to-nit-ru-ant** \-wənt\ adj [*tonitruous* fr. L *tonitruum* thunder (fr. *tonitrus* thunder, fr. *tonare* to thunder) + E *-ous*; *tonitruant* fr. LL *tonitruans, tonitruans,* fr. pres. part. of *tonitruare* to thunder, fr. L *tonitruum* thunder — more at THUNDER] : THUNDERING, FULMINATING
**ton-jon** \ˈtünˌjün\ n -s [Hindi *tãmjhãm, thãmjãn*] : an open sedan chair used in India and Ceylon and carried by a single pole on men's shoulders
**tonk** \ˈtüŋk\ n -s [imit.] : a heavy unmusical clang ⟨~ of a cowbell⟩
**²tonk** *var of* TUNK
**³tonk** \ˈ"\ n [by shortening] : HONKY-TONK
**ton-ka bean** or **ton-ca bean** \ˈtüŋkə-\ or **ton-ga bean** \ˈtüŋgə-\ *also* **ton-qua bean** \-kwə-\ n [prob. fr. Tupi *tonka*] : the seed of any of several plants of the genus *Dipteryx* (esp. *D. odorata*)

**ton-ka-wa** \ˈtüŋkəˌwä\ n, pl tonkawa or tonkawas *usu cap* 1 a : an Indian people of central Texas b : a member of such people 2 : the language of the Tonkawa people 3 : TONKAWAN
**ton-ka-wan** \-wən\ n -s *usu cap* [*tonkawa* + *-an*] : a language family perhaps related to Coahuiltecan and Karankawan of Texas that includes the Tonkawa language
**ton-kilometer** \ˈtən-+\ n [*ton* + *kilometer*] : a unit of freight carriage equal to the transportation of one metric ton of freight one kilometer
**ton-kin** \ˈtänˌkin, -īŋ-\ *also* tonkin cane n -s [fr. *Tonkin*, northern part of Vietnam] : a firm bamboo used for ski poles and fishing rods
**¹ton-kin-ese** \ˌtüŋkəˈnēz, -ēs\ or **tong-king-ese** \-kiŋˈēz, -ēs\ adj, *usu cap* [*Tonkin, Tongking*, northern part of Vietnam + E *-ese*] : of or relating to Tonkin
**²tonkinese** \ˈ"\ or **tongkingese** \ˈ"\ n, pl tonkinese or tongkingese 1 *cap* : a native of Tonkin 2 *usu cap* : a dialect of Vietnamese spoken in Tonkin
**ton-let** \ˈtänlət, -līt, -s [F *tonnelet*, fr. MF, prob. fr. dim. of *tonnel. tonel* cask, barrel; fr. the resemblance of the bands to staves of a barrel — more at TUNNEL] : one of the horizontal overlapping bands forming a short skirt in late medieval armor
**ton-mile** \ˈ•,•\ n [*ton* + *mile*] : a statistical unit of freight transportation equivalent to a ton of freight moved one mile — compare CAR-MILE
**ton-mileage** \ˈ•,•\ n [*ton-mile* + *-age*] 1 : the total ton-miles performed by a carrier in a period of time 2 : rate (as of fuel consumption) per ton-mile
**ton-na** \ˈtünə\ n, *cap* [NL, fr. ML *tunna, tonna* barrel, tun — more at TUNNEL] : a genus of large marine gastropods (family Tonnidae) lacking varix and operculum and having the body whorl greatly enlarged and the aperture very wide
**ton-nage** \ˈtünij, -nēj\ n -s [fr. ME, fr. MF, fr. OF *tonne* barrel, tun + *-age*; in other senses, fr. *¹ton* + *-age*] 1 *also* **tun-nage** \ˈ"\ a : a duty formerly levied on every tun of wine imported and exported 2 a : a duty or impost on vessels based on cargo capacity b : a duty, toll, or rate on goods per ton transported on canals 3 : ships in terms of the total number of tons registered or carried or of the sum of their carrying capacity ⟨the ~ built in American shipyards is small⟩ ⟨the ~ devoted to Oriental trade⟩ 4 a : the capacity of a merchant ship in units of 100 cubic feet of enclosed space — compare DEADWEIGHT CAPACITY, NET TONNAGE b : the displacement of a warship 5 : total weight in tons : aggregate of tons shipped, carried, or mined ⟨this mine's daily ~ is large⟩ ⟨a railroad with the year's record for ~⟩ 6 : the rating in tons of the pressure or thrust exerted by a machine or engine ⟨~ of a press⟩ ⟨~ of a rocket engine⟩
**tonnage and poundage** n [ME] : a duty on every tun of wine or pound of wool and other articles formerly granted as a subsidy to the crown on all goods exported or imported
**tonnage coefficient** n : the decimal by which the product of the length, breadth, and depth of a vessel must be multiplied to obtain the gross tonnage
**tonnage deck** n : the deck the space below which is included in estimating underdeck tonnage and which in vessels having more than one deck is the second from the keel
**tonnage opening** n : an opening left in a deck for bringing the space covered within the exemptions of a rule for calculating tonnage
**tonnage train** n : a freight train that is operated only when a definite tonnage of freight has accumulated
**ton-neau** \ˈtünˌō, təˈnō\ n -s [F, barrel, tun, kind of carriage with rear entrance & seats parallel to the wheels, fr. OF *tonel, tonnel* barrel, tun — more at TUNNEL] 1 : the rear seating compartment of an automobile ⟨~ of a limousine⟩ ⟨sports car ~ with removable canvas cover⟩ 2 : a shape of watch case or dial resembling a barrel in profile
**ton-neaued** \-ōd\ adj [*tonneau* + *-ed*] : having a tonneau
**tonneau lamp** n : a lamp mounted on the back of the front seat of a vehicle
**tonneau windshield** n : a windshield that is directly in front of the tonneau and is usu. attached to the back of the front seat
**ton-ner** \ˈtənə(r)\ n -s [*¹ton* + *-er*] : an object (as a ship) having tonnage — usu. used in combination ⟨a thousand-*tonner*⟩
**ton-ni-dae** \ˈtünəˌdē\ n pl, *cap* [NL, fr. *Tonna,* type genus + *-idae*] : a family of gastropod mollusks (suborder Taenioglossa) comprising the tun shells — see TONNA
**tonnish** *var of* TONISH
**tono-** *comb form* [Gk *tonos* tension, pitch, tone — more at TONE] 1 : tone ⟨*tonology*⟩ ⟨*tonoscope*⟩ 2 : pressure ⟨*tonometer*⟩ ⟨*tonotaxis*⟩
**tono-fibril** *also* **tono-fibrilla** \ˌtü(ˌ)nō-\ n, pl **tonofibrils** *also* **tonofibrillae** [NL *tonofibrilla,* fr. *tono-* + *fibrilla*] : any of a variety of intracellular or extracellular fibrils that are reinforcing or supporting elements
**ton of refrigeration** [*¹ton*] : TON 4
**ton-o-gram** \ˈtünəˌgram, ˈtōn-\ n [*tono-* + *-gram*] : a curve recorded by a tonograph
**ton-o-graph** \-rəf, -raf\ n [ISV *tono-* + *-graph*] : a recording tonometer — **ton-o-graph-ic** \ˌ•ˈgrafik\ adj — **to-nog-ra-phy** \təˈnägrəfē\ n -ES
**to-no-log-i-cal** \ˌtünəˈläjəkəl, ˌtōn-\ adj : of or relating to tonology
**to-nol-o-gy** \tōˈnäləjē\ n -ES [*tono-* + *-logy*] : the comparative or historical science of tones or of speech intonation
**to-nom-e-ter** \tōˈnäməd·ə(r)\ n [*tono-* + *-meter*] 1 : an instrument or device for determining the exact pitch of the vibration rate of tones 2 : an instrument for measuring tension ⟨as of the eyeball⟩ or pressure ⟨as of blood or a gas⟩ 3 : a device for measuring vapor pressure
**ton-o-met-ric** \ˌtünəˌmeˈtrik, ˌtōn-\ adj [ISV *tono-* + *-metric*] : of or relating to tonometry or to the use of a tonometer
**to-nom-e-try** \tōˈnämətrē\ n -ES [ISV *tono-* + *-metry*] : the act or practice of measuring with a tonometer
**to-no-plast** \ˈtünəˌplast, ˈtōn-\ n -s [ISV *tono-* + *-plast*; orig. formed in G] : the semipermeable protoplasmic membrane surrounding a plant-cell vacuole orig. regarded as a self-perpetuating structural membrane that actively secreted the vacuolar content but usu. held to be comparable to the plasma membrane
**ton-o-scope** \-ˌskōp\ n [*tono-* + *-scope*] : an acoustical instrument for enabling a singer or player to see instantly any deviation from proper pitch of the tone being produced
**to-no-tax-is** \ˌtü(ˌ)nō-, ˌtō(ˌ)nō-+\ n [NL, fr. *tono-* + *-taxis*] : responsiveness to a difference of osmotic pressure of the surrounding medium
**tonqua bean** *var of* TONKA BEAN
**tons** pl of TON
**ton-sil** \ˈtän(t)səl\ n -s [L *tonsillae* (pl.) tonsils] 1 a : either of a pair of prominent masses of lymphoid tissue that lie one on each side of the throat between the anterior and posterior pillars of the fauces and are composed of lymph follicles grouped around one or more deep crypts and except for the exposed surface which is covered only by epithelium are surrounded by diffuse lymphoid tissue in a fibrous capsule b : any of various similar masses of lymphoid tissue — see PHARYNGEAL TONSIL 2 : AMYGDALA 2
**ton-sil-lar** \ˈtän(t)sələ(r)\ or **ton-sil-lary** \-səˌlerē\ adj [NL *tonsillaris,* fr. L *tonsillae* tonsils + *-aris -ar*] : of, relating to, or affecting the tonsils
**ton-sil-lec-tome** \ˌtän(t)səˈlekˌtōm\ n -s [*tonsill-* + *-ectome*] : an instrument for removing tonsils
**ton-sil-lec-to-my** \ˌ•ˈlektəmē, -mi\ n -ES [*tonsill-* + *-ectomy*] : the surgical removal of the tonsils
**ton-sil-lit-ic** \ˌ•ˈlidik, -ətik\ adj [NL *tonsillitis* + E *-ic*] : of, relating to, or affected with tonsillitis
**ton-sil-li-tis** \ˌ•ˈlīd·əs, -ītəs\ n -ES [NL, fr. L *tonsillae* tonsils

**ton-sil-lo-tome** \ˌtän(t)sələˌtōm\ n -s [ISV *tonsill-* + *-tome*] : a surgical instrument for cutting or removing tonsils
**ton-sil-lot-o-my** \ˌ•ˈlädəmē\ n -ES [*tonsill-* + *-tomy*] : incision of a tonsil
**ton-sor** \ˈtän(t)sə(r)\ n -s [L, fr. *tonsus* + *-or* — more at TONSURE] *archaic* : BARBER
**ton-so-ri-al** \ˈ(ˌ)tänˈsōrēəl, -ˈsȯr-\ adj [L *tonsorius* tonsorial ⟨fr. *tonsus* + *-orius -ory*⟩ + E *-al*] : of or relating to a barber or his work ⟨~ parlor⟩
**ton-sure** \ˈtänchə(r)\ n -s [ME, fr. ML *tonsura,* fr. L, act of shearing, clipping, fr. *tonsus* (past part. of *tondēre* to shear, clip, crop) + *-ura -ure* — more at TOME] 1 : the clipping or shaving of the head; *specif* : the shaving of a distinctive portion of the head as part of a rite accompanying admission to the clerical state 2 : the shaven crown or patch worn by monks and various clerics 3 : a bald spot that resembles a tonsure
**²tonsure** \ˈ"\ vt -ED/-ING/-s : to shave the head of : confer the tonsure upon
**ton-sured** \-(r)d\ adj [*tonsure* + *-ed*] 1 : shaven or shorn in the manner of one having a tonsure 2 : admitted by the rite of tonsure to the clerical state 3 : having a bald spot
**¹ton-tine** \ˈtünˌtēn, •ˈ•\ n -s [F, fr. Lorenzo *Tonti* †1695 Ital. banker in Paris who invented the scheme + F *-ine,* fr. *-ine,* fem. of *-in -ine,* adj. suffix] : a financial arrangement (as an insurance policy) whereby a group of participants share various benefits or advantages on such terms that upon the death or default of any member a part or all of his advantages are distributed among all the remaining members until on the death of all but one the whole goes to him or on the expiration of an agreed period the whole goes to those then remaining in the group; *collectively* : the share or right of each individual in a tontine — **ton-tin-er** \-ənə(r)\ n -s
**²tontine** \ˈ"\ adj : relating to or involving the principle or system upon which the tontine is based ⟨~ fund⟩ ⟨~ loan⟩
**tontine insurance** n : participating life insurance providing for distribution of surplus according to the tontine principle — compare DEFERRED DIVIDEND
**ton-tin-er** \-ənə(r)\ n -s [*tontine* + *-er*] : a sharer in a tontine
**ton-to** \ˈtün(ˌ)tō, -ni\ n, pl tonto or tontos *usu cap* [AmerSp. fr. Sp, fool, fr. *tonto* foolish] 1 *cap* : one of various subgroups of the Apache people 2 : an Indian of any one of several Apache subgroups
**to-nus** \ˈtōnəs\ n -ES [NL, fr. L. tension — more at TONE] : TONE 1(a)(1); *usu* : the state of partial contraction that is characteristic of normal muscle, is maintained at least in part by a continuous bombardment of motor impulses originating reflexly, and serves to maintain body posture and to hold the musculature in a state of readiness for specific demands — compare CLONUS
**¹tony** n -ES [fr. *Tony,* nickname for *Antony*] *obs* : TOOL, SIMPLETON
**²tony** *also* **toney** \ˈtōnē, -ni\ adj -ER/-EST [*¹tone* + *-y;* influenced in meaning by *¹ton*] : HIGH-TONED, ARISTOCRATIC, STYLISH ⟨introduced me to all his ~ friends⟩ ⟨very expensive ~ restaurant⟩ : FASHIONABLE ⟨~ resort⟩ ⟨~ suburb⟩
**³tony** \ˈ"\ n, pl tonys *usu cap* [after *Tony,* nickname of Antoinette Perry †1946 Am. actress & producer] : any of several medallions awarded annually by a professional organization for notable performances in the theater
**-to-ny** \ˌtōnē, ˌtōnē, -i\ n *comb form* -ES [NL *-tonia*] : -TONIA ⟨*hypertony*⟩
**too** \(ˈ)tü\ adv [ME *to, too,* fr. OE *tō* to, too — more at TO] 1 : in addition : ALSO, BESIDES, MOREOVER ⟨must sell the house and the furniture ~⟩ ⟨in this group are, ~, the many species of the ingenuity —R.E.Coker⟩ ⟨the reader will become aware of froglishes —R.E.Coker⟩ ⟨~, the reader will become aware of the ingenuity —J.D.Vehling⟩ ⟨naturally they become weaker ... and ultimately must perish miserably from starvation, while many ~ are killed by their stronger companions —Louis Stevenson-Hamilton⟩ 2 a : to an excessive degree : EXCESSIVELY ⟨the economic interpretation is ~ simple —M.R. Cohen⟩ ⟨~ often leans the other way —M.S.Watson⟩ ⟨a ~ easy formula —Max Lerner⟩ ⟨~ large a house for us⟩ ⟨~ old to walk —R.W.Hatch⟩ b : to such a degree as to be regrettable, painful, or reprehensible ⟨that's ~ bad⟩ ⟨all ~ true⟩ ⟨these suspicions were only ~ justified —*New Republic*⟩ ⟨has ~ far —⟩ — often doubled for emphasis ⟨the peasants are just ~, ~ quaint — William Newberry⟩ c : to a high degree : EXTREMELY, EXTRAVAGANTLY, VERY ⟨standing and looking ~ languishingly down by the door —Elizabeth Bowen⟩ ⟨how ~ terrible —Martha Gellhorn⟩ ⟨the first slope wasn't ~ bad although it was steep —L.A.Viereck⟩ ⟨an episodic work without ~ consistent a texture —Irving Kolodin⟩ 3 : so 2d. INDEED ⟨I didn't, You did ~⟩
**too-dle-oo** \ˌtüdəlˈü\ *interj* [perh. imit. of an automobile horn] *chiefly Brit* : GOOD-BYE, SO LONG
**took** [ME (past), fr. OE *tōc* (past)] *past or dial past part of* TAKE
**¹tool** \ˈtül\ n -s *often attrib* [ME *tol, tool,* fr. OE *tōl;* akin to ON *tōl* tool, weapon, Goth *taujan* to do, make — more at TAW] 1 a : an instrument (as a hammer or saw) used or worked by hand : an instrument used by a handicraftsman or laborer in his work : IMPLEMENT b (1) : the cutting or shaping part in a machine or machine tool (2) : a machine for shaping metal : MACHINE TOOL c : a particular kind of hand tool; as (1) : a bookbinder's instrument headed with a cut or engraved design with which impressions are made (as in finishing) (2) : a small brush used in painting window sashes 2 a : an implement or object used in performing an operation or carrying on work of any kind : an instrument or apparatus necessary to a person in the practice of his vocation or profession ⟨a barber's chair, a photographer's camera, a scholar's books are all ~⟩ b : something that serves as a means to an end : an instrument by which something is effected or accomplished ⟨words are the ~s with which men think —J.E.Gloag⟩ ⟨respected advertising as an indispensable ~ of business —*Newsweek*⟩ c *archaic* : SWORD, WEAPON d *slang* : PENIS 3 : one who is or allows himself to be used or manipulated by another : DUPE, PUPPET ⟨believes the whole business of witchcraft ... and thinks that the old women who were burned were the ~s of a great conspiracy against religion and society —O.W.Holmes †1935⟩ ⟨an easy ~, deferential, glad to be of use —T.S.Eliot⟩ syn see IMPLEMENT
**²tool** \ˈ"\ vb -ED/-ING/-s vt 1 a : to cause (a vehicle) to move along : DRIVE ⟨~ed the car expertly through dark alleys and back streets —John Faulkner⟩ b : to convey in a vehicle ⟨~ed him everywhere in a jeep —Hugh Fosburgh⟩ ⟨~ing him out to the starboard boat circle off the bow —K.M.Dodson⟩ 2 : to shape, form, or finish with a tool (grotesque sandstone formations, ~ed by centuries of wind and weather into freak shapes —*Amer. Guide Series; Calif.*⟩ ⟨assumed that all aircraft parts are ~ed accurately —*Aero Digest*⟩; as a : to letter or ornament ⟨a book cover⟩ by means of heated hand tools b : to ornament the surface of ⟨as a metal object⟩ by means of hand tools c : to work on the surface of ⟨a printing plate⟩ with a hand tool ⟨as to correct minor imperfections or engrave white lines⟩ 3 : to equip ⟨a plant or industry⟩ with the necessary tools, machines, and instruments for volume production ⟨the engine would be abandoned before the plant could be ~ed to make it —W.W.Stout⟩ — often used with *up* ⟨showed how easy it is to accumulate stockpiles, ~ up war industries —J.P. Baxter b. 1893⟩ ~ vi 1 a : to drive or ride in a vehicle ⟨turned off the highway ... and ~ed gently up the drive —E.P. Warren⟩ ⟨the usual crowd of space cadets ~ing along in a flying saucer —John McCarten⟩ b : to move along : PROCEED, TRAVEL ⟨my grandfather, in one race ~ing along at full gallop —Joyce Cary⟩ 2 : to use tools 3 : to equip a plant or industry for volume production by designing, building, and integrating the equipment ⟨as machines, machine tools, precision instruments⟩ required for making and assembling a product — often used with *up* ⟨~ up to make smaller cars⟩
**toolach** \ˈtüˌlach\ n -s [native name in Australia] : a lightly built and heavily furred lawn gray wallaby (*Macropus greyi*) that is strikingly banded on the face and rump and is nearly or wholly extinct due to excessive hunting
**tool angle** n 1 : the angle included between the top and front faces of a cutting tool 2 : an angle used to designate the form of the cutting edge of a tool — compare CLEARANCE 2c, CUTTING ANGLE, RAKE 3