CLASS 81, TOOLS

SECTION I - CLASS DEFINITION

In this class are tools which are not structurally limited to any classified art.

This class is limited to hand tools, except in the subclasses noted in Subclass References to the Current Class, below.

SECTION II - SUBCLASS REFERENCES TO THE CURRENT CLASS

SEE OR SEARCH THIS CLASS, SUBCLASS:
3.1, -3.33, 9.1, 9.51, 15.2, 17+, 52.3+, 52.4+, 54+, for subclasses in which the subject matter is not limited to hand tools.

SECTION III - REFERENCES TO OTHER CLASSES

SEE OR SEARCH CLASS:
- 29, Metal Working, subclasses 700+ for a hand tool for assembling or disassembling parts and meeting the criteria specified in the subclass 700 definition.
- 30, Cutlery, subclasses 92+ for pipe and rod cutters.
- 72, Metal Deforming, subclasses 409+ for a plier-type bending tool, and subclasses 462+ for a metal deforming tool, per se, not elsewhere classifiable. If assembly is involved, as in crimping a sleeve on a wire, see Class 29, Metal Working, subclass 700.
- 140, Wireworking, subclasses 93.2+ for a tool for tightening a wire or band around a stack of items and applying or forming a fastener or seal to a wire or band.
- 166, Wells, subclasses 55+ for apparatus for cutting and perforating well tubing in situ.
- 173, Tool Driving or Impacting, appropriate subclass for subject matter directed to driving or impacting a tool, when such subject matter includes combined features peculiar to tool driving, but which does not include features limiting the subject matter to a specific tool art, such as specific shape of the work contacting portion of a tool, related tools, or an opposed work support. Only subclasses 52.3+ of Class 81 has been cleared as to subject.
- 254, Implements or Apparatus for Applying Pushing or Pulling Force, appropriate subclasses for a tool which includes a force multiplier or energy transducer to apply the pushing or pulling force. Pliers, clamps, or other hand grippers by which force is applied directly by the hand are classified in Class 81.
- 269, Work Holders, subclasses 3+ for patents to an operator supported work holder. Class 269 is the residual locus for patents to a device for clamping, supporting and/or holding an article (or articles) in position to be operated on or treated.
- 294, Handling: Hand and Hoist-Line Implements, appropriate subclasses for a hand-held holder for the transportation or mere handling of an article.

SUBCLASSES

2       Wrenches combined with pumps or oilers or with both.

        SEE OR SEARCH CLASS:
        222,    Dispensing, for dispensers, per se.

3.05    Devices for extracting a shell, projectile or wad from a gun barrel.

        SEE OR SEARCH THIS CLASS, SUBCLASS:
        3.1,    to 3.49, inclusive, and subclass 302 for other tools capable of similar work.

        SEE OR SEARCH CLASS:
        29,     Metal Working, subclasses 700+ for pin inserters and removers.
        294,    Handling: Hand and Hoist-Line Implements, subclasses 86.4+.

3.07    RECEPTACLE CLOSURE REMOVER:
        This subclass is indented under the class definition. Tools for removing closures from receptacles, and adjunct to such removers not provided for elsewhere.

        SEE OR SEARCH CLASS:
        29,     Metal Working, subclasses 700+ for pin inserters and removers; and see subclass 808 for pinpoint extractors and inserters.

45    SHINGLE TOOL:
      This subclass is indented under the class definition. Device adapted to apply or remove roof or wall shingles.

46    WOODEN FLOORING TOOL:
      This subclass is indented under the class definition. Device adapted to either apply boards to, or remove boards from a floor.

52    WRENCH, SCREWDRIVER, OR DRIVER THEREFOR:
      This subclass is indented under the class definition. Tool for engaging a work part and exerting or transmitting a twisting strain thereto, or means for imparting or transmitting an actuating force to such a tool.

      (1)   Note. A hand tool for rotating a lever by merely pulling or pushing the tool along its length is excluded. To be properly classified here, the work engaging portion of a hand tool must move other than rectilinearly.

      (2)   Note. This subclass is the residual locus for tools which impart a twisting strain to the work and are not provided for elsewhere.

      SEE OR SEARCH THIS CLASS, SUBCLASS:
      3.07+,   for a tool for grasping and removing a receptacle closure.
      463+,    for impact delivering wrenches.

      SEE OR SEARCH CLASS:
      408,   Cutting by Use of Rotating Axially Moving Tool, subclasses 120+ for a wrench particularly adapted to rotate a cutting tool of that class.
      470,   Threaded, Headed Fastener, or Washer Making: Process and Apparatus, subclass 61 for devices peculiarly adapted for rotating a tap, other than provided for in Class 408.

53.1  This subclass is indented under subclass 52. Wrenches or screwdriver comprising pole like handle structures peculiarly adapted for engaging work at a distance.

      SEE OR SEARCH THIS CLASS, SUBCLASS:
      3.8,   for devices including a pole structure provided with means for inserting or removing a fuse in a fuse box.

      SEE OR SEARCH CLASS:
      49,    Movable or Removable Closures, subclass 461 for a fixture on a window type closure adapted to be engaged by a pole.
      294,   Handling: Hand and Hoist-Line Implements, subclasses 19.1+ for pole like structures adapted for handling articles at a distance.

53.11 Globe manipulator:
      This subclass is indented under subclass 53.1. Wrenches for placing or removing electric light bulbs.

53.12 Rotatable grasper:
      This subclass is indented under subclass 53.11. Wrenches having means, other than a mere torque applied manually to the handle, for rotating the object grasped.

      (1)   Note. Included herein are devices such as gear, belts, etc., which rotate the light bulb about its axis.

      SEE OR SEARCH CLASS:
      294,   Handling: Hand and Hoist-line Implements, subclass 6 for plate turners and subclass 8 for pancake turners.

53.2  This subclass is indented under subclass 52. Wrench or screwdriver, especially adapted to extract or drive headless stud bolts.

54    Wrench or screwdriver having a casing or framework which carries moving mechanical elements, but does not itself move during the operation of the wrench or screwdriver.

      (1)   Note. A tool which does not claim any machine structure in detail other than (a) the work-engaging and strain-exerting portion of the tool, or (b) structure which grips or guides the rotatable work when a turning or twisting strain is exerted on the work by the tool, is not considered a machine and is classified on details of

57.45   This subclass is indented under subclass 57.42. Wrench or screwdriver having an angular relationship between the handle or drive means and the work engaging means, said angle being either acute or obtuse.

SEE OR SEARCH THIS CLASS, SUBCLASS:
57.28,  for gear operated wrench or screwdriver having an oblique angle.

57.46   This subclass is indented under subclass 57.42. Wrench or screwdriver wherein the drive means is in a tangential relationship relative to the work engaging means.

57.5    This subclass is indented under subclass 52. Wrenches having a plurality of alternately usable work engaging sockets of paired jaws movably mounted on an operating handle, with means to fasten a selected pair of jaws or sockets in operating position with respect to the handle.

58      This subclass is indented under subclass 52. Wrench or screwdriver wherein the head or driven part is rotatable through 360o or more with respect to the handle or driving part, there being inter-engaging means on the handle and head to permit intermittent or continuous driving engagement between the head and handle.

SEE OR SEARCH THIS CLASS, SUBCLASS:
29+,    for bit stocks provided with ratchet mechanism for driving the bit.
177.7+, for wrenches wherein the handle is adjustable with respect to the head, the adjustment being less than 360o.

SEE OR SEARCH CLASS:
74,     Machine Element or Mechanism, subclasses 126+ for oscillating to intermittent unidirectional intermittent grip type mechanical movements, and subclasses 144+ for grip units, per se.
192,    Clutches and Power-Stop Control, subclasses 30+ for clutches, per se

58.1    This subclass is indented under subclass 58. Wrench or screwdriver having means for imparting rotation to the head other than by a translating movement of the handle with respect to the work piece engaged by the head.

(1) Note. The means for imparting rotation may consist merely of a modification of the head, as by an extended or enlarged or roughened portion adapted to be manually gripped and actuated, provided only that such actuation be specifically disclosed.

SEE OR SEARCH THIS CLASS, SUBCLASS:
54,     for machine wrench or screwdriver wherein the casing constitutes a handle which does not itself move to provide a clutching engagement with the head.

58.2    This subclass is indented under subclass 58. Wrenches wherein the head has a slot extending from the center outwardly through the outer periphery to permit the use of the head as an "open end" wrench.

(1) Note. There may be included means functioning to close the slot to complete the circular or other configuration of the head.

58.3    This subclass is indented under subclass 58. Wrench or screwdriver wherein the driving and driven parts themselves or elements associated therewith are mounted for relative movement parallel to the axis of rotation of the head or driven part and are provided with clutching means whereby such relative movement will engage and/or disengage the clutching means.

58.4    This subclass is indented under subclass 58. Wrench or screwdriver wherein the interengaging means when engaged rigidly connect the two parts to provide for positively driving the head in either or both directions of rotation.

58.5    This subclass is indented under subclass 58. Wrench or screwdriver wherein the handle extends generally radially from the axis of rotation of the head and is pivoted or mounted to rotate eccentrically thereof whereby motion of the handle in one direction about its pivot will cause clutching or driving engagement with the head, motion in the opposite direction releasing the engagement.

    (1) Note. In some instances movement of the handle to extreme positions in each direction will effect driving engagement in that direction there being a neutral position approximately midway between the extreme position wherein the driving engagement is disabled.

SEE OR SEARCH THIS CLASS, SUBCLASS:
58, for wrenches or screwdrivers having two handle portions, one being movable relative to the other, arranged to be gripped by the hand and squeezed together to thereby drivingly engage the head.

59.1 This subclass is indented under subclass 58. Wrench or screwdriver wherein the clutching elements include ball or roller devices arranged between two surfaces so shaped or otherwise related to each other as to wedge the ball or roller therebetween in one direction of movement of the handle with respect to the head to effect driving engagement between the handle and head.

60 This subclass is indented under subclass 58. Wrench or screwdriver wherein the clutching elements include a catch, dog, pawl or similar detent means, so arranged that movement of the handle in one direction will drive the head while movement in the opposite direction permits relative rotation of the head and handle.

    (1) Note. These wrenches or screwdrivers are commonly known as "ratchet" wrenches or screwdrivers.

SEE OR SEARCH THIS CLASS, SUBCLASS:
29+, for a bit stock provided with ratchet mechanism for driving the bit.
58.4, for wrench or screwdriver wherein a detent-type clutch is positively engaged for driving in both directions of movement of the handle.
59.1, for wrench or screwdriver wherein a ball or roller is wedged between two surfaces to effect driving engagement between the handle and head

SEE OR SEARCH CLASS:
408, Cutting by Use of Rotating Axially Moving Tool, subclasses 120+ for a ratchet wrench particularly adapted to drive a tool in that class manner.

61 A pawl pivoted to the driving device engages the ratchet-teeth of the head.

SEE OR SEARCH CLASS:
408, Cutting by Use of Rotating Axially Moving Tool, subclasses 120+ for a ratchet wrench particularly adapted to drive a tool in that class manner.
470, Threaded, Headed Fastener, or Washer Making: Process and Apparatus, subclasses 183+ for a rachet wrench particularly adapted to drive a tool for cutting screw threads, except in the manner of cutting provided in Class 408

62 The direction of rotation of the ratchet-head is reversible.

SEE OR SEARCH CLASS:
408, Cutting by Use of Rotating Axially Moving Tool, subclass 122 and 123 for a ratchet wrench particularly adapted to drive a tool in that class manner, wherein the ratchet is reversible.

63 A single pawl controls the direction of revolution.

SEE OR SEARCH CLASS:
408, Cutting by Use of Rotating Axially Moving Tool, subclass 122 and 123 for a ratchet wrench particularly adapted to drive a tool in that class manner, wherein the ratchet is reversible.
470, Threaded, Headed Fastener, or Washer Making: Process and Apparatus, subclasses 183+ for a rachet wrench particularly adapted to drive a tool for the cutting of screw threads, except in the manner provided for in Class 408.

63.1   This subclass is indented under subclass 60. Wrench or screwdriver provided with means whereby the direction of driving can be selectively reversed.

63.2   This subclass is indented under subclass 63.1 Wrench or screwdriver having a single pawl, the effect of which can be controlled to provide for selective reversing of the drive.

SEE OR SEARCH THIS CLASS, SUBCLASS:
63,     for reversing one-way detent drive wrenches where the pawl is pivoted.

64     The object turned is surrounded wholly or partly by a flexible gripping device.

SEE OR SEARCH THIS CLASS, SUBCLASS:
3.4,    and 3.43, see subclass 57.17 for gear operated machine wrenches with flexible gripping means.

SEE OR SEARCH CLASS:
408,    Cutting by Use of Rotating Axially Moving Tool, subclasses 120+ for a flexible gripping device used to transmit torque to a ratchet wrench particularly adapted to cut in that class manner.

65     The flexible device is adjusted to the size of the work by a screw-threaded device.

65.2   **Link:**
This subclass is indented under subclass 64. Tool wherein the flexible device includes more than two articulated rigid elements, pivotally connected together in end-to-end fashion to form a flexible chain of work-gripping elements.

SEE OR SEARCH THIS CLASS, SUBCLASS:
90.3+,  for a tool having three end-to-end connected jaws which are pivotally connected to a handle-lever, but which collectively do not form a "flexible gripping device" as required for subclass 65.2.

65.4   **Toothed adjustment:**
This subclass is indented under subclass 65.2. Wrench including a plurality of serially arranged projections and recesses which are adapted to be selectively engaged with cooperating structure to vary the effective length of the flexible gripping device.

(1)    Note. There must be provided either "Projections" or "recesses" which are in addition to the pivot pins and interstices normally provided in the chain links.

68     A jaw on the handle engages the work.

(1)    Note. If a pivoted jaw is a link of a chain it is classified herein not in Flexible, link, handle-jaw, pivoted, this class.

69     A pivoted jaw carried by the handle engages the work, the said jaw not being a link of the chain.

(1)    Note. If the jaw is a link of the chain it is classified in this class, subclass 68.

70     The handle-jaw has two faces, either of which may engage the work according to the direction the chain is passed about it.

73     The operating part has a U-shaped arm similar to the common bit-stock

74     Wrenches attached to and driven by wheels to turn nuts on or off from axles.

75     The wrench grips the rim of the wheel-hub to rotate the wrench and wheel together.

76     The wrench grips the interior of the hub-rim

77     The wrench has at each end jaws which are adjusted at the same time

90.1   **Plural pivoted jaws and handle-lever:**
This subclass is indented under subclass 53 Wrench including a plurality of discrete work-gripping elements which are swingable connected to a rigid elongated hand engageable portion, wherein the elements are caused to grip the work by a levering action through the hand engageable portion.