IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>HU, HOU-FEI, a/k/a BOBBY HU,<br><br>Defendant. | Civil Action No. 3:02 CV 1723 (AVC)<br><br><br><br>April 5, 2004 |

### NOTICE OF MANUAL FILING OF EXHIBIT D TO DEFENDANT HU'S *MARKMAN* BRIEF ON CLAIM CONSTRUCTION

On March 31, 2004, Defendant Hou-Fei Hu manually filed with the Court *Defendant Hu's Markman Brief on Claim Construction* together with all Exhibits including Exhibit D. Exhibit D required manual filing because the electronic file of the Exhibit was too large to be processed by the Court.

Respectfully submitted,

By: _____
Jonathan M. Pierce
Federal Bar No. ct24417
Michael F. Heim, Esq.
Federal Bar No. ct22416
CONLEY ROSE, P.C.

7100 JP Morgan Chase Tower
Houston, Texas 77002-2912
Telephone: (713) 238-8000
Facsimile: (713) 238-8008
E-mail: jpierce@conleyrose.com
E-mail: mheim@conleyrose.com

J. Hoke Peacock III
Federal Bar No. ct24230
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 653-7897
E-mail: tpeacock@susmangodfrey.com

David B. Zabel, Esq.
Federal Bar No. ct01382
COHEN AND WOLF, P.C.
1115 Broad Street
Bridgeport, Connecticut 06604
Telephone: (203) 337-4255
Facsimile: (203) 394-9901
E-mail: dzabel@cohenandwolf.com

**Attorneys for Defendant Hou-Fei Hu**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *Notice of Manual Filing of Exhibit D to Defendant Hu's* Markman *Brief on Claim Construction* was delivered to all known counsel of record, as follows, on the 5th day of April, 2004, as follows addressed to:

*Via Fed-Ex Overnight*
Francis H. Morrison
Matthew J. Becker
Day, Berry & Howard, LLP
CityPlace I
Hartford, Connecticut 06103-3499

*Via Fed-Ex Overnight*
Mark C. Dukes
Lloyd G. Farr
Nelson Mullins Riley & Scarborough, LLP
Keenan Building, Third Floor
1330 Lady Street
P O Box 11070 (29211)
Columbia, SC 29201

_____
Jonathan Pierce