# EXHIBIT 2-A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>HU, HOU-FEI, a/k/a BOBBY HU,<br><br>Defendant. | Civil Action No. 302CV1723 |

## DEFENDANT HOU-FEI HU'S RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES TO DEFENDANT

TO:   Plaintiffs, Easco Hand Tools, Inc., Armstrong Tools Inc., Kingsley Tools Inc., Lea Way Hand Tool Corporation, and Matco Tools Corporation, by and through their attorneys of record,

| | |
|---|---|
| Mr. Francis H. Morrison<br>Mr. Matthew J. Becker<br>Day, Berry & Howard, LLP<br>CityPlace I<br>Hartford, CT 06103-3499 | Mr. Mark C. Dukes<br>Mr. Lloyd G. Farr<br>Nelson Mullins Riley & Scarborough, LLP<br>Keenan Building, Third Floor<br>1330 Lady Street<br>P. O. Box 11070 (29211)<br>Columbia, South Carolina 29201 |

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, and Connecticut Local Rule 26, Defendant, Hou-Fei Hu, responds to the Second Set of Interrogatories propounded by Plaintiffs, Easco Hand Tools, Inc., Armstrong Tools Inc., Kingsley Tools Inc., Lea Way Hand Tool Corporation, and Matco Tools Corporation, as follows:

## Specific Responses

Because the interrogatories propounded by each Plaintiff individually are identical, Defendant responds to all Plaintiffs collectively.

**Interrogatory No. 1.**  Identify with as much specificity and detail as possible each trade secret Defendant claims has been misappropriated in this case.

**Response:**  Subject to the General Objections stated above, Defendant identifies the biasing mechanism having various means of biasing a pawl in a ratcheting wrench into engagement with a gear wheel to provide the necessary reversible unidirectional movement of a ratcheting wrench and the bridge design as disclosed in the '992 Patent as trade secrets that were disclosed by Defendant to Plaintiffs and then misappropriated by Plaintiffs in this case. In particular, Defendant identifies the biasing mechanism and bridge design used in a reversible ratcheting wrench as disclosed in the '992 Patent.

6

Subject to the foregoing objections, Defendant, Mr. Karl Smith, and counsel for Defendant were consulted in formulating the responses to these interrogatories. Defendant and Mr. Smith provided counsel with the factual information contained in these responses based upon their personal knowledge, review of documentary information, and information and belief. Counsel for Defendant assimilated such information into these written responses and provided any objections and legal responses necessary.

Respectfully submitted,

DEFENDANT HOU-FEI HU

Jonathan M. Pierce, Esq.
Federal Bar No. ct24417
Michael F. Heim, Esq.
Federal Bar No. ct22416
CONLEY ROSE, P.C
7100 JP Morgan Chase Tower
Houston, Texas 77002-2912
Telephone: (713) 238-8000
Facsimile: (713) 238-8008
E-mail: jpierce@conleyrose.com
E-mail: mheim@conleyrose.com

David B. Zabel, Esq.
Federal Bar No. ct01382
COHEN AND WOLF, P.C.
1115 Broad Street
Bridgeport, Connecticut 06604
Telephone: (203) 337-4255
Facsimile: (203) 394-9901
E-mail: dzabel@cohenandwolf.com

OF COUNSEL:

J. Hoke Peacock III
Federal Bar No. ct24230
Randall W. Wilson
Federal Bar o. ct24240
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100 Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 653-7897
E-mail: tpeacock@susmangodfrey.com
E-mail: rwilson@susmangodfrey.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of *Defendant Hou-Fei-Hu's Responses to Plaintiffs' Second Set of Interrogatories to Defendant* has been served on the following counsel of record, via First Class Mail, postage pre-paid and properly addressed as follows on this 19th day of June, 2003, as indicated below:

Francis H. Morrison
Matthew J. Becker
Day, Berry & Howard, LLP
CityPlace I
Hartford, Connecticut 06103-3499

Mark C. Dukes
Lloyd G. Farr
Nelson Mullins Riley & Scarborough, LLP
Keenan Building, Third Floor
1330 Lady Street
P O Box 11070 (29211)
Columbia, SC 29201

Jonathan M. Pierce

104117 v1

15