**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| EASCO HAND TOOLS, INC., | : | CIVIL ACTION NO. 3:02 CV1723 (AVC) |
| ARMSTRONG TOOLS, INC., | : | Consolidated with Civil Action No. 3:02 CV |
| KINGSLEY TOOLS, INC., LEA WAY | : | 1747 (AVC) |
| HAND TOOL CORPORATION and | : | |
| MATCO TOOLS CORPORATION | : | |
| | : | |
| Plaintiffs, | : | |
| vs. | : | |
| | : | |
| HU, HOU-FEI a/k/a BOBBY HU | : | |
| | : | |
| Defendant. | : | April 30, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that Plaintiffs, Easco Hand Tools, Inc., Armstrong Tools, Inc.,

Kingsley Tools, Inc., Lea Way Hand Tool Corporation and Matco Tools Corporation have

manually filed Exhibits A through O to Plaintiffs' Claim Construction Memorandum of Law.

Exhibits A through O have not been filed electronically because the electronic file size of

the document exceeds 1.5 megabytes.

Respectfully Submitted,
**EASCO HAND TOOLS, INC.,**
**ARMSTRONG TOOLS, INC., KINGSLEY**
**TOOLS, INC., LEA WAY HAND TOOL**
**CORPORATION and MATCO TOOLS**
**CORPORATION**

By _____

Francis H. Morrison (ct 04200),
*fhmorrison@dbh.com*
Matthew J. Becker (ct 10050)
*mjbecker@dbh.com*
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut  06103-3499
Telephone:  (860) 275-0100
Fax:  (860) 275-0343
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Notice of Manual Filing is being served via overnight mail, postage prepaid, this 30th day of April, 2004 to:

J. Hoke Peacock III
Randall W. Wilson
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096

David B. Zabel
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604

Michael F. Heim
Jonathan Pierce
Conley, Rose & Taylor, P.C.
600 Travis Street, Suite 7100
Houston, TX  77002

 

 

_____
Francis H. Morrison