```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


                           MARKMAN HEARING

              Honorable Alfred V. Covello, U. S. D. J.
                    450 Main Street, Hartford
                     Courtroom #1 - Annex
```

**July 13, 2004**

**10:00 a.m.**

3:02cv1723 (AVC) <u>Easco Hand Tools, et al v. Hou-Fei Hu, et al (LEAD)</u>
3:02cv1747 (AVC) <u>Easco Hand Tools, et al v. Hou-Fei Hu, et al (MEMBER)</u>

| | |
|---|---|
| David A. Ball<br>Cohen & Wolf, P.C.<br>1115 Broad St., Po Box 1821<br>Bridgeport, CT 06604 | Jonathan M. Pierce<br>Conley Rose<br>600 Travis St.<br>Suite 7100<br>Houston, TX 77002 |
| Matthew J. Becker<br>Day, Berry & Howard<br>Cityplace<br>Hartford, CT 06103-3499 | David B. Zabel<br>Cohen and Wolf, P.C.<br>1115 Broad St.,<br>Bridgeport, CT 06604 |
| John T. Gutkoski<br>Day, Berry & Howard-Bstn-MA<br>260 Franklin St.<br>Boston, MA 02110-3179 | J. Hoke Peacock<br>Susman Godfrey<br>1000 Louisiana St.<br>Ste. 5100<br>Houston, TX 77002 |
| Michael F. Heim<br>Conley Rose<br>600 Travis St.<br>Suite 7100<br>Houston, TX 77002 | Randall W. Wilson<br>Susman Godfrey<br>1000 Louisiana St.<br>Ste. 5100<br>Houston, TX 77002 |
| Natasha Marie Lipcan<br>Day, Berry & Howard<br>One Canterbury Green<br>Stamford, CT 06901-2047 | |
| Francis H. Morrison III<br>Day, Berry & Howard<br>Cityplace<br>Hartford, CT 06103-3499 | PER ORDER OF THE COURT<br><br>KEVIN F. ROWE, CLERK |