IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EASCO HAND TOOLS, INC.,<br>ARMSTRONG TOOLS INC., KINGSLEY<br>TOOLS INC., LEA WAY HAND TOOL<br>CORPORATION, AND MATCO TOOLS<br>CORPORATION, | ) )<br>)<br>)<br>)<br>) | Civil Action No.  302CV1723 (AVC) |
| Plaintiffs, | )<br>) | |
| Vs. | )<br>) | |
| HU, HOU-FEI, a/k/a BOBBY HU, | )<br>) | Filed: May 14, 2004 |
| Defendant. | )<br>) | |

## DEFENDANT HU'S MOTION FOR LEAVE TO
## FILE REPLY BRIEF IN EXCESS OF 10 PAGES

Defendant Hou-Fei Hu ("Hu") respectfully moves the Court for leave to file Defendant Hu's

Reply In Support of His *Markman* Brief on Claim Construction dated May 14, 2004 (the "Reply"),

that is 22 pages in length (20 pages of text) rather than 10 pages as provided by Local Civil Rule 7(d)

for reply briefs.  In support of this Motion, Defendant Hu respectfully represents that 10 pages were

insufficient to properly address the matters that are the subject of the Reply, and that defendants'

counsel consents to the granting of this motion and the filing of the 22-page Reply.

ORAL ARGUMENT IS NOT REQUESTED

Respectfully submitted,


By: _____
     Jonathan M. Pierce
     Federal Bar No. ct24417
     Michael F. Heim, Esq.
     Federal Bar No. ct22416
     CONLEY ROSE, P.C.
     7100 JP Morgan Chase Tower
     Houston, Texas 77002-2912
     Telephone:  (713) 238-8000
     Facsimile:  (713) 238-8008
     E-mail: jpierce@conleyrose.com
     E-mail: mheim@conleyrose.com

     J. Hoke Peacock III
     Federal Bar No. ct24230
     SUSMAN GODFREY L.L.P.
     1000 Louisiana Street, Suite 5100 Houston, Texas 77002-5096
     Telephone:  (713) 651-9366
     Facsimile:  (713) 653-7897
     E-mail: tpeacock@susmangodfrey.com

     David B. Zabel, Esq.
     Federal Bar No. ct01382
     COHEN AND WOLF, P.C.
     1115 Broad Street
     Bridgeport, Connecticut 06604
     Telephone: (203) 337-4255
     Facsimile: (203) 394-9901
     E-mail: dzabel@cohenandwolf.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of *Defendant Hu's Motion to File Reply Brief in Excess of 10 Pages* was delivered to all known counsel of record, as follows, on the 14th day of May, 2004, as follows addressed to:

***Via Fed-Ex Overnight***
Francis H. Morrison
Matthew J. Becker
Day, Berry & Howard, LLP
CityPlace I
Hartford, Connecticut 06103-3499

***Via Fed-Ex Overnight***
Mark C. Dukes
Lloyd G. Farr
Nelson Mullins Riley & Scarborough, LLP
Keenan Building, Third Floor
1330 Lady Street
P O Box 11070 (29211)
Columbia, SC 29201


_____
David B. Zabel

3