IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION, | ) ) ) ) ) ) ) | Civil Action No. 302CV1723 (AVC) |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | |
| HU, HOU-FEI, a/k/a BOBBY HU, | ) ) | Filed: May 14, 2004 |
| Defendant. | ) ) ) | |

---

**DEFENDANT HU'S MOTION FOR LEAVE TO
FILE REPLY BRIEF IN EXCESS OF 10 PAGES**

---

Defendant Hou-Fei Hu ("Hu") respectfully moves the Court for leave to file Defendant Hu's Reply In Support of His *Markman* Brief on Claim Construction dated May 14, 2004 (the "Reply"), that is 22 pages in length (20 pages of text) rather than 10 pages as provided by Local Civil Rule 7(d) for reply briefs. In support of this Motion, Defendant Hu respectfully represents that 10 pages were insufficient to properly address the matters that are the subject of the Reply, and that defendants' counsel consents to the granting of this motion and the filing of the 22-page Reply.

ORAL ARGUMENT IS NOT REQUESTED

[Handwritten stamp: Affirmed. Covello, U.S.D.J. May 18, 2004. GRANTED. SO ORDERED.]

[Stamp: FILED 2004 MAY 18 12:25 U.S. DISTRICT COURT HARTFORD CT.]

Respectfully submitted,

By: _____
Jonathan M. Pierce
Federal Bar No. ct24417
Michael F. Heim, Esq.
Federal Bar No. ct22416
CONLEY ROSE, P.C.
7100 JP Morgan Chase Tower
Houston, Texas 77002-2912
Telephone: (713) 238-8000
Facsimile: (713) 238-8008
E-mail: jpierce@conleyrose.com
E-mail: mheim@conleyrose.com

J. Hoke Peacock III
Federal Bar No. ct24230
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100 Houston, Texas
77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 653-7897
E-mail: tpeacock@susmangodfrey.com

David B. Zabel, Esq.
Federal Bar No. ct01382
COHEN AND WOLF, P.C.
1115 Broad Street
Bridgeport, Connecticut 06604
Telephone: (203) 337-4255
Facsimile: (203) 394-9901
E-mail: dzabel@cohenandwolf.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *Defendant Hu's Motion to File Reply Brief in Excess of 10 Pages* was delivered to all known counsel of record, as follows, on the 14th day of May, 2004, as follows addressed to:

*Via Fed-Ex Overnight*
Francis H. Morrison
Matthew J. Becker
Day, Berry & Howard, LLP
CityPlace I
Hartford, Connecticut 06103-3499

*Via Fed-Ex Overnight*
Mark C. Dukes
Lloyd G. Farr
Nelson Mullins Riley & Scarborough, LLP
Keenan Building, Third Floor
1330 Lady Street
P O Box 11070 (29211)
Columbia, SC 29201

_____
David B. Zabel