UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS, INC., KINGSLEY TOOLS, INC., LEA WAY HAND TOOL CORPORATION and MATCO TOOLS CORPORATION | : CIVIL ACTION NO. 3:02 CV 1723 (AVC)<br>: Consolidated with Civil Action No. 3:02 CV<br>: 1747 (AVC) |
| Plaintiffs, | |
| vs. | |
| HU, HOU-FEI a/k/a BOBBY HU | |
| Defendant. | : June 16, 2004 |

### PLAINTIFFS' REQUEST FOR LEAVE TO FILE SUR-REPLY IN FURTHER SUPPORT OF THEIR PROPOSED CLAIM CONSTRUCTION

Pursuant to Federal Rule of Civil Procedure 15, Plaintiffs' Easco Hand Tools, Inc., Armstrong Tools, Inc., Kingsley Tools, Inc., Lea Way Hand Tool Corporation and Matco Tools Corporation ("Easco") respectfully request leave to file the attached Sur-reply in further support of their proposed claim construction. This sur-reply memorandum (attached hereto as Ex. A) will assist the Court for several reasons:

1) In his Reply Brief, Defendant Hu, Hou-Fei ("Hu") departs from his own authorities calling for the use of intrinsic evidence and for the first time cites five (5) extrinsic patents from outside the record of the '387 patent at issue. Easco has not had the opportunity to respond to Hu's cited extrinsic patents and seeks to explain to the Court that while these references are inappropriate for consideration on issues of claim construction, they also add no support for Hu's proposed construction.

June 23, 2004.
SO ORDERED.
GRANTED.
Alfred V. Covello, U.S.D.J.

02CV1723 END87