# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>HU, HOU-FEI, a/k/a BOBBY HU,<br><br>　　　　　　　　Defendant. | Civil Action No.  3:02 CV 1723 (AVC)<br>Consolidated with Civil Action No. 3:02 CV 1747 (AVC)<br><br><br><br><br><br><br>July 16, 2004 |

## MOTION FOR ENTRY OF CLAIM CONSTRUCTION ORDER

On Tuesday, July 13, 2004, the Court held the "Markman" Claim Construction Hearing ("Hearing") in this matter and construed the disputed terms of the '387 patent at issue.  Plaintiffs Easco Hand Tools, Inc., Armstrong Tools, Inc., Kingsley Tools, Inc., Lea Way Hand Tool Corporation, and Matco Tools Corporation ("Easco") proffered the following constructions: (1) "ratcheting tool" -  a tool having a mechanism that consists of a bar or wheel having inclined teeth with which a pawl interacts so that motion can be imparted to the wheel or bar; (2) "drive member" – a shaft or shaft-like structure extended beynd the compartment; (3) "mounted – held in position for use"; and (4) "bearing – touching sufficient to create a reactive force.  At the close of the Hearing the Court provided its construction of the disputed terms as shown in the table below.

| Claim Term | Court's Construction |
|---|---|
| 1. "ratcheting tool" | A contrivance worked by the hand for performing or facilitating mechanical operations engaging a toothed wheel with a pawl. |
| 2. 'drive member" | A shaft or shaft-like structure extended beyond the compartment. |
| 3. "mounted" | Held in position for use.[1] |
| 4. "bearing" | Pressing or pushing against. |

As directed by the Court at the Hearing, Easco files this motion, and requests that the Court issue an order and decision memorializing its constructions as stated on the record at the Hearing.

          Respectfully submitted,

          EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION

          By: _____
              Francis H. Morrison (ct 04200)
              *fhmorrison@dbh.com*
              Matthew J. Becker (ct 10050)
              *mjbecker@dbh.com*
              CityPlace I
              Hartford, CT  06103-3499
              Telephone:  (860) 275-0100
              Fax:  (860) 275-0343
              Attorneys for Plaintiffs

---

[1] The parties agreed to this construction of "mounted" prior to oral argument..

## CERTIFICATE OF SERVICE

       THIS IS TO CERTIFY that a copy of the foregoing Motion for Entry of Claim Construction was sent this 16th day of July, 2004, by mail, postage prepaid, and facsimile transmission to:

J. Hoke Peacock III, Esq. (*first class mail*)
Randall W. Wilson, Esq.
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096

Dana B. Zabel, Esq.  (*first class mail*)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604

Jonathan Pierce, Esq.  (*overnight mail and fax*)
Michael F. Heim, Esq.
Conley, Rose & Taylor, P.C.
600 Travis Street, Suite 7100
Houston, TX  77002

                                                                              _____
                                                                                Matthew J. Becker