UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 JUL 16 P 3: 16
U.S. DISTRICT COURT
HARTFORD, CT.

EASCO HAND TOOLS, INC.,　　　　　　　　)
ARMSTRONG TOOLS INC.,　　　　　　　　　)
KINGSLEY TOOLS INC., LEA WAY　　　　　) Civil Action No. 3:02 CV 1723 (AVC)
HAND TOOL CORPORATION, AND　　　　　) Consolidated with Civil Action No. 3:02
MATCO TOOLS CORPORATION,　　　　　　) CV 1747 (AVC)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　Plaintiffs,　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　vs.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
HU, HOU-FEI a/k/a BOBBY HU,　　　　　　 ) July 16, 2004
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　Defendant.　　　　)

## MOTION FOR ENTRY OF CLAIM CONSTRUCTION ORDER

On Tuesday, July 13, 2004, the Court held the "Markman" Claim Construction Hearing ("Hearing") in this matter and construed the disputed terms of the '387 patent at issue. Plaintiffs Easco Hand Tools, Inc., Armstrong Tools, Inc., Kingsley Tools, Inc., Lea Way Hand Tool Corporation, and Matco Tools Corporation ("Easco") proffered the following constructions: (1) "ratcheting tool" - a tool having a mechanism that consists of a bar or wheel having inclined teeth with which a pawl interacts so that motion can be imparted to the wheel or bar; (2) "drive member" – a shaft or shaft-like structure extended beynd the compartment; (3) "mounted – held in position for use"; and (4) "bearing – touching sufficient to create a reactive force. At the close of the Hearing the Court provided its construction of the disputed terms as shown in the table below.

*[Handwritten marginal note:]* July 21, 2004. The motion for claims construction is GRANTED. The constructions for the claims at issue may be found both in the transcript of hearing and in the attached table on page 2 herein. SO ORDERED.

Alfred C. [signature] U.S.D.J.

FILED 2004 JUL 21 P 4:51 U.S. DISTRICT COURT HARTFORD, CT.