UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EASCO HAND TOOLS, INC.,
ARMSTRONG TOOLS, INC.,
KINGSLEY TOOLS, INC., LEA
WAY HAND TOOL CORPORATION
and MATCO TOOLS CORPORATION

    Vs.                                  CASE NO. 3:02CV01723 (AVC)
                                            APPLIES TO THIS CASE ONLY

HU, HOU-FEI a/k/a BOBBY HU

## J U D G M E N T

This action having commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The defendant having filed his motion to dismiss, and the Court, on July 15, 2004, having filed its ruling granting the motion dismissing the plaintiffs' declaratory judgment action and the defendant's counterclaim; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the plaintiffs' complaint and the defendant's counterclaim.

Dated at Hartford, Connecticut, this 23rd day of July, 2004.

                                                          KEVIN F. ROWE, Clerk

                                                          By   /s/ JW
                                                             Jo-Ann Walker
EOD: _____                             Deputy Clerk