IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

EASCO HAND TOOLS, INC.,           )
ARMSTRONG TOOLS INC., KINGSLEY    )
TOOLS INC., LEA WAY HAND TOOL     )    Civil Action No. 3:02 CV 1723 (AVC)
CORPORATION, AND MATCO TOOLS      )
CORPORATION,                      )
                                  )
Plaintiffs,                       )
                                  )
          vs.                     )    August 5, 2004
                                  )
HU, HOU-FEI, a/k/a BOBBY HU,      )
                                  )
Defendant.                        )
                                  )

## DEFENDANT HU'S MOTION TO DISMISS
## THE ORIGINAL 1747 CASE

J. Hoke Peacock III
Federal Bar No. ct24230
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096

Jonathan M. Pierce, Esq.
Federal Bar No. ct24417
Michael F. Heim, Esq.
Federal Bar No. ct22416
CONLEY ROSE, P.C.
7100 JP Morgan Chase Tower
Houston, Texas 77002-2912

David B. Zabel
Federal Bar No. ct01382
COHEN AND WOLF, P.C.
1115 Broad Street
Bridgeport, Connecticut 06604

*ORAL ARGUMENT NOT REQUESTED*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION, | ) ) ) ) ) | Civil Action No. 3:02 CV 1723 (AVC) |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| HU, HOU-FEI, a/k/a BOBBY HU, | ) ) | August 5, 2004 |
| Defendant. | ) ) ) | |

## DEFENDANT HU'S MOTION TO DISMISS
## THE ORIGINAL 1747 CASE

Plaintiffs filed two separate lawsuits against Defendant Hu in this Court, one styled *Easco et al. v Hu, Hou-Fei*, 3:02 CV 1723 (the "Original 1723 Case") and the other styled *Easco et al. v Hu, Hou-Fei*, 3:02 CV 1747 (the "Original 1747 Case"). On December 17, 2003, the Court consolidated the Original 1723 Case and Original 1747 Case and ordered that all filings refer only to the 1723 Case. Subsequently, on or about July 15, 2004, upon previous motion by Hu, the Court dismissed or denied all claims pending in the Original 1723 Case.

By this Motion, Defendant Hou-Fei Hu ("Hu") respectfully moves the Court to voluntarily dismiss all of his claims pending in the Original 1747 Case, and to dismiss all of Plaintiffs' claims pending in the Original 1747 Case for lack of subject matter jurisdiction pursuant to FRCP 12(b)(1), for the reasons more fully described in the accompanying memorandum in support.

131984

Respectfully submitted,
DEFENDANT HOU-FEI HU

_____
Jonathan M. Pierce, Esq.
Federal Bar No. ct24417
Michael F. Heim, Esq.
Federal Bar No. ct22416
CONLEY ROSE, P.C.
7100 JP Morgan Chase Tower
Houston, Texas 77002-2912
Telephone: (713) 238-8000
Facsimile: (713) 238-8008
E-mail: jpierce@conleyrose.com
E-mail: mheim@conleyrose.com

David B. Zabel
Federal Bar No. ct01382
COHEN AND WOLF, P.C.
1115 Broad Street
Bridgeport, Connecticut 06604
Telephone: (203) 337-4255
Facsimile: (203) 394-9901
E-mail: dzabel@cohenandwolf.com

OF COUNSEL:

J. Hoke Peacock III
Federal Bar No. ct24230
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 653-7897
E-mail: tpeacock@susmangodfrey.com

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of *Defendant Hou-Fei Hu's Motion To Dismiss The Original 1747 Case* has been served on the following counsel of record, properly addressed as follows on this 5th day of August, 2004 as indicated below:

**Via Federal Express**
Francis H. Morrison
Matthew J. Becker
Day, Berry & Howard, LLP
CityPlace I
Hartford, Connecticut 06103-3499

**Via Federal Express**
Mark C. Dukes
Lloyd G. Farr
Nelson Mullins Riley & Scarborough, LLP
Keenan Building, Third Floor
1330 Lady Street
P O Box 11070 (29211)
Columbia, SC 29201

Jonathan M. Pierce

3