### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION, )<br>)<br>)<br>)<br>)<br>) | Civil Action No.  3:02 CV 1723 (AVC) |
| Plaintiffs, ) | |
| vs. ) | |
| HU, HOU-FEI, a/k/a BOBBY HU, ) | |
| Defendant. ) | SEPTEMBER 22, 2004 |

**CONSENTED-TO MOTION TO REINSTATE CIVIL ACTION NO. 3:02CV1747(AVC)**

On December 17, 2003, Civil Action No. 3:02 CV 1747 (AVC) (the "1747 Action") was consolidated with Civil Action No. 3:02 CV 1723 (AVC) (the "1723 Action"), with the 1723 Action designated as the lead case and the 1747 Action designated as a member case.  (See Order of Consolidation attached hereto as Exhibit A.)  On July 23, 2004 this Court entered judgment, in response to defendant Hu's Motion to Dismiss his own claims and Easco's claims, dismissing all claims and counterclaims in the lead 1723 Action.  In light of the judgment of dismissal in the 1723 Action, Plaintiffs respectfully request that the Court sever and reinstate the member 1747 Action, for the purpose of allowing the Court to rule on defendant Hu's pending motion to dismiss his own claims and Easco's claims in that case.  Counsel to defendant Hu, Jonathan Pierce, Esq., consents to this motion.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Respectfully submitted,

PLAINTIFFS: EASCO HAND TOOLS, INC., ARMSTRONG TOOLS, INC., KINGSLEY TOOLS, INC., LEA WAY HAND TOOL CORPORATION and MATCO TOOLS CORPORATION

By: _____
      Francis H. Morrison, III (ct 04200)
      fhmorrison@dbh.com
      Matthew J. Becker (ct 10050)
      mjbecker@dbh.com
      Day, Berry & Howard LLP
      CityPlace I
      Hartford, CT  06103
      860-275-0100
      860-2675-0343 (Fax)

Attorneys For Plaintiffs

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was sent this 22nd day of September via first class mail to:

J. Hoke Peacock III, Esq.
Randall W. Wilson, Esq.
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096

David B. Zabel, Esq.
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604

and via overnight mail and facsimile to:

Jonathan Pierce, Esq.
Michael F. Heim, Esq.
Conley, Rose & Taylor, P.C.
600 Travis Street, Suite 7100
Houston, TX 77002

_____
Matthew J. Becker