UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>HU, HOU-FEI, a/k/a BOBBY HU,<br><br>Defendant. | Civil Action No. 3:02 CV 1723 (AVC)<br><br>2004 SEP 22 P 3: 53<br><br>U.S. DISTRICT COURT<br>HARTFORD, CT.<br><br>SEPTEMBER 22, 2004 |

Alfred V. Covello, U.S.D.J.
September 27, 2004. GRANTED.
SO ORDERED.

**CONSENTED-TO MOTION TO REINSTATE CIVIL ACTION NO. 3:02CV1747(AVC)**

On December 17, 2003, Civil Action No. 3:02 CV 1747 (AVC) (the "1747 Action") was consolidated with Civil Action No. 3:02 CV 1723 (AVC) (the "1723 Action"), with the 1723 Action designated as the lead case and the 1747 Action designated as a member case. (See Order of Consolidation attached hereto as Exhibit A.) On July 23, 2004 this Court entered judgment, in response to defendant Hu's Motion to Dismiss his own claims and Easco's claims, dismissing all claims and counterclaims in the lead 1723 Action. In light of the judgment of dismissal in the 1723 Action, Plaintiffs respectfully request that the Court sever and reinstate the member 1747 Action, for the purpose of allowing the Court to rule on defendant Hu's pending motion to dismiss his own claims and Easco's claims in that case. Counsel to defendant Hu, Jonathan Pierce, Esq., consents to this motion.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**