# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION,<br><br>         Plaintiffs,<br><br>vs.<br><br>HU, HOU-FEI, a/k/a BOBBY HU,<br><br>         Defendant. | Civil Action No. 3:02 CV 1723 (AVC)<br><br><br><br><br><br><br><br><br><br><br><br>November 18, 2004 |

November 23, 2004. GRANTED. The clerk of the court is ordered to amend the judgment accordingly. SO ORDERED.

Alfred V. Covello, U.S.D.J.

## MOTION TO CLARIFY AND MODIFY JUDGMENT DISMISSING THE ORIGINAL 1747 CASE

The Plaintiffs (collectively "Easco") respectfully move for clarification and modification of this Court's Order of Dismissal dated November 12, 2004, to provide that Defendant Hu's counterclaims are dismissed with prejudice, and that Easco's <u>claims</u> are dismissed without prejudice.

The 1747 case is an action for declaratory judgment. Easco sought a declaration that it has not infringed U.S. Patent No. 6,457,387 ('387) held by Defendant Hu. Hu counterclaimed that Easco willfully infringed the '387 patent and engaged in trade secret misappropriation.

On August 5, 2004, Hu moved this Court to voluntarily dismiss <u>with prejudice</u> his counterclaims. (See Defendant Hu's Motion to Dismiss the Original 1747 Case at 1-3.) Hu further moved to dismiss all of Easco's pending declaratory judgment claims for lack of subject matter jurisdiction. (See Hu's Motion at 3 - 6.)