## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION, | ) ) ) ) ) ) | Civil Action No. 3:02 CV 1723 (AVC) Civil Action No. 3:02 CV 1747 (AVC) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| HU, HOU-FEI, a/k/a BOBBY HU, | ) ) | |
| Defendant. | ) | November 24, 2004 |

### JOINT MOTION TO CLARIFY AND MODIFY JUDGMENT

Defendant Bobby Hu and Plaintiffs Easco Hand Tools, Inc., Armstrong Tools Inc., Kingsley Tools Inc., Lea Way Hand Tool Corporation, and Matco Tools Corporation respectfully move for clarification and modification of this Court's Order of Dismissal dated November 12, 2004, to provide that Defendant's counterclaims are dismissed with prejudice, Plaintiffs' claims are dismissed without prejudice, and that Plaintiff Matco Tools Corporation be included in the Judgment.[1]

This case is an action for declaratory judgment. Specifically, Plaintiffs sought a declaration that they do not infringe Defendant's U.S. Patent No. 6,457,387 ("the '387 Patent"). Defendant counterclaimed that Plaintiffs willfully infringed the '387 patent and engaged in trade secret misappropriation.

---

[1] Plaintiffs filed a similar motion on November 18, 2004 (Docket Entry No. 102). Plaintiffs and Defendant have conferred and agreed to file this Joint Motion. Plaintiffs have indicated that they will withdraw their November 18, 2004 motion forthwith.

139539 01/2186 00200

**ORAL ARGUMENT IS NOT REQUESTED**

On August 5, 2004, Defendant moved this Court to voluntarily dismiss with prejudice his counterclaims.[2]  See Defendant Hu's Memorandum in Support of His Motion to Dismiss the Original 1747 Case at 1 – 3.  Defendant further moved to dismiss all of Plaintiffs' claims for lack of subject matter jurisdiction.  See Hu's Memorandum in Support of His Motion at 3 – 6.

This Court granted Hu's motion to dismiss on November 12, 2004.  See Order attached hereto as Exhibit A.  The Order states that Plaintiffs' claims are dismissed and that Defendant's claims are dismissed without prejudice.  The Court's order should be modified to provide that it is Plaintiffs' claims, and not Defendant's counterclaims, that are dismissed without prejudice.  Plaintiffs' claims should be dismissed without prejudice.  See Hu's Motion at 3 – 6.

Additionally, the Order does not include Plaintiff Matco Tools Corporation ("Matco").  Therefore, Hu respectfully requests that the Order be modified to include Matco.  Therefore, Defendant respectfully requests that Court's November 12, 2004 Order be modified to reflect the foregoing.  Defendant attaches a proposed order to this effect.

Respectfully submitted,

By: _____

David B. Zabel, Esq.
Federal Bar No. ct01382
COHEN AND WOLF, P.C.
1115 Broad Street
Bridgeport, Connecticut 06604
Telephone: (203) 337-4255
Facsimile: (203) 394-9901
E-mail: dzabel@cohenandwolf.com

---

[2]  The claims included in this motion were originally filed in Case No. 3:02 CV 1747 ("the 1747 Case").  This Court consolidated the 1747 Case with Case No. 3:02 CV 1723 on December 17, 2003 (Docket Entry No. 66).  On September 27, 2004, this Court reinstated the 1747 Case (Docket Entry No. 99).  The instant motion is captioned to include both case numbers to ensure inclusion in both files.

J. Hoke Peacock III
Federal Bar No. ct24230
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100 Houston, Texas
77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 653-7897
E-mail: tpeacock@susmangodfrey.com

OF COUNSEL:

Jonathan M. Pierce, Esq.
Federal Bar No. ct24417
Michael F. Heim, Esq.
Federal Bar No. ct22416
CONLEY ROSE, P.C.
7100 JP Morgan Chase Tower
Houston, Texas 77002-2912
Telephone: (713) 238-8000
Facsimile: (713) 238-8008
E-mail: jpierce@conleyrose.com
E-mail: mheim@conleyrose.com

# EXHIBIT A



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED**

2004 AUG -5 P 1: 36

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| HU, HOU-FEI, a/k/a BOBBY HU, | ) ) ) |
| Defendant. | ) ) ) |

Civil Action No. 3:02 CM 1723 (AVC)

August 5, 2004

---

**DEFENDANT HU'S MOTION TO DISMISS
THE ORIGINAL 1747 CASE**

---

J. Hoke Peacock III
Federal Bar No. ct24230
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100

3:02cv1723 (AVC). November 10, 2004. This is an action for a declaratory judgment. The plaintiffs and counterclaim-defendants, Easco Hand Tools, Inc., Armstrong Tools, Inc., Kingsley Tools Inc., and Lea Way Hand Tool Corporation, seek a declaration that they have not infringed the so-called '387 patent held by the defendant and counterclaim-plaintiff, Bobby Hu. The patent covers reversible ratchet wrench technology. By way of counterclaim, Hu alleges that the plaintiffs willfully infringed his patents and engaged in trade secret misappropriation. The defendant now moves for voluntarily dismissal of all claims pending in this matter and to dismiss all claims pending in the counterclaim for want of subject matter jurisdiction. The motion for voluntary dismissal of the complaint is GRANTED. The motion to dismiss the counterclaim for want of subject matter jurisdiction is also granted. As to dismissal of the counterclaim is for want of subject matter jurisdiction, dismissal is ordered without prejudice.

SO ORDERED.

Alfred V. Covello
United States District Judge

02-cv1723 ends 9 s

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION, | ) ) ) ) ) | Civil Action No. 3:02 CV 1723 (AVC) Civil Action No. 3:02 CV 1747 (AVC) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HU, HOU-FEI, a/k/a BOBBY HU, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING JOINT MOTION TO DISMISS

This is an action for declaratory judgment. The Plaintiffs and Counterclaim Defendants Easco Hand Tools, Inc., Armstrong Tools, Inc., Kingsley Tools Inc., Lea Way Hand Tool Corporation, and Matco Tools Corporation seek a declaration that they have not infringed U.S. Patent No. 6,457,387 ("'387 Patent"). The patent covers reversible wrench technology. By way of counterclaim, Defendant Bobby Hu alleges that the Plaintiffs willfully infringed the '387 Patent and engaged in trade secret misappropriation.

The Defendant now moves for voluntary dismissal of all counterclaims pending in this matter and moves to dismiss all of Plaintiffs' claims pending in this matter for want of subject matter jurisdiction. Defendant's Motion to Dismiss is hereby GRANTED and it is ORDERED that Plaintiffs Easco Hand Tools, Inc.'s, Armstrong Tools, Inc.'s, Kingsley Tools Inc.'s, Lea Way Hand Tool Corporation's, and Matco Tools Corporation's complaint and claims are

139539 01/2186 00200

**ORAL ARGUMENT IS NOT REQUESTED**

dismissed WITHOUT PREJUDICE for lack of subject matter jurisdiction and that Defendant's

counterclaim and claims are dismissed WITH PREJUDICE.

   In Hartford, Connecticut, this the _____ day of _____, 2004.


                                              _____
                                              Honorable Alfred V. Covello
                                              United States District Judge

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was sent this 24th day of November, 2004 via first class mail to:

Francis H. Morrison
Matthew J. Becker
Day, Berry & Howard, LLP
CityPlace I
Hartford, Connecticut 06103-3499

Mark C. Dukes
Lloyd G. Farr
Nelson Mullins Riley & Scarborough, LLP
Keenan Building, Third Floor
1330 Lady Street
P O Box 11070 (29211)
Columbia, SC 29201

David B. Zabel