IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 AUG -5 P 1: 36

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>HU, HOU-FEI, a/k/a BOBBY HU,<br><br>Defendant. | Civil Action No. 3:02 CV1723 (AVC)<br><br><br>August 5, 2004 |

### DEFENDANT HU'S MOTION TO DISMISS THE ORIGINAL 1747 CASE

J. Hoke Peacock III
Federal Bar No. ct24230
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100

3:02cv1723 (AVC). November 10, 2004. This is an action for a declaratory judgment. The plaintiffs and counterclaim-defendants, Easco Hand Tools, Inc., Armstrong Tools, Inc., Kingsley Tools Inc., and Lea Way Hand Tool Corporation, seek a declaration that they have not infringed the so-called '387 patent held by the defendant and counterclaim-plaintiff, Bobby Hu. The patent covers reversible ratchet wrench technology. By way of counterclaim, Hu alleges that the plaintiffs willfully infringed his patents and engaged in trade secret misappropriation. The defendant now moves for voluntarily dismissal of all claims pending in this matter and to dismiss all claims pending in the counterclaim for want of subject matter jurisdiction. The motion for voluntary dismissal of the complaint is GRANTED. The motion to dismiss the counterclaim for want of subject matter jurisdiction is also granted. As dismissal of the counterclaim is for want of subject matter jurisdiction, dismissal is ordered without prejudice.

SO ORDERED.

Alfred V. Covello
United States District Judge

02cv1723 ENDgs