UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 NOV 24 P 2: 06

| | |
|---|---|
| EASCO HAND TOOLS, INC., ARMSTRONG TOOLS INC., KINGSLEY TOOLS INC., LEA WAY HAND TOOL CORPORATION, AND MATCO TOOLS CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>HU, HOU-FEI a/k/a BOBBY HU,<br><br>Defendant. | Civil Action No. 3:02 CV 1723 (AVC)<br>Civil Action No. 3:02 CV 1747 (AVC) |

November 24, 2004

## JOINT MOTION TO CLARIFY AND MODIFY JUDGMENT

Defendant Bobby Hu and Plaintiffs Easco Hand Tools, Inc., Armstrong Tools Inc., Kingsley Tools Inc., Lea Way Hand Tool Corporation, and Matco Tools Corporation respectfully move for clarification and modification of this Court's Order of Dismissal dated November 12, 2004, to provide that Defendant's counterclaims are dismissed with prejudice, Plaintiffs' claims are dismissed without prejudice, and that Plaintiff Matco Tools Corporation be included in the Judgment.[1]

This case is an action for declaratory judgment. Specifically, Plaintiffs sought a declaration that they do not infringe Defendant's U.S. Patent No. 6,457,387 ("the '387 Patent"). Defendant counterclaimed that Plaintiffs willfully infringed the '387 patent and engaged in trade secret misappropriation.

---

[1] Plaintiffs filed a similar motion on November 18, 2004 (Docket Entry No. 102). Plaintiffs and Defendant have conferred and agreed to file this Joint Motion. Plaintiffs have indicated that they will withdraw their November 18, 2004 motion forthwith.

139539.01/2186.00200

**ORAL ARGUMENT IS NOT REQUESTED**

*[Handwritten margin annotations: "T 104"; "FILED 2005 JAN -5 P 12: __ U.S. DISTRICT COURT HARTFORD, CT."; "January 5, 2004. SO ORDERED. DENIED AS MOOT. See AMENDED JUDGMENT. Alfred V. Covello, U.S.D.J."]*